ORIGINAL

FILED

07 DEC 20 PM 2:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

Edward R. Hugo [Bar No. 124839]
James C. Parker [Bar No. 106149]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual,<br><br>Plaintiff(s),<br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>'07 CV 2392 W POR<br>U.S.D.C. Case No. ________<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Foster Wheeler Energy Corporation, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| RODNEY C. BALL | Plaintiff |
| REGINALD K. BALL | Plaintiff |
| UNION CARBIDE CORPORATION | Defendant |

| | |
|---|---|
| FOSTER WHEELER ENERGY CORPORATION | Defendant |
| GARLOCK, INC. | Defendant |
| OWENS ILLINOIS, INC. | Defendant |
| RAPID AMERICAN CORPORATION | Defendant |

Dated: December 19, 2007

BRYDON HUGO & PARKER

By: [signature]

Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

4801-1738



BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiffs' counsel via Hand Delivery and all known counsel of record via regular mail on this 20th day of December, 2007.

**Via Hand Delivery**
Frederick Schenk, Esq.
CASEY, GERRY, SCHENK
FRANCAVILLA, BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California 92101
(619) 238-1811
ATTORNEYS FOR PLAINTIFFS

All Known Defense Counsel (via regular mail)



BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105