Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**SIX OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

# EXHIBIT 5

9999906 2037587 5T1

19-29-11

MIL-B-18381B(SHIPS)
18 May 1961
SUPERSEDING
MIL-B-18381A(SHIPS)
17 November 1956

MILITARY SPECIFICATION

BOILERS, STEAM, HIGH PRESSURE,

NAVAL SHIP PROPULSION

## 1. SCOPE

1.1 Scope. - This specification covers oil fired water tube boilers, and their appurtenances, for generating steam for propulsion of Naval ships.

1.2 Classification. - Propulsion boilers shall be of the following classes, as specified:

Type I - Natural circulation - Boilers in which density differentials between the fluids in downcomer tubes and generating tubes produce and maintain circulation of the fluids.

Type II - Forced circulation - Boilers in which circulating forces are imparted to the fluids externally by pumps or other similar means.

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards and drawings, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein.

SPECIFICATIONS

FEDERAL

QQ-S-691 - Steel, Plate, Carbon Marine Boiler
QQ-S-693 - Steel, Sheet, Hot-Rolled
QQ-S-766 - Steel, Plates, Sheets and Strips, Corrosion-Resisting

MILITARY

MIL-R-196 - Repair Parts for Internal Combustion Engines, Packaging of
MIL-C-717 - Castable Mix, Refractory, High Temperature, Hydraulic Setting.
MIL-F-859 - Fuel Oil, Burner
MIL-S-890 - Steel: Forgings and Bars for Hulls, Engines, and Ordnance (Heat Treated).
MIL-T-940 - Thermometers, Indicating, Capillary Tube and Bulb, Steam Service
MIL-G-1833 - Guns, Lubricating, Pressure, Hand Operated and Fittings (Shipboard Use).
MIL-B-1947 - Blowers, Soot (Shipboard Use)
MIL-I-2002 - Indicators, Boiler, Smoke Naval Shipboard
MIL-B-2128 - Burner, Oil Pressure Atomizing
MIL-B-2678 - Brushes, Boiler-Tube, Wire Bristle, Expanding-Type (For Use With Cleaning-Outfits, Boiler-Tube, Electric-Motor-Driven and Air-Motor-Driven)
MIL-I-2819 - Insulation, Block, Thermal
MIL-J-5624 - Jet Fuel, Grade JP-3, JP-4 and JP-5
MIL-P-15024 - Plates, Identification - Information and Marking for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-T-15071 - Technical Manuals for Mechanical and Electrical Equipment
MIL-P-15137 - Provisioning and Technical Documentation for Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use)
MIL-T-15164 - Thermometer, Self-Indicating, Liquid-In-Glass, Industrial
MIL-B-15382 - Bolt, Firebrick Anchor
MIL-P-15384 - Plastic Mix, Refractory (Water-Wall, Boiler, Chrome Ore Plastic)
MIL-C-15413 - Castable Mix, Refractory Chrome Base, Hydraulic Setting
MIL-B-15606 - Bricks, Refractory Naval Boiler Furnace Lining Quality
MIL-P-15692 - Pipe, Steel, Seamless and Welded, Black and Zinc-Coated (Galvanized)
MIL-N-15721 - Nickel-Chromium Alloy Bars and Rods (Boiler Refractory Anchor Bolts)
MIL-M-15842 - Mortar, Refractory, (High Temperature, Air Setting)
MIL-I-16008 - Insulating Brick, Thermal (Fire Clay, High Temperature)

FSC 4410



M

H

Licensed by Information Handling Services

9999906 2037588 438



MIL-S-16113 - Steel Plate, Hull and Ordnance, Structural, Black (Uncoated) and Zinc-Coated (Galvanized)
MIL-T-16286 - Tubes, Steel, Seamless, Marine Boiler Application
MIL-G-16356 - Gages, Boiler - Water
MIL-F-16884 - Fuel Oil, Diesel, Marine
MIL-J-17188 - Tubes, Carbon Steel, Resistance Welded, Marine Boiler
MIL-P-17286 - Preservation, Packaging, Packing, and Marking of Propulsion and Auxiliary Steam Turbines and Gears, (Includes Associated Repair Parts)
MIL-C-17370 - Cleaning Unit, Boiler Tube, Air Driven
MIL-V-17462 - Valve, Safety, Boiler (Shipboard Use)
MIL-G-17489 - Gages, Pressure, (Air), Boiler
MIL-P-17555 - Preparation for Delivery of Electronic Equipment Miscellaneous Electrical Equipment (Except Rotating Electrical Equipment) and Associated Repair Parts
MIL-V-17737 - Valves, Boiler Blow (Shipboard Use)
MIL-G-18997 - Gages, Pressure, Dial Indicating, Bourdon Tube
MIL-H-19606 - Hose and Hose Assemblies, Synthetic Rubber Reinforced, Water-and-Oil-Resistant, Medium and High Ressure, Non-Magnetic and Regular Service
MIL-F-19607 - Fittings, Hose, Reusable, Medium and High Pressure
MIL-T-20155 - Tube and Pipe, Carbon-Molybdenum Alloy Steel, Seamless (ASTM A-335-55T, Grade P-1)
MIL-T-20157 - Tube and Pipe, Carbon Steel, Seamless
MIL-S-20166 - Steel; Bars and Shapes (for Hull Construction)(Including Material for Drop and Miscellaneous Forgings)

STANDARDS

MILITARY
MIL-STD-129 - Marking for Shipment and Storage
MIL-STD-271 - Nondestructive Testing Requirements for Metals
MIL-STD-278 - Welding and Allied Processes for Machinery for Ships of the U.S. Navy

DRAWINGS

BUREAU OF SHIPS
810-1385708 - Burner Tile, Refractory for Marine Boilers
S5102-923719 - Plastic Chrome Ore at Junction of Vertical Wall and Floor
5000-S5100-841604 - Gage, Boiler Water 18 inch Dimensional Standard for (600 P.S.I. Nominal Pressure and 1200 P.S.I. Nominal Pressure)
5000-S5102-841581 - Clamps for Boiler Casings and Doors
5000-S5102-841624 - Packing, Strip, Asbestos, for Boiler Casing
5000-S5102-1385784 - Brick Refractory for Marine Boilers
5000-S5102-1385785 - Bolts, Clips and Snaps for Anchoring Boiler Refractory Material
5000-S5103-841336 - Boiler Soot Blower Piping, Typical Installation
5000-S5103-841733 - Boiler Blow System, Diagrammatic Arrangement.
9000-S6202-73980 - Electric Plant Installations, Standard Methods

PUBLICATIONS

BUREAU OF SHIPS
NAV-SHIPS-250-582 - Fabrication Control of Steel Pipe and Carbon for Welded Piping Systems
NAV-SHIPS-250-692-13 - Radiographic Standards for Steel Castings

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. - The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.



2334

Licensed by Information Handling Services

9999906 2037589 374



OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules

(Application for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N.Y.)

AMERICAN SOCIETY OF MECHANICAL ENGINEERS

ASME-SA-53-58T - Welded and Seamless Steel Pipe.

ASME-SA-106-58T - Seamless Carbon Steel for High Temperature Service.

ASME-SA-193-58T - Alloy-Steel Bolting Materials for High Temperature Service.

ASME-SA-210-57T - Carbon-Silicon Steel Plates of Immediate Tensile Ranges for Fusion-Welded Boilers and Other Pressure Vessels.

ASME-SA-212-57T - High Tensile Strength Carbon Silicon Steel Plates for Boilers and Other Pressure Vessels.

ASME-SA-213-58T - Seamless Alloy-Steel Boiler, Superheater, and Heat-Exchanger Tubes.

ASME-SA-268-60 - Seamless and Welded Ferritic Stainless Steel Tubing for General Service.

ASME-SA-283-58 - Low and Intermediate Tensile Strength Carbon-Steel Plates of Structural Quality.

ASME-SA-302-56 - Manganese Molybdenum Steel Plates for Boilers and Other Pressure Vessels.

ASME-SA-335-55T - Seamless Ferritic Alloy Steel Pipe for High Temperature Service.

(Application for copies should be addressed to the American Society of Mechanical Engineers, 29 West 39th St., New York, N.Y.)

AMERICAN SOCIETY FOR TESTING MATERIALS

ASTM-A-53-58 - Welded and Seamless Steel Pipe (tentative).

ASTM-S-268-60 - Seamless and Welded Ferritic Stainless Steel Tubing for General Service.

(Application for copies should be addressed to the American Society for Testing Materials, 1916 Race Street, Philadelphia 3, Pa.)

3. REQUIREMENTS

3.1 Materials.- Materials shall conform to the requirements specified hereinafter unless otherwise specified in the contract or order. Materials shall be of the quality best suited for the purpose intended. Commercial materials in accordance with ASME, ASTM or ASA publications may be substituted for the materials specified herein except materials used for tubes and superheater supports, providing that the materials substituted are equal or better than those specified.

3.2 General design. - The boiler shall be a completely integrated unit utilizing the heat resulting from the combustion of fuel for generating steam at the pressure and temperature specified. It shall include the burners, the furnace, the steam generating sections, steam superheating sections, water heating sections, desuperheater, air preheater, if specified, drums and headers, safety valves, casings, brickwork and insulation and such appurtenances as covered herein required for safe continuable and controllable generation of steam. The boiler unless otherwise specified in the contract or order shall be designed to operate with combustion gas pressures higher than atmospheric pressure (forced draft) in an open fireroom or machinery room. The boiler, unless otherwise specified in the contract or order, shall be doubly encased with the space between the inner and outer casings designed to form a ductwork for supplying air to the burners and to maintain a positive air pressure seal on the inner casing. Reliability in service and accessibility of all parts for repair, replacement, and cleaning by ship's forces shall be paramount. Design and construction shall be light and compact to the greatest extent practicable and consistent with the requirements specified herein. Boilers shall be designed for fore and aft arrangement of drums aboard ship.

3.2.1 The boiler will normally be operated with feed water and boiler water with the following limits:

| | |
|---|---|
| Feed water: | |
| Chlorides ....... | 0.10 equivalents per million or less. |
| Oxygen......... | 0.014 parts per million or less. |
| Boiler water: | |
| Alkalinity - pH.... | 10.4 - 11.0 pH. |
| Phosphates - $PO_4$.. | 10 - 25 parts per million. |
| Chlorides ....... | 5 equivalents per million or less. |
| Total solids...... | 1150 parts per million or less. |

3.2.2 The boiler shall be capable of burning and effectively utilizing special grade fuel oil conforming to Specification MIL-F-859 and under emergency



2335

Licensed by Information Handling Services

9999906 2037590 096



conditions heavy grade fuel oil conforming to Specification MIL-F-859, Diesel oil conforming to Specification MIL-F-16884 and aircraft turbine and jet engine fuel grade JP5 conforming to Specification MIL-F-5624. For boiler component design, consideration shall be given to the fact that fuel oils may contain as much as 3.50 percent sulfur, 0.04 percent vanadium, and sea water. For heat transfer calculation purposes, the following ultimate analysis and the higher heating value of the fuel oil shall be considered as:

| | |
|---|---|
| C | 87.75 percent. |
| $H_2$ | 10.50 percent. |
| $O_2$ and undetermined | 0.40 percent. |
| S | 1.20 percent. |
| $N_2$ | 0.15 percent. |
| Higher heating value | 18,500 British thermal units (B.t.u.) per pound (bomb calorimeter). |

3.2.3 The air entering the boiler air casing or air preheater, if provided, shall be considered as 100° Fahrenheit having 0.0165 pound of water per pound of dry air.

3.2.4 The steam from the steam drum shall have a purity as determined by the electrical conductivity of its condensate of not more than 3 parts per million (p.p.m.) of solids impurity when the boiler is steaming at overload capacity; water level 3 plus 1/2, minus zero, inches above the design water level and with boiler water having a total solids concentration of 1150 $^{+25}_{-0}$ p.p.m., of which 500 $^{+50}_{-0}$ p.p.m., shall consist of chlorides, and an alkalinity pH of 11.0 plus or minus 0.1.

3.2.5 Under all operating conditions, except for catapult accumulator charging, the boiler shall operate in accordance with all requirements of this specification with water in the steam drum as indicated by the water level gage glass from 8 inches below to 3 above the design water level; when charging catapult accumulators, the boiler shall operate satisfactorily with water level varying between the maximum and minimum obtained during tests within the visible range of the water level gage glass. Under catapult charging the steam from the steam drum shall have a purity as determined by the electrical conductivity of its condensate of not more than 3 p.p.m. of solids when using water having a total solids concentration of 1150 $^{+25}_{-0}$ p.p.m. The design water level shall be taken as the center line of the steam drum unless designated otherwise by the boiler manufacturer. The design of the boiler shall be such that bottom blow can be performed at 50 percent of boiler full power firing rate. Blow down shall consist of dropping the water level to 3 inches below the normal working level.

3.2.6 During any steam load changes required of the boiler up to its full power steaming rate, the boiler characteristics shall be such that the water level does not exceed that of the visible 18 inch range of the water level gage glass necessitating the securing of burners or resulting in gross carryover. Also, the boiler shall be capable of being maneuvered at increasing and decreasing ramp load changes between 10 percent and 80 percent full power steam flow in 45 seconds, with a controlled pressure variation of not more than 10 percent below the normal operating pressure and not more than 2 percent above the normal operating pressure or that pressure which results in lifting of safety valves; a water level variation of not more than 4 inches above or below the normal operating water level; and a superheater outlet temperature not to exceed the maximum safe operating steam temperature specified (see 6.1). These maneuvers shall be accomplished smokelessly with all burners in use utilizing full power sprayer plates. In the case straight mechanical pressure atomizing burners are specified (see 6.1), the cutting in and out of burners during these maneuvers will be permitted.

3.2.7 In emergencies it shall be possible, without damage to the boiler, to light off from a cold condition and raise steam to the designed operating pressure, with electric power and Diesel fuel oil available, within 30 minutes when superheater protection steam is used and within 60 minutes when protection steam is not used. The boiler shall be capable of being operated at all steaming rates up to and including the maximum boiler rating at 85 percent of the designed operating pressure. Between 50 and 85 percent of full power operating pressure, the boiler shall be capable of being operated at 50 percent of full power steaming rate. The boiler shall also be capable of satisfactory operation at all rates under emergency cold feed conditions when feed water is supplied at 100°F. with resulting increase of superheat temperature of no more than 50°F. above normal.

3.2.8 The boiler shall be designed so that approximately 5 percent of the tubes in the main generating bank after the superheater and approximately 5 percent of the superheater tubes can be plugged without limiting the ability of the boiler to deliver its designed full power quantity of steam at the specified delivery pressure, (but not necessarily steam temperature) and without overheating of other boiler parts to the extent that the safety and usefulness of the boiler would be jeopardized.

3.2.9 The boiler shall operate satisfactory under all conditions specified herein when the ship is permanently trimmed down by bow or stern as much as 5 degrees from the normal horizontal plane, permanently listed up to 15 degrees to either side of



2336

Licensed by Information Handling Services

9999906 2037591 T22



the vertical, pitching 10 degrees up or down from its normal horizontal plane, and rolling up to 45 degrees to either side of the vertical.

3.2.10 Vibration. - The boiler shall be designed and installed so that it will not be adversely affected by resonant vibration in range of frequencies caused by propeller blade excitation.

3.2.11 Shockproofness. - Boiler saddles, footings, and holding down bolts shall be designed to resist shock by using shock design factors of 9g in athwartship direction, 6g in fore and aft direction, and 15g in the vertical direction. Allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as tensile stress in bolt due to initial pull-up, shall not be added to shock stresses. It is of importance that shock design factors noted above be utilized in design of holding down bolts, saddles, or footings, and that no failure or permanent deformation occur as a result of shock. Bolts designed to be stressed in shear shall be fitted bolts.

3.2.12 Boiler saddles and foundation base plates. - The boiler shall be supported and secured upon its foundation by four or more base plates provided on drum saddles, header supports, or structural bracing. Provision shall be made for expansion of the boiler, shock, vibration and movements of the ship. Saddles with sliding feet shall have base plates with elongated bolt holes and shall be grooved on the face resting on the foundation for grease lubrication. Grease fittings in accordance with Specification MIL-G-1833 shall be provided on the base plate and shall be readily accessible. Material for saddles and foundation base plates shall conform to class B of Specification MIL-S-15083 or Specification QQ-S-691 or grade A of Publication ASME SA-201 and bolts shall conform to alloy 2 of Specification MIL-S-890 or grade B-7 of Publication ASME SA-193.

3.2.13 Welding. - All welded joint designs, welding and inspection of welds shall be in accordance with Standard MIL-STD-278. Minimum requirements for specific applications shall be as shown in table I.

Table I — Boiler Weld Configurations.

| Equipment | Figure no. |
|---|---|
| Desuperheater | |
| Inlet | 4(b) |
| Outlet | 4(a) and 4(b) |
| Tube to manifold | 1(d) |
| Superheater | |
| Nozzles | 2(a) and 2(c) |
| Header end plugs | 3(a), 3(b), 3(c) and 3(d) |
| Tube to header 1/ | 1(a), 1(b) and 1(c) |
| Tube stub to header | 2(a) |
| Economizer | |
| Nozzles | 2(a) and 2(c) |
| Header end plugs | 3(a), 3(b), 3(c) and 3(d) |
| Tube to header | 1(d) |
| Tube stub to header | 2(a) |
| Steam and water drum | |
| Main feed conn. | 4(b) and 4(c) |
| Downcomers | 2(a) |
| Main steam outlet conn. | 2(a) |
| Other external conn. | 2(b) |
| Safety valve conn. | 2(a) |
| Water wall and screen headers 1/ | |
| Header end plugs | 3(a), 3(b), 3(c) and 3(d) |
| Downcomers | 2(a) |

1/ Where used.

3.2.14 Piping, valves and fittings. - Piping shall conform to the requirements of NAV-SHIPS-250-582. Cast valve bodies and cast fittings subjected to pressures in excess of 150 pounds per square inch gage (p.s.i.g.) or in excess of 650°F. shall be radiographed in accordance with Standard MIL-STD-271.

3.2.14.1 Tubes, when installed, shall be clean and free of all scale. Tubes shall be pickled before they are installed in the boiler.





Licensed by Information Handling Services

3.2.15 Design pressures. -

3.2.15.1 The design pressure of the boiler, including the superheater but not the economizer, shall be at least 50 p.s.i. or 3 percent greater whichever is the greater than the working drum pressure at the 120 percent overload condition, and shall not be less than 94 percent of the pressure in the steam drum when the boiler is being fired at the 120 percent overload rating with all safety valves popped open. The desuperheater shall be designed for the maximum differential pressure to which it is subjected, that is the differential between the maximum steam drum working pressure and the desuperheater minimum outlet pressure.

3.2.15.2 The design pressure of the economizer shall be design pressure of the boiler as determined above plus the pressure drop between the steam drum and economizer inlet at the 120 percent overload rating.

3.2.15.3 The design pressure of the casing for strength shall be based on the shutoff pressure of the forced draft blowers operating at their maximum speed, as specified (see 6.1).

3.2.16 The contractor shall closely collaborate with the shipbuilder in the design of the installation and shall furnish design information as expeditiously as possible, as may be required by the shipbuilder and control designer to assure a satisfactory steam generating system.

3.3 Oil burners. - Unless otherwise specified in the contract or order, the boiler shall be equipped with burners of the wide range type conforming to Specification MIL-B-2128, having a satisfactory operating range of not less than 10 to 1 based on oil flow. The number of burners installed per boiler shall be such that when a boiler is operating at a rate of combustion necessary for the overload rate of the boiler, the capacity of each burner shall not exceed that for which the burner has been approved. Consideration shall be given to the furnace volume, furnace heat absorption surface, furnace refractory surface, and number of burners installed in the boiler in comparison with the test conditions for which approval of the burner was granted. The contractor shall assure that the design of burner and burner installation provides boiler performance in accordance with the requirements of this specification. The fuel oil burner shall be capable of burning efficiently the quantity of oil required for boiler operation from lowest firing rate to the 120 percent overload firing rate irrespective of the number of burners in operation. The minimum firing rate of the burner shall be 260 pounds per hour, or less as specified (see 6.1). Each burner shall be capable of satisfactory operation between the fuel oil pressures specified (see 6.1). The burners shall be designed so that the flow of fuel oil will be automatically shut off when the atomizer barrel is removed from the burner. Provision shall be made against either the accidental discharge of oil into the fireroom with the atomizer removed or into the furnace with the atomizer not fully secured in position. Each boiler shall be furnished with 250 percent of burner barrel assemblies and 300 percent of each size sprayer plate. Two sizes of sprayer plates shall be supplied for optimum combustion; one for all rates up to and including full power, and one for up to the 120 percent full power conditions. Boilers shall be capable of being operated through a minimum range of 10 to 100 percent full steaming rate without changing the sprayer plates or the number of burners in use. The full power sprayer plates shall be so sized as to restrict the full power oil flow from being exceeded by greater than 5 percent. The overload sprayer plates shall be sized to restrict the overload oil rate from being exceeded by greater than 5 percent. The branch lines and fuel oil manifold shall be supplied by the Shipbuilder. If necessary lighting off sprayer plates shall be supplied by the boiler manufacturer. (See 6.1 for special sprayer plates for use with JP-5 or diesel oil (see 3.2.2)).

3.3.1 Operation of burners shall be with air registers wide open under all operating rates, unless an automatic air register control is furnished as a part of the burner. The settings of the diffuser withdrawal and barrel positions shall be the same for all operating conditions, although they may be different on each burner of a boiler. The boiler shall be capable of satisfactory operation in accordance with this specification with oil viscosities between 100 Seconds Saybolt Universal (SSU) and 170 SSU at the burners and air entering the boiler air casing or air preheater from 50° to 130°F. The design of the burners shall be based on an average viscosity of 135 SSU.

3.3.2 Each burner register shall be distinctly marked by use of a brass plate indicating the order of firing precedence. All burners shall be operable from the firing aisle without the use of a ladder.

3.4 Furnace. - This section is the space provided for the combustion of fuel before the products of combustion enter any part of the tube bank. It shall be measured from the waterwalls and the refractories or insulating materials enclosing that volume.

3.4.1 Furnace refractories and insulating materials shall comprise only those shapes and dimensions of materials carried in standard Naval supply and shown on drawing 5000-S5102-1385784.





Licensed by Information Handling Services

9999906 2037593 8T5



3.4.1.1 Furnace refractories and insulating materials shall be of a quality and arranged to withstand the effects of the heat of combustion, and the normal mechanical and thermal shock incident to Naval ship operation for a minimum of 5000 hours without major deterioration, spalling or crumbling.

3.4.2 The floor including any sloping sections shall be anchored and shall be built up in a manner at least equivalent to the following, beginning at the furnace floor pan:

(a) One inch high temperature insulating block, conforming to class 4 of Specification MIL-I-2819, laid up dry.
(b) Two inches high temperature-insulating brick, conforming to Specification MIL-I-16008, laid at right angles to the first course.
(c) Four and one-half inches refractory firebrick, conforming to grade B of Specification MIL-B-15606, laid up with air setting mortar conforming to Specification MIL-M-15842.
(d) On sloping floors, the fire brick should be laid so that the 9-inch dimension is perpendicular to the slope line. Consideration will be given to floors built up of castable material for better anchoring.

3.4.2.1 If floor tubes are used, the design of the furnace floor shall be specifically approved by the bureau or agency concerned. In type II boilers, furnace floor tubes sloping less than 15 degrees shall be covered with two layers of brick (see 3.4.2 (b) and 3.4.2(c)).

3.4.2.2 Refractory furnace side and rear walls shall be built up in a manner at least equivalent to the following, beginning at the casing:

(a) One inch high temperature insulating block, conforming to class C of Specification MIL-I-2819, laid up dry.
(b) Two and one-half inches high temperature insulating brick, conforming to Specification MIL-I-16008, laid up dry.
(c) Four and one-half inches of refractory fire brick, conforming to grade A of Specification MIL-B-15606, laid up with air setting mortar conforming to Specification MIL-M-15842. The fire brick shall be laid up to break joints with the insulating brick.

3.4.2.3 When waterwalls are used, the insulation and refractory shall be built up at least as follows beginning at the casing:

(a) For tangent tubes:
   (1) A 1 inch thick layer of insulating block conforming to class 4 of Specification MIL-I-2819.
   (2) Two inches of high temperature insulating brick conforming to Specification MIL-I-16008.
(b) For nontangent tubes: (Space between tubes is 1/4 inches or more)
   (1) A 1 inch thick layer of insulating block conforming to class A of Specification MIL-I-2819.
   (2) Two inches of high temperature insulating brick conforming to Specification MIL-I-16008
   (3) One and one-half inches of refractory firebrick conforming to grade A of Specification MIL-B-15606 and a facing of high temperature castable refractory conforming to Specification MIL-C-717 extending to the midpoint of the water wall tubes.
(c) Provision shall be made in the casings of water walls for inspection and replacement of the insulation and refractory without the necessity of removing tubes or cutting casing panels.

3.4.2.4 The front wall shall be built up of courses of the same material and in the same manner as the side and rear walls, except that the total wall thickness may differ depending on the type and arrangement of burners. In no case shall the total wall thickness be less than 6-3/4 inches. Consideration will be given to the use of monolithic walls for special applications.

3.4.2.5 The refractory fillet at the base of the furnace walls and expansion joint in the furnace floor shall conform to drawing S5102-923719. There shall be at least two expansion joints 1/4 inch wide extending vertically in the rear wall and at least one similar expansion joint in the front wall. Wooden or metal batten strips used for forming expansion joints shall be removed prior to lighting off the boiler.

3.4.3 Brickwork around the furnace access openings in the casings shall be aligned to allow ready entrance without needless destruction of the furnace wall. A step shall be cut in the refractory bricks adjacent to lintels and support bars to provide a suitable refractory overlap for protection of these metal parts. Provision shall be made for a hinged burner for access to the furnace.

3.4.4 Refractory used as a protective coating for headers shall be chrome ore refractory plastic mix conforming to Specification MIL-P-15384, or chrome base hydraulic setting refractory castable mix conforming to Specification MIL-C-15413.



Licensed by Information Handling Services

3.4.5 Anchor bolts shall be furnished in accordance with Specification MIL-B-15382. Each refractory brick shall be secured by at least one bolt. Poured or tamped refractory shall be secured by at least one anchor strip per 100 square inches of surface area and the strips shall be no more than 12 inches apart, center to center. There shall be no areas of unsecured poured or tamped refractory regardless of area. All refractory in contact with headers, drums or brickpans shall be anchored to these items with sufficient anchor strips to prevent dislodgement during shock. Anchoring by means of anchor bolts, clips and strips shall be in accordance with Drawing 5000-S5102-1385785. Other forms or shapes used to attach refractory material shall conform to class A or C of Specification MIL-N-15721. Use of preformed tiles to fit between the tubes to form the baffles will be considered. Unsupported refractory screen baffles shall not be used unless specifically approved by the bureau or agency concerned; if used, nichrome wire mesh shall be used and shall be attached to the screen tubes to reinforce the refractory baffles.

3.4.6 The burner throat refractory shall be of the shape required for the burners used, and shall be built up as follows, beginning at the casing:

(a) One inch of high temperature insulating block, conforming to class C of Specification MIL-I-2819, laid up dry and terminating about 1-1/2 inches from the burner opening in the front plate.
(b) The remainder of the required thickness shall consist of tile conforming to grade A of Specification MIL-B-15606 and in accordance with drawing 810-1385708.

3.5 Drums and headers. - This section includes steam and water drums and water wall headers. Materials for steam and water drums shall be in accordance with grade B of Publication ASME SA-212 or grade B of Publication ASME SA-302 or in accordance with an equivalent Military Specification. In either case, the material shall be purchased to fine grain practice.

3.5.1 The thickness and tolerances of finished drums shall conform to the latest ASME Construction Code for Power Boilers. No welding of drum defects or correction of surface irregularities to maintain these conditions will be permitted without specific authority from the bureau or agency concerned. The heads of any drum or header larger than 12 inches inside diameter shall be hemispherical or semi-ellipsoidal in form. If the latter type is used, half of the minor axis or the depth of the head, shall be at least equal to one quarter of the inside diameter of the head or skirt. For this purpose an "approximate ellipsoidal" head having crown and knuckle radii which provide a contour approximating a true ellipse, within the tolerances permitted by the ASME Construction Code for Power Boilers, will be acceptable as an ellipsoidal head. The thickness of a manhead of such hemispherical or ellipsodial form containing a flanged in manhole may be calculated from the following formula in lieu of that specified in the ASME Construction Code for Power Boilers:

$$t = \frac{0.864PD}{SE}$$

where t = minimum thickness of plate, inches

P = design pressure, p.s.i.

D = the inside diameter (which is twice the inside radius of the wrapper sheet), inches

E = efficiency of weakest joint used in forming and welding the head (ordinarily 100 percent)

S = allowable working tensile stress, maximum p.s.i. using values shown in table P-7 of Publication ASME Construction Code for Power Boilers

3.5.2 Serrations shall be provided for all tube holes with the exception of 1 inch and 1-1/4 inch generating tube bank holes in the steam and water drums and tubes welded to headers or stubs. All tube holes shall be free of scratches or defects which would prevent a good metal-to-metal contact after rolling. The inner and outer edges of all tube holes shall be sufficiently rounded to prevent cutting the tubes during or after expansion; rough edges of grooves or counterbores shall be removed. Maximum and minimum finished diameters of tube holes shall be within the limits of table II.

Table II - Diameters of tube holes.

| Size tube | Diameter (finished) Minimum | Maximum |
|---|---|---|
| Inches | Inches | Inches |
| 1 | 1.009 | 1.015 |
| 1-1/4 | 1.260 | 1.269 |
| 1-1/2 | 1.512 | 1.522 |
| 1-3/4 | 1.763 | 1.775 |
| 2 | 2.015 | 2.028 |
| 2-1/4 | 2.265 | 2.278 |
| 2-1/2 | 2.517 | 2.530 |
| 3 | 3.020 | 3.032 |
| 3-1/4 | 3.270 | 3.282 |
| 3-1/2 | 3.520 | 3.532 |
| 4 | 4.020 | 4.035 |
| 4-1/2 | 4.520 | 4.535 |
| 5 | 5.020 | 5.035 |





Licensed by Information Handling Services

9999906 2037595 678



3.5.3 Tube holes found defective shall not be welded or processed without reference to and approval by the bureau or agency concerned.

3.5.4 One elliptical manhole, 12 inches by 16 inches, centered on the head, shall be required for each drum. Flanging or reinforcement of the manhole opening shall conform to the requirements of the latest ASME Construction Code for Power Boilers. A cover or plate shall be provided for closure, and seating surfaces shall be faced and machined to a minimum width of 11/16 inch with a flat surface tolerance of plus or minus 0.0003 inch. Clearance between cover shoulder and the edge of the opening shall not exceed 1/16 inch. The manhole cover shall be a true ellipse and shall be hinged on the inside of the drum. Attachment of manhole covers shall be made by the use of arch bars, bolts, and nuts. Manhole cover bolts shall be removable. Manhole cover shoulders shall be tapered to permit the cover to center itself on the manhole.

3.5.5 Drums and other pressure parts constructed with welded seams shall be tested hydrostatically by the manufacturer, before drilling, to 1-1/2 times the design pressure of the boiler.

3.5.6 Provision shall be made to minimize drum exposure to hot combustion gases so that the temperature of the outer skin of the drums will not exceed 700°F. nor produce excessive thermal gradients. Drum protection shall be provided by arranging tube holes so that the ligament width between holes shall not exceed 4 inches.

3.5.7 Nozzles for drums and headers shall be constructed from the same materials as the drums and headers to which they are attached, or from materials weldably compatible with the drums or headers. Nozzle to drum or header welds shall be in accordance with table I.

3.5.8 Materials used for headers shall conform to type E of Specification MIL-T-20157 (carbon steel seamless tubing) or grade B of Publication ASME SA-106. The thickness and tolerances of the finished headers shall conform to the ASME Construction Code for Power Boilers.

3.5.9 All drums and headers shall be sand or shot blasted before drilling to clean internal surfaces of all mill scale.

3.5.10 Headers, except economizer headers, shall have handhole access sufficient to permit inspection of the tube to header joints, cleaning and plugging tubes, and rolling tubes to the header. The number of handholes shall be the minimum consistant with this requirement. Where spiral wound metal-asbestos gaskets are used the metal shall be in accordance with type 316ELC of Specification QQ-S-766 stainless steel. Handhole openings shall be shaped as a true ellipse or a shape previously supplied. Gasket seating surfaces shall be circular for easier cleaning. Handhole fittings shall be designed to permit seal welding the plate to the header if desired after delivery of the boilers. Inspection ports and lights shall be provided to permit inspection of all header handhole plates while the boiler is steaming.

3.5.10.1 Economizer headers, if designed so that no handhole plates are required shall have two flanged openings in each header, directly opposite the tube ends, to permit inspection and cleaning out the interior of the headers. If the headers are designed with handhole plates, the plates shall be welded shut upon completion of erection. The manufacturer shall demonstrate the feasibility of removing handhole plates and rewelding. Any special weld removal tools shall be supplied by the manufacturer.

3.5.10.1.1 Access to the headers shall be provided by easily removable and replaceable access doors or covers. The design of the economizer headers shall include stub nozzle connections forged as part of the header or welded to the outside of the header in accordance with figure 1(d) and stress relieved at the manufacturer's plant. Economizer tubes shall be connected to the stubs on the headers by a full strength field weld. Satisfactory means shall be provided for external tube plugging. As an alternative, socket welding the economizer tube to the header in accordance with figure 1(d) will be acceptable.

3.5.11 Consideration will be given to handholes and handhole closures of improved design which will facilitate easier removal and replacement and will not lose their effectiveness under repeated removal and replacement.

3.5.12 For type I boilers, one 1-1/2 inch iron pipe size (i.p.s.) bottom blow connection shall be provided at the longitudinal center and lowest part of the water drum and two 1-1/2 inch i.p.s. bottom blow connections shall be installed on horizontal water wall headers and water screen header located one quarter of the length of the header from each end.

3.5.13 For type II boilers, one 1-1/2 inch i.p.s. bottom blow connection shall be provided on the circulating pump suction and two 1-1/2 inch i.p.s. bottom blow connections shall be provided on the pump discharge manifold and circuit inlet headers, located one quarter of the length of the header from each end. Where vertical headers are employed, one 1-1/2 inch i.p.s. connection shall be provided at the lower end of each header.

3.5.14 A 1-1/2 inch connection shall be provided at the highest point in the interconnecting piping between the steam drum and the superheater. The





Licensed by Information Handling Services

1-1/2 inch connection is intended for use in connection with chemical (acid) cleaning of the water and steam sides of the boiler and venting purposes. A 1/2 inch valve with a weld end on one side and attached by means of a nipple to a 1-1/2 inch flange for attachment to the 1-1/2 inch connection may be used for venting purposes. During chemical cleaning the vent valve will be removed and the connection used for chemical cleaning purposes. Additional 1/2 inch vents shall be provided on the steam drum outside the dry box or dry pipe as necessary to completely vent the steam drum during boiler back filling.

3.5.15 A 1/2 inch flanged connection shall be provided for the steam drum pressure gage.

3.5.16 All necessary connections required for combustion controls and feed water regulators shall be provided. These connections shall not be used for any other purpose.

3.5.17 All nozzle connections shall be arranged for butt welding of piping and fittings unless otherwise specified herein.

3.6 Drum internals. -

3.6.1 Moisture separators, driers, pipes, plates or baffling arrangements shall be utilized to produce steam with a moisture content not to exceed the requirements of 3.2.4. The arrangement of internal fittings in the steam drum shall be such as to provide maximum practical accessibility for examination and cleaning of the interiors of the drum and tubes, and permit reasonable ease in their removal when necessary. The design shall be such that removal and replacement of all drum internals which must be removed to permit inspection and brushing of all tubes from the steam drum will not require more than approximately 5 hours. Baffle material shall be hot rolled sheet steel in accordance with class A of Specification QQ-S-693 or Publication ASME SA-283. Consideration will be given to the use of quick disconnect couplings for installation and removal of all drum internals.

3.6.2 Internal feed piping. - Feed water piping shall enter the drum through a thermal sleeve and shall be disposed to cause minimum shock effect of feed water on hot surfaces and provide even feed water distribution along the length of the drum. Piping used shall be welded or seamless steel pipe in accordance with type A, class 1 or 2 of Specification MIL-P-15692 or class 1 or 2 of Publication ASTM A-53. The thermal sleeve connections shall conform to the requirements of table I.

3.6.3 Surface blow. - An internal perforated pipe or other means of removing dissolved and suspended solids in the steam drum shall be provided. The top of the pipe shall be located 3 inches below the design working level of the water in the steam drum. Surface blow pipe shall be welded or seamless steel pipe in accordance with type A, class 1 or 2 of Specification MIL-P-15692 or in accordance with class 1 or 2 of Publication ASME SA-53.

3.7 Generating tubes, downcomers and risers. - This section includes all tubes in the generating bank(s), the furnace floor, waterwalls, downcomers, and risers.

3.7.1 Generating tubes shall be arranged to permit complete and thorough cleaning by use of soot blowers. Maximum practicable accessibility for manual cleaning of soot and slag accumulations on boiler surfaces, and soot and slag deposits in cavities and pockets along the path of the combustion gases shall be provided. All tubes, tube circuits, and headers shall be drainable, to the greatest possible extent under normal conditions of trim, and adequate venting shall be provided to preclude the possibility of trapping air in the boiler when filling. The main generating tube bank shall have an in-line tube arrangement to facilitate cleaning of firesides. When gas flow baffles are employed to direct or confine the gas flow across the superheater, the baffling shall consist of a tube wall formed by proper arrangement and bending of the screen tubes or as approved by the bureau or agency concerned. Furnace water wall surfaces shall consist of bare tubes. Superheater screen tube rows shall be arranged to provide adequate protection of the superheater from excessive temperatures.

3.7.2 Generating tubes with an outside diameter of 1-1/2 inches or less shall not be bent to a radius of less than 5 inches, and tubes with an outside diameter greater than 1-1/2 inches shall not be bent to a radius of less than 6 inches, unless the boiler manufacturer certifies that the smaller bend radius can be satisfactorily traversed with an approved tube cleaning brush effectively operating in straight and curved sections of the tube. Tubes shall extend through the tube sheet and project beyond it not less than 3/16 inch and not more than 5/16 inch for tubes less than 2 inches in diameter, and not less than 5/16 inch and not more than 7/16 inch for tubes 2 inches or more in diameter. The ends of each tube shall be cut at right angles to the axis of the tube and the sharp edges shall be rounded off. Where tubes are rolled but not welded, the tube ends shall be suitably belled.

3.7.3 The use of bifurcated, trifurcated or stud tubes shall not be permitted without specific authorization of the bureau or agency concerned.

3.7.4 All generating tubes between the superheater and economizer shall be removable and





Licensed by Information Handling Services

replaceable without cutting of any structural members. All generating tubes except screen and furnace wall tubes shall be removable and replaceable from the side of the boiler without removing the superheater tubes. Screen, rear and side wall tubes shall be removable and replaceable through boiler access openings without the necessity of cutting boiler casings.

3.7.5 Materials used for generating tubes shall conform to the following requirements:

- (a) For boilers of design pressure up to and including 700 p.s.i.:
  - (1) Class A of Specification MIL-T-16286, seamless carbon steel tubes, or
  - (2) Specification MIL-T-17188, carbon steel welded boiler tubes.
- (b) For boilers of design pressure up to and including 1450 p.s.i.:
  - (1) Class G of Specification MIL-T-16286, medium carbon steel seamless boiler tubes

3.7.6 Sizes and thicknesses of generating tubes shall be in accordance with table III.

Table III — Sizes and thicknesses of generating tubes.

| Size | Thickness, inches | |
|---|---|---|
| Outside diameter | 700 p.s.i. maximum | 1450 p.s.i. maximum |
| Inches | | |
| 1 | 1/ 0.085 | 0.095 |
| 1-1/4 | .109 | .120 |
| 1-1/2 | .120 | .135 |
| 2 | .134 | .165 |

1/ Limited to a maximum mean metal temperature of 650°F.

3.7.7 The thickness of special tubes such as superheater support tubes, finned tubes, economizer tubes, superheater tubes, circulating tubes, and downcomer tubes shall be as approved by the bureau or agency concerned. If finned tubes are used they shall be so designed and dimensioned that adequate cooling of the fin will take place and no warpage of the tube will occur when in service.

3.7.8 Unheated downcomer tubes shall be provided on type I boilers. Downcomer tubes connecting the steam and water drums, and the steam drum and water wall and water screen headers shall be installed between the inner and outer casings and shall not be imbedded in the refractory. They shall connect to the steam and water drum shells at the end of the cylindrical portion and shall not connect to the drum heads except that if the drum heads are hemispherical, downcomer tubes may connect to the heads. External downcomers, external risers and superheater support tubes (larger than 2 inches outside diameter (o.d.)) shall be attached by field welding to stubs which shall be shop welded to drums and headers. When welding downcomer tubes to stub connections, on steam or water drums or headers, during erection, the use of a standard backing ring will be permitted provided that the welded joint is ground smooth and flush wherever accessible and it is shown that where not accessible waterside brushing of downcomers is feasible; otherwise, a consumable type backing ring shall be used in making this field closure weld. Downcomers shall not be insulated.

3.7.9 When orifices or other restrictors are used in type II boilers to insure proper distribution of water flow to the various circuits, they shall be readily accessible for cleaning and replacement. The minimum opening in the orifices shall be 0.25 inch in diameter. Screens shall be provided to protect the orifices.

3.8 Superheaters. - This section includes the tubes required for heating steam from the saturated temperature to the required outlet temperature, and associated headers, supports, and seal plates.

3.8.1 Each boiler shall be provided with a convection type superheater in the generating tube bank and be protected from the intense direct furnace radiation by a suitable water tube screen. Superheater tubes and all superheater components shall be so placed, arranged, and supported that inspection, cleaning, and repair may be accomplished readily and effectively. The superheater shall be provided with an access space approximately midway through the superheater tube bank, extending across its full length and approximately 18 inches in width for accomplishing readily and effectively routine inspection, cleaning, and repair of the superheater. Unless the superheater tubes are provided with an in-line arrangement and of sufficient transverse pitch so that more than 4 rows of tubes can be effectivly cleaned from the superheater access space, the access space shall be located not more than 4 superheater tube rows from the furnace. Easily removable and replaceable access doors shall be provided for entry to the superheater access space. Areas of the front and rear walls of the superheater cavity which are not used for actual access shall be of easily replaceable firebrick construction. In way of the superheater headers the casing shall be fabricated so that the headers are enclosed and may be exposed for inspection with the boiler in operation. The vestibule shall be provided with a 1 inch pipe size (i.p.s.) drain leading through the outside casing to facilitate detection of superheater handhole leaks. When a horizontal superheater arrangement is used, the tubes shall be withdrawable from the front of the

2343



Licensed by Information Handling Services

boiler. When an inverted "U" vertical superheater is used, the tubes shall be removable through the furnace and burner front. Replacement of superheater tubes shall be accomplished without the necessity of cutting superheater support tubes. The last pass of the superheater shall be designed for parallel flow between the steam and the combustion gases.

3.8.2 The joints and lintel of the inner casing access door to the superheater access space shall be kept as cool as practicable, and protected from direct hot gas impingement. The superheater screen in the vicinity of the access doors shall be adequately deep and, in conjunction with the first two rows beyond the superheater, be arranged or baffled to prevent direct impingement of gases on the doors. A step shall be cut in the refractory bricks adjacent to lintels and support bars to provide a suitable refractory overlap for protection of these metal parts.

3.8.3 Superheater support members, if used, shall be of the individually replaceable type and shall be of 60 chromium - 40 nickel composition. Material chemistry shall be as follows:

| | |
|---|---|
| Carbon | - 0.05 max. |
| Sulphur | - 0.02 max. |
| Phosphorous | - 0.02 max. |
| Manganese | - 0.30 max. |
| Silicon | - 1.0 max. |
| Chromium | - 58-62 percent |
| Nickel | - balance |

3.8.3.1 The total of all elements other than nickel and chromium shall not exceed 1.5 percent. Chemistry shall be determined from metal cutoff at the junction of the casting ingate or riser of the casting. All finished castings shall be capable of meeting the minimum requirements of class 2, Publication NAVSHIPS 250-692-13. The design shall be such that the replaceable supports are shielded from the hot furnace gases as far as practicable and so that their replacement can be accomplished without the necessity of removing superheater tubes. Support tubes used for positioning replaceable supports shall be welded to superheater support tubes by a complete penetration weld. Where the superheater is supported at the inner casing, castable or plastic refractory reinforced with nichrome wire lacing or mesh may be used as a partial support and for protection of the inner casing provided that the ligament spacing between tubes is sufficiently open to permit effective application of refractory. Consideration will be given to the use of an asbestos fiber rope packing Fibre Frax or equal, suitable for the service intended as a substitute for refractory for protection of the inner casing. Where superheater tubes are arranged horizontally and supported at the front and rear walls, superheater support tubes will not be required.

3.8.4 The arrangement of the superheater shall be such that it is completely drainable and ventable under normal conditions of trim of the ship. A vertical type superheater of the inverted "U" type that is completely drainable will be considered ventable. Horizontal type superheaters shall have their tubes sloped at least 3 degrees downward toward the header to assure positive drainage. A definite slope shall be provided at superheater tube welds to assure positive drainage in the vicinity of welds. Superheater tubes shall not be looped or offset if by so doing the superheater tube is only partially drainable.

3.8.5 Superheaters shall be designed and provided with suitable connections to facilitate chemical cleaning of the steam side (see 3.8.12).

3.8.6 Each superheater tube shall be connected to nipples on headers by a full strength field weld, or lightly rolled directly into the header and strength welded on the inside of the header. The latter method shall not be employed where all the welding must be accomplished in the overhead position. Nipples shall be forged as part of the header or welded to the header and stress relieved at the manufacturer's plant. The arrangement of the superheater, superheater header, and handholes shall be such as to provide satisfactory access and visibility for a welder of reasonable competence to make sound welds from the position he is required to assume when installing and replacing superheater tubes aboard ship. Special tools required for preparing header tube holes for welding shall be furnished as required in 3.27. The field weld shall be made on similar type materials only. The nipple or tube shall be safe-ended in the shop to effect the transition from austenitic to ferritic material so that the field weld shall be of compatibly weldable materials. The procedure for ferritic to austenitic tube welds shall require specific approval of the bureau or agency concerned.

3.8.6.1 The weld of the safe-end shall be ground or machined smooth with the inside diameter of the tube or stub and shall not form a pocket for collection of condensate. The tube or nozzle opening shall be reamed and faced or counterbored to assure a true circular opening for effective plugging of tubes. See table I for welded joint designs.

3.8.7 With the following maximum superheater tube metal temperatures, the tubes shall be fabricated from material conforming to the indicated classes of Specification MIL-T-16286 as a minimum:

| | |
|---|---|
| 1100°F. or less .............. | Class E |
| 1101°F. to 1200°F ............ | Class C |

3.8.7.1 The maximum tube metal temperature shall not exceed 1200°F.

3.8.8 With the following maximum superheated steam temperatures, the superheater headers shall



2344

Licensed by Information Handling Services

be fabricated from the indicated materials specified below or as otherwise approved by the bureau or agency concerned:

| | | |
|---|---|---|
| Up to 875°F. | C-1/2 Mo steel | Specification MIL-T-20155[1/] Publication ASME SA-335, grade P-1 |
| 876°F. to 1050°F. | 1-1/4 Cr-1/2 Mo steel | Publication ASME SA-213[1/] grade T-11 or Publication ASME SA-335, grade P-11 |

[1/] The dimensions shall be as required by the contractor for fabrication. The finished headers shall conform to ASME Construction Code for Power Boilers for thickness and tolerances.

3.8.9 Materials utilized for superheater seal or header protection which are exposed to the products of combustion but are not effectively cooled by steam, water or air, and also metal seal plates used in conjunction with refractory at superheater tube penetration points, shall be of a heat resisting alloy, best suited for the service intended.

3.8.10 Provisions shall be made to protect the superheater of each boiler against excessive temperatures while raising steam through the use of steam taken from an external auxiliary steam line, routed through the superheater and discharged to the auxiliary exhaust line via the desuperheater. The size of this line shall be at least 1-1/2 inch i.p.s. Unless otherwise specified in the contract or order, the superheater shall operate satisfactorily under all conditions of operation at the normal operating pressures, with the steam temperature not exceeding the maximum design steam temperature at steady load conditions. The firing rate and steam temperature at which the boiler may be operated during the lighting-off and cutting-in-periods shall be clearly stated on drawings and in technical manuals.

3.8.11 Headers shall have handhole access sufficient to permit plugging all superheater tubes and welding of tubes to headers where tubes are welded to the inside of the headers. The number of handholes shall be the minimum consistent with this requirement. Accessibility to permit mechanical cleaning of the lowest part of ends of each header shall be provided. Handhole fittings shall comply with 3.5.10.

3.8.12 Superheater headers shall be provided with 1/2 inch i.p.s. vent and 3/4 inch i.p.s. drain connections to vent and drain the superheater. Drainability shall be so provided as to prevent standing water in any part of the superheater including the inlet, intermediate and outlet headers. A 1-1/2 inch i.p.s. connection shall be provided at the superheater outlet and equipped with a cut out valve and a 1-1/2 inch hose connection. The drain on the outlet header may be used for this purpose provided it is increased in size to 1-1/2 inches i.p.s. The main steam inlet connection to the superheater inlet header shall be so designed as to permit internal plugging of this connection through adjacent handhole fittings. The plug design shall be such that the superheater can be effectively isolated during chemical cleaning operations of either the superheater or the boiler water sides. A drain connection and valve shall also be provided on the main steam inlet stub connection to the superheater, just ahead of the plug. As an alternative, the main steam inlet piping to the superheater may be plugged at the steam drum end provided any drum internals required to be removed are easily accessible and removable.

3.9 Economizers. - This term represents the heating surface located in the combustion gas stream after the boiler generating surfaces for additional preheating of the boiler feed water. Tubes, fins, headers, and support plates are included in this section.

3.9.1 Economizer tube materials shall be in accordance with and subject to the same limitations as materials for tubes of the generating surfaces (see 3.7.5).

3.9.1.1 Materials used for headers shall be of carbon steel, conforming to type E of Specification MIL-T-20157 or grade B of Publication ASME SA-106.

3.9.1.2 The thickness and tolerances of the finished headers shall conform to the ASME Construction Code for Power Boilers.

3.9.1.3 Materials used for support plates shall be of quality best suited for purpose limitations or requirements.

3.9.1.4 Materials used for fins shall be of aluminum or of the same material as the economizer tubes.

3.9.2 Economizer headers shall conform to the requirements of 3.5.10.1.

3.9.3 The economizer vestibules shall be designed so that soot will not accumulate on the return bends or elsewhere in the vestibules.

3.9.4 A 1 inch i.p.s. drain shall be provided from the lowest point of each economizer header vestibule, leading through the outer casing and



Licensed by Information Handling Services

9999906 2037600 865



terminating above the floor plates at the front of the boiler, to facilitate detection of tube joint and handhole plate (if installed) leakage. No valves shall be installed in this line.

3.9.5 A 3/4 inch i.p.s flanged drain connection shall be provided at the lowest portion of each header to permit complete drainability. A 1/2 inch i.p.s. flanged vent connection shall be located at the highest point of the economizer header or economizer inlet piping. A chemical cleaning connection shall be provided in the outlet. This connection may be combined with the economizer drain connection.

3.10 Desuperheaters. - A submerged type of desuperheater shall be provided in the steam or water drum to provide auxiliary steam at the required pressure, temperature, and flow conditions. The design shall permit disassembly and withdrawal through the manhole. It shall be detachable by a flange connection at both ends inside the drum. The inlet connection shall incorporate a thermal sleeve designed to prevent crevice corrosion. When the desuperheated steam conditions result in a residual superheat of 100°F. or higher at any rating, the outlet connection shall also incorporate a thermal sleeve. In addition, an internal stainless steel liner shall be provided extending from the external inlet flange to the internal desuperheater flange inside the drum. See table I for detailed arrangements required for these connections.

3.10.1 The desuperheater assembly, including tubes and tube flanges or headers shall be fabricated from 16 percent chromium and 1 percent nickel alloy steel in accordance with Publication ASTM A-268 or Publication ASME SA-268 TP-430. The chemical composition and properties shall be modified as follows:

| | |
|---|---|
| Carbon | - 0.035 max. |
| Manganese | - 1.00 max. |
| Silicon | - 0.75 max. |
| Chromium | - 14.0 to 16.5 |
| Nickel | - 0.80 to 1.50 |
| Sulphur | - 0.030 max. |
| Phosphorus | - 0.030 max. |

| | |
|---|---|
| Elongation in 2 inches min. | - 20 percent |
| Tensile strength min. | - 60,000 p.s.i. |
| Yield point min. | - 35,000 p.s.i. |
| Hardness | - 207 BHN or $R_B$ .95 max. |

3.10.1.1 Desuperheater support plates shall conform to grade A or B of Publication ASME SA-212. The tube holes in the support plates shall have edges rounded or beveled at edges to minimize the possibility of deposit build-up in crevices between tubes and support plate tube holes. header or tube to flange joints shall be welded externally to eliminate formation of crevices on boiler water side of the desuperheater tubes.

3.10.2 Consideration will be given to providing a heat exchanger type of desuperheater fed with cooling water directly from the water or steam drum without intervening valves, preferably located between the inner and outer casing.

3.11 Air preheaters. - Where preheaters are specified (see 6.1) the air preheater shall be considered an integral part of the boiler. The design of the air preheater shall be satisfactory to the bureau or agency concerned.

3.12 Interconnecting piping. - The boiler manufacturer shall be responsible for the design and shall furnish all piping to the terminal points. All drain, vent and blowdown connections shall terminate with suitable flanges outside the outer casing. The shipbuilder will determine the type of terminal connections to be supplied by the boiler manufacturer and the boiler manufacture shall be responsible for providing on the boiler, terminal connections suitable to the shipbuilder.

3.12.1 Unless otherwise specified in the contract or order, the shipbuilder shall be responsible for the design and shall furnish the piping between the steam drum and superheater, between the economizer and steam drum, between the superheater outlet and desuperheater and safety valve actuating piping.

3.12.2 No valves shall be installed in the piping between the steam drum and superheater inlet header. The shipbuilder will install a 1/2 inch calorimeter connection in the connecting pipe between the steam drum and superheater inlet. A lift check valve with a 1/8 inch hole drilled in the valve bridge shall be installed at the steam drum in the feed line from the economizer. A stop-check valve shall be installed in the piping from the superheater outlet to the desuperheater. This stop-check valve shall be fitted with a means for locking it in the open position and shall be fitted with a means for indicating whether the valve is open or closed.

3.12.3 On type II boilers, a stop valve shall be installed on the suction and discharge side of each circulating pump. Where two circulating pumps are installed per boiler, the valve on the discharge side of the pump shall be a stop-check valve.

3.12.4 The shipbuilder will furnish fuel oil manifolds and branch oil connections from burners to the manifolds. Flanged root valves shall be provided at the manifolds for each branch pipe. The branch piping shall be installed with sufficient



Licensed by Information Handling Services

9999906 2037601 771



flexibility for easy retraction and placing of diffusers and barrels in their operating position, and shall not vibrate excessively. The hand wheel of each root valve shall be provided with a brass plate identifying the number corresponding to the identifying number of the burner for which it serves. Connections shall be provided on the fuel oil supply manifolds for thermometers and pressure gages and on the return manifold for a pressure gage. Flange connections shall be provided on the manifolds for connecting to the fuel oil service piping. The branch lines connecting the burners to the fuel oil supply and return manifolds shall consist of wire-reinforced rubber hose conforming to Specification MIL-H-19606. Flexible hose connections shall be not less than 18 inches in length; shall be installed in such a manner as to offer maximum flexibility, and shall be arranged so as not to interfere with the operation, adjustment, repair or removal of any burner. Flexible hose sections shall be fitted with reusable end connections conforming to Specification MIL-F-19607 and shall be installed so as not to exceed the minimum bending radius for the size and type of hose used. Flexible hose and end fittings shall have a minimum working pressure and temperature rating of 1000 p.s.i.g. and 225°F. respectively. Flexible hose sections shall be fitted with stand-off clips so as not to permit contact with the boiler casing or burner front plate. The hose-fitting-to-header and hose-fitting-to-burner-coupling joints shall be made by welding end fittings of seamless steel tubing not exceeding 10 inches in length.

3.13 Casings. - This section includes the outer and inner covering which encloses the boiler, structural support members, and access doors.

3.13.1 Casing materials shall be of the following materials: Structural steel and plates conforming to class FS309, class FS321 or class FS347 of Specification QQ-S-766, grade HT of Specification MIL-S-16113, grade HT of Specification MIL-S-20166, or hot rolled steel plate of Specification QQ-S-693. The material used shall be selected on the basis of the boiler weight limitations and the design requirements of the casing. Commercial materials may be used provided the material is suitable for the purpose intended, is properly identified, and does not impose special problems for maintenance and repair. Sections of casing which operate at temperatures exceeding 700°F. or which are in contact with flue gases shall be of corrosion-resistant steel conforming to class FS309, class FS321 or class FS347 of Specification QQ-S-766.

3.13.2 Gaskets of the design shown on Drawing 5000-S5102-841624 shall be used at access doors, flanged panels, air inlet connections and uptake connections.

3.13.3 The inner casing in the vicinity of the generating tube bank shall be protected by a layer of fire brick or hydraulic setting castable refractory, unless it is made of a high temperature alloy and cooled so that the metal temperature does not exceed 1100°F. The use of packed panels, consisting of a layer of insulation encased by metal sheets, shall be avoided in high temperature gas areas. A minimum clearance of one-quarter inch shall be provided between the tubes and inner face of the casing. Outer casing surface temperature at any point, except in the way of structural ties, shall not exceed 140°F. under all steaming conditions, based on an ambient air temperature of 100°F. and a velocity of 0.3 foot per second.

3.13.4 Convenient accessibility shall be provided to all manholes and handholes. Access doors or removable and replaceable access panels shall be provided to the superheater access space (cavity), the sides of the generating tube bank and immediately above and below the economizer and air preheater for inspection, cleaning, and maintenance. The inner casing access door to the superheater cavity shall be designed and constructed so that metal parts are suitably protected by the refractory and are not exposed to combustion gases. Furthermore the design shall be such that frequent and ready entrance can be made to the superheater cavity without needless destruction of adjacent refractory walls. If a vertical superheater is used, access to the superheater cavity shall be provided through both the front and rear casings. The shipbuilder will provide access above the economizer should the boiler manufacturer's material cognizance terminate immediately above these components. Provision shall be made for permitting access to the furnace through both outer and inner casings. Access doors shall be capable of convenient removal and handling, without mechanical aids, by 2 men. Access doors shall not exceed 12 square feet in area and shall not weigh more than 60 pounds. A drain connection shall be provided in the furnace floor and another outboard of the water drum for drainage during water washing. Provision shall be made in the outer casing of each boiler for connection of forced draft blower air ducts. Peepholes for viewing the furnace floor, screen row tubes, rear walls, side walls, and flame conditions while firing shall be provided in the boiler front. A lighting aft port shall also be provided in the burner front. Air duct connections for the forced draft blowers shall be positioned so as not to discharge air across the economizer headers, nor shall the headers restrict the flow of forced draft air. Provision shall be made in the outer casing of each boiler or in the duct between the blower and the boiler for connection to an electric motor-driven lighting off blower.



2347

Licensed by Information Handling Services

9999906 2037602 638



3.13.5 Access doors and panels shall be secured in such a manner as to permit them to be opened or taken down without the removal of the clamps or bolts and nuts from the outer portion of the casing. Other arrangements will be permitted if equal reliability and tightness is insured. Clamps shall conform to Drawing 5000-S5102-841581. Positioning guides shall be provided for supporting and aligning casing access doors prior to installation and securing.

3.13.6 Casing materials shall be of sufficient thickness or shall be sufficiently strengthened by appropriate stiffeners to withstand vibration during operating. The casings shall also be capable of withstanding the air pressure of the forced draft blowers operating at maximum speed against a sudden closing of all air registers, with a maximum permissable permanent distortion of the casings of 1/2 inch. Strength members or casings shall be designed to support furnace floor brickwork, economizers, air heaters, or other components where necessary, and other loads such as that due to differential expansion of drums and casings. Securing devices for brickwork or refractory materials shall not penetrate the innercasing.

3.13.7 With the boiler uptake open, burner openings blanked off, and air pressure between casings maintained at a value equal to the draft loss anticipated at the maximum overload boiler rate with 260 cubic feet of 68°F. air per pound of fuel fired, combined leakage through inner and outer casings shall not exceed 6 percent of the anticipated combustion air flow required under those conditions. To insure minimum dilution of combustion products, leakage through the inner casing shall not exceed 2 percent of the anticipated combustion air flow, under the maximum draft loss conditions noted above, when the differential pressure across the inner casing is equal to the anticipated register air pressure drop at the same conditions.

3.13.8 Inspection ports and lights. - Inspection ports shall be provided in the boiler casing to permit observation of the inner front casing and the space beneath the fuel oil burners for evidence of fuel oil leakage. The inspection ports shall be of a design satisfactory to the bureau or agency concerned. Lights shall be installed as necessary to provide adequate illumination for the inspection of the above space, and shall be in accordance with sheet 20, section 3 of Drawing 9000-S6202-73980.

3.14 Safety valves. - The boiler shall be equipped with safety valves conforming to Specification MIL-V-17462.

3.14.1 The aggregate relieving capacity of the safety valves of each boiler shall be such that all of the steam generated at the overload condition will be discharged without allowing the drum pressure to increase more than 6 percent above the highest pressure at which any valve is set, and in no case to increase more than 10 percent above the boiler design pressure. The relieving capacity of the superheater safety valve shall be such that the superheater will not be damaged by overheating or bursting should the firing rate be maintained for 30 seconds at any firing rate from the specified minimum to maximum overload rate. The safety valve installation on the steam drum shall consist of at least two valves of which one may be the drum pilot operator.

3.14.2 The capacity of the steam drum safety valves shall not be less than 75 percent of the steam generated at the overload condition. The relieving capacity of the drum pilot actuator valve shall be as small as practicable consistent with proper design for satisfactory operation.

3.14.3 Safety valves shall be connected directly to the boiler without any intervening valves or fittings. The valves shall be mounted in an upright position. Safety valves of a given type installed on a boiler shall all be of the same hand, shall have inlet and outlet flanges drilled in an identical manner, and shall have drain connections located in the same position.

3.14.4 The superheater safety valve shall be a drum pilot operated valve. The drum pilot actuator valve shall be designed to open the superheater valve at the same time the drum pilot valve pops open.

3.14.5 The steam drum pilot actuator valve shall be set to pop and open the superheater safety valve at a pressure of 50 p.s.i. or 3 percent greater whichever is greater than the highest working steam drum pressure (120 percent overload). The first steam drum safety valve shall be set to pop open at a pressure approximately 2 percent of the highest working drum pressure higher than the steam drum pilot actuator valve. Additional steam drum safety valves shall be set to pop progressively at pressure increments equal to 1.5 percent of the highest working drum pressure. The third and fourth steam drum safety valves may be set at the same pressure. If the superheater safety valve is of the spring loaded type it shall be set at a pressure approximately 2 percent above the drum pilot actuator valve set pressure. All safety settings shall be set to the nearest five p.s.i. value and to provide allowance for safety valve tolerances.

3.15 Soot blowers. - The boiler shall be equipped with soot blowers conforming to Specification MIL-B-1947. The number and location of soot blowers shall insure adequate cleaning of the boiler firesides. Additional stationary type soot blowers,





Licensed by Information Handling Services

9999906 2037603 574



one between the economizer and the steam drum and one outboard and below the horizontal centerline of the water drum, shall be installed in each boiler. If soot blower heads are located in the rear of the furnace they shall be air operated and provision shall be made for withdrawal of the soot blower elements through the front casing.

3.15.1 Steam soot blower heads shall be designed for full boiler pressure at desuperheater outlet, however provision shall be made at or in the head to attain an optimum reduced pressure in the element. The soot blower heads shall be provided with a suitable gage connection to enable checking of the soot blower operating pressure. An air pressurizing system shall be provided for the soot blower steam supply piping system in accordance with drawing 5000-S5103-841336.

3.16 Steam drum water level indicators.- The boiler shall be equipped with a direct reading water level gage glass of at least 18 inch visibility and two identical remote reading water level indicators, all equipped with shut off and drain valves located at the front steam drum head by the boiler manufacturer. The scale on the remote reading water level indicators shall be at least 6 inches long. Each direct reading water level gage shall duplicate a gage that has previously passed approval tests at the U. S. Naval Boiler and Turbine Laboratory as suitable for the pressure intended. The gage and indicators shall be installed on the boiler so that no interference or disconnecting of instruments is required for access to the drum interior.

3.16.1 Each direct reading water gage shall be assembled with two pairs of gage glasses. Shut-off valves shall be arranged so that each gage is removable and drainable while the boiler is steaming. Two drain valves shall be furnished with each direct reading water level gage so that one can be used as a throttle. The gage frame shall be rotatable 360 degrees. Gages shall conform to Specification MIL-G-16356 and Drawing 5000-S5100-841604 except that gage frames shall be fitted with conical spring washers under all frame nuts. The water level gage connections on the steam drum shall be sufficiently long to clear the drum insulation and to permit rotation of the gage for optimum visibility to the operator.

3.16.2 The remote reading water level indicators shall be equipped with a visual alarm and with provision for high and low audio alarms. They shall be connected to the front of the steam drum and completely independent of other functions except that one may be connected to the 18-inch water gage connections. The remote reading water level indicators shall not depend for operation upon any external source of energy. The water level indicators shall be furnished with an electrical transmitting system to transmit and repeat the water level indication at the respective engine room gage board. The remote water level indicators shall be operated by pressure differential between a constant head of water and the varying head of water level in the boiler steam drum. Both remote reading water level indicators shall be identical and of the same manufacture and of a design approved by the bureau or agency concerned. A settling chamber shall be provided for each remote reading water level indicator. Constant head chambers shall be of the non-temperature compensating type unless otherwise specified by the bureau or agency concerned.

3.17 Connections and controls.- Connections for the feed water regulator and combustion controls shall be provided on the boiler as required by the contract or order.

3.18 Boiler blow system- Unless otherwise specified in the contract or order the shipbuilder shall furnish the bottom blow valves guarding valves, boiling out valves and piping required for installing the boiler blow system. The bottom blow valves shall conform to Specification MIL-V-17737 and the boiler blow system shall be in accordance with Drawing 5000-S5103-841733, except that valves may be either straight way or angle, whichever permits greater accessibility for repair and operation.

3.19 Miscellaneous instruments and appurtenances.- The shipbuilder will provide the following instruments and appurtenances for each boiler unless otherwise specified in the contract or order.

(a) Smoke indicator - One smoke indicator, complete with light unit, vision unit, damper, and reflection unit, in accordance with Specification MIL-I-2002.
(b) Two steam pressure gages 8-1/2 inch o.d. dials in accordance with MIL-G-18997, one for indicating the superheater outlet pressure and one for indicating the steam drum pressure. The gage used for control shall be furnished with a suppressed scale of 300 psi below to 300 psi above the normal operating pressure.
(c) One desuperheater outlet pressure gage, 8-1/2 inch o.d. dial, in accordance with Specification MIL-G-18997.
(d) One supply oil pressure gage, 8-1/2 inch o.d. dial in accordance with Specification MIL-G-18997.
(e) One return oil pressure gage, 8-1/2 inch o.d. dial in accordance with Specification MIL-G-18997 with a scale range of 0-500 psi suitable for an overrange pressure of 1500 psi.
(f) One bare bulb distant reading dial thermometer, conforming to type 1 of Specification





Licensed by Information Handling Services

<u>Ball, Rodney (WD Alfred)</u>
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**SIX OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

**X** by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio
Wanda D. Claudio