Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**SEVEN OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

9999906 2037604 400



MIL-T-940, for the superheater outlet temperature.

(g) One bare bulb direct-mounted dial thermometer, conforming to type 2 of Specification MIL-T-940, for the superheater outlet steam temperature.

(h) One bare bulb distant reading dial thermometer, conforming to type 1 of Specification MIL-T-940, for the desuperheater outlet steam temperature.

(i) One bare bulb direct mounted dial thermometer, conforming to type 2 of Specification MIL-T-940, for the desuperheater outlet steam temperature.

(j) One bare bulb direct-mounted thermometer ( 30 -240°F.) conforming to Specification MIL-T-15164, for oil temperature.

(k) One multiple pointer air draft gage in accordance with type B of Specification MIL-G-17489. Class 3 shall be used for aircraft carriers. Class 2 shall be used for all other ships.

3.19.1 The boiler manufacturer shall furnish suitable connections as may be required for the piping up of items (b) and (k) of 3.19.

3.19.2 The boiler manufacturer shall supply the following valves:

(a) Safety Valves
(b) Direct reading valves level gage shut off valves
(c) Remote reading water level shut off valves

3.19.2.1 All other valves will be furnished by the Shipbuilder.

3.20 Drawings. - Commercial drawings will be acceptable provided that satisfactory technical data is furnished. Drawing identification shall be by means of the manufacturer's code identification and number. The bureau or agency concerned will not assign numbers. Final drawings shall be supplied in 35 mm microfilm strip or reel. The following detailed drawings shall be submitted showing the views indicated. Where all the information cannot be included on one drawing more than one sheet may be submitted.

(a) Steam drum, water drum and waterwall header details. - This drawing shall show diameter and grooving of tube seats, transverse cross-sectional view, longitudinal sectional elevation, details of external (nozzle) connections (reduced size), bill of material, welding and heat treatment procedure and other pertinent notes relative to fabrication and installation.

(b) Superheater header and tubes, arrangement and detail. - This drawing shall show details of all nozzles, vent and drains, superheater element assembly, section through tube seat, tube to header welding detail, header elevation and plan view section. A bill of material and pertinent notes relative to welding procedures, heat treatment, fabrication and installation shall be included.

(b) Superheater details, miscellaneous. - This drawing shall show section through handhole plate opening, and plug details, single line sketch showing how elements are displaced from horizontal, arrangement and detail of superheater tube supports, plug and plugging tools. A bill of material, plugging instructions and support installation procedure, and procedure for replacement of superheater tube elements shall also be included.

(d) Economizer arrangement and detail. - The drawing shall show detail of nozzle connections, handhole plate seat details, partial sectional elevation, detail of welding tubes to headers and procedure to be followed, section through tube seat.

(e) Tube plan. - This drawing shall be a cross-sectional drawing enabling operators to identify every tube and downcomer in the boiler including economizer and air preheater where installed. A flow pattern shall also be shown on the economizer section. Screen tubes, support tubes and main generating bank tubes shall be lettered and numbered, starting with the first screen row as "RA" and numbered from front to rear. Sidewall tubes shall be lettered and numbered from front to rear as follows: SW1, SW2, etc. Rear wall tubes shall be similarly identified from left to right as follows: RW1, RW2, etc. Roof tubes where installed shall be designated R1, R2, etc., counting from left to right on upper rear header. Floor tubes, if installed, shall be designated F1, F2, etc., counting from front to rear. Economizer and air heater tubes from left to right A, B, C, etc. and from bottom to top 1, 2, 3, etc. Superheater tubes shall be counted from bottom to top and shall be additionally identified by loops. That is, the row nearest furnace shall be designated the "outer loop". Following this will be the "intermediate loop(s)", and the "inner loop". Downcomers in water drum shall be designated DC1, DC2, etc., starting from front on side wall header, moving to rear and continuing from left to right on rear wall header. A word description of how to use the plan in identifying tubes shall be included.





Licensed by Information Handling Services

(f) Details of tools.
(g) List of drawings.
(h) List of spares and tools.
(i) Details of boiler and downcomer tubes. (Pertinent notes shall include sufficient information to permit a repair activity to order, cut, bend and install tubes without aid of boiler manufacturer.)
(j) General arrangement, front sectional elevation and plan view. - This drawing shall contain a sectional front view including economizer looking toward rear of boiler, and a sectional plan view as viewed from the top after passing a section through the furnace parallel to the base line. A tabulation of all boiler data shall be included on this drawing.
(k) Brickwork arrangement. - This drawing shall show arrangement of all brickwork with various sections taken at pertinent locations to permit complete installation without reference to other plans. It shall contain all pertinent information relative to materials and installation procedures, including details of castable refractory forms.
(l) Arrangement of valves and fittings. - This drawing shall show all valves, fittings and appurtenances as viewed from front, both sides and top of boiler. A bill of material and expansion data shall be included on this drawing.
(m) Arrangement of steam drum internals. - This drawing shall show sufficient views to facilitate removal and installation. Pertinent notes relative to proper installation procedures and a bill of material shall be included on this drawing.
(n) Arrangement and details of desuperheater. - heater. - This drawing shall show details of tubes, supports, arrangement, welding, heat treatment and fabrication instructions, a bill of material, design and test pressures.
(o) Arrangement of front outer casing. - This drawing shall show all access openings, doors and panels, including economizer, and shall include typical sectional views specifically where various boiler parts and appurtenances pierce the casing, all expansion joints, seals and attachments to drum and header structurals.
(p) Arrangement of front inner casing. - Same as "o" above.
(q) Arrangement of rear outer casing. - Same as "o" above.
(r) Arrangement of rear inner casing. - Same as "o" above.
(s) Arangement of inner economizer casing. - Same as "o" above.
(t) Arrangement of furnace side inner casing. - Same as "o" above.
(u) Arrangement of furnace side outer casing. - Same as "o" above.
(v) Arrangement of outer economizer casing. - Same as "o" above.
(w) Casings, cutaway view. - This plan shall show a cutaway view of the assembled casings, taken from the front, and a portion of the sides, including economizer, and shall depict a complete picture of the casings, insulation and brickwork without the necessity of referring to other plans. Specifically, it shall show a section through the sides, front and those areas where drums and headers are attached to the casings. A typical tie bar installation shall also be shown.
(x) Fuel oil burner assembly.
(y) Fuel oil burner lists of material.
(z) Safety valve assembly.
(aa) Safety valve details.
(bb) Safety valve tools.
(cc) Soot blower assembly and details.
(dd) Boiler gage glasses, arrangements and details.
(ee) Arrangement and details of smoke indicator.
(ff) Boiler seating arrangement. - This drawing shall show location of boiler footings and the bolting arrangement.

3.20.1 Where boiler parts or components are to be identical to existing standard or master drawings, a reproduction of the part or component shall not be necessary. However, reference must be made to the standard or master drawing which applies. Working drawings, submitted for approval, shall be blueprints and forwarded, 2 each, to the bureau or agency concerned, the shipbuilder, Supervisor of Shipbuilding and 1 copy each to Ships Parts Control Center, Mechanicsburg, Pennsylvania and Naval Boiler and Turbine Laboratory, Philadelphia, Pennsylvania. Copies of final approved drawings shall be forwarded, 2 copies each (blueprints) plus 1 set of microfilm to the bureau or agency concerned, 1 copy (vandyke) to the planning shipyard and 1 copy (blueprint) to the ship.

3.21 General arrangement drawings furnished in accordance with 3.20 shall include the information specified in 3.21.1 through 3.21.6.

3.21.1 Design pressures. -

| | |
|---|---|
| Boiler pressure parts | P.s.i.g. |
| Economizer | P.s.i.g. |
| Air casing | Inches water. |

3.21.2 Generating surfaces. -

| | |
|---|---|
| Main tube bank or secondary tube bank | Square feet. |
| Screen tubes | Square feet. |
| Furnace rear wall tubes | Square feet. |





Licensed by Information Handling Services

9999906 2037606 283



Furnace front wall tubes . . . . . . Square feet.
Furnace side wall tubes. . . . . . . Square feet.
Furnace roof wall tubes . . . . . . Square feet.
Furnace side plus roof tubes, if continuous . . . . . . . . Square feet.
Furnace floor tubes, bare . . . . . Square feet.
Superheater surface . . . . . . . . . Square feet.
Economizer surface . . . . . . . . . Square feet.
Desuperheater surface . . . . . . . Square feet.
Air heater surface . . . . . . . . . . Square feet.
Safety valve settings . . . . . . . . . Pounds per square inch gage.
Hydrostatic test pressures before assembly . . . . . . . . . . . Pounds per square inch gage.
Hydrostatic test pressure on completion of assembly . . . . Pounds per square inch gage.
Casing static air test pressure . . . . . . . . . . . . . . . Inches water.

3.21.3 Furnace data. -

Furnace volume . . . . . . . . . . . . Cubic feet.
Furnace depth . . . . . . . . . . . . . . . Feet.

3.21.4 Total effective projected radiant heat absorbing surface. -

Fireside row . . . . . . . . . . . . . . . . Square feet (equivalent).
Front wall tubes . . . . . . . . . . . . . . . . . Square feet (equivalent).
Rear wall tubes . . . . . . . . . . . . . . . . . Square feet (equivalent).
Side (roof tubes) . . . . . . . . . . . . . . . . Square feet (equivalent).
Roof tubes . . . . . . . . . . . . . . . . . . . . . . Square feet (equivalent).
Floor tubes . . . . . . . . . . . . . . . . . . . . . . Square feet (equivalent).
Refractory surface . . . . . . . . . . . . . . . Square feet (equivalent).

3.21.5 Overall dimensions and weights. -

Maximum height over economizer . . . . . . . . . . . . . . . . . . . Feet.
Maximum height over drum . . . . . . Feet.
Maximum width . . . . . . . . . . . . . . . . Feet.
Maximum depth . . . . . . . . . . . . . . . . Feet.
Maximum dry weight . . . . . . . . . . . . Pounds.
Maximum wet weight steaming . . . . . . . . . . . . . . . . . . . . Pounds.
Box volume . . . . . . . . . . . . . . . . . . . . Cubic feet.
Location of center of gravity from steam drum center line.

3.21.6 Anticipated performance. -

| | 10 percent | Cruising | Astern | F.P. | Maximum overload |
|---|---|---|---|---|---|
| Rate of operation, percent | | | | | |
| Total steam generated, pounds/hour | | | | | |
| Superheated steam, pounds/hour | | | | | |
| Desuperheated or saturated steam, pounds/hour | | | | | |
| Boiler drum pressure, pounds per square inch gage | | | | | |
| Superheater outlet pressure, pounds per square inch gage | | | | | |
| Superheater outlet temperature, degrees F. | | | | | |
| Desuperheater or saturated steam outlet pressure, pounds per square inch gage | | | | | |
| Desuperheater or saturated steam, outlet temperature degrees F. | | | | | |
| Economizer inlet pressure, pounds per square inch gage | | | | | |
| Economizer inlet temperature, degrees F. | | | | | |
| Economizer outlet pressure, pounds per square inch gage | | | | | |
| Economizer outlet temperature, degrees F. | | | | | |
| Casing air inlet temperature, degrees F. | | | | | |



2352

Licensed by Information Handling Services

9999906 2037607 11T



| | 10 percent | Cruising | Astern | F. P. | Maximum overload |
|---|---|---|---|---|---|
| Air heater outlet temperature, degrees F. | | | | | |
| Burner air inlet temperature, degrees F. | | | | | |
| Total air flow, pounds/hour | | | | | |
| Total oil flow, pounds/hour | | | | | |
| Anticipated efficiency, percent | | | | | |
| Guaranteed efficiency, percent | | | | | |
| Radiation and unaccounted for losses, percent | | | | | |
| Excess air, percent | | | | | |
| Percent carbon dioxide | | | | | |
| Number of burners in operation | | | | | |
| Throttle or nonthrottle of air doors | | | | | |
| Draft loss, total inches water 1/ | | | | | |
| Through steam air heater; inches water | | | | | |
| Through double casing, inches water | | | | | |
| Through burner register, inches water | | | | | |
| Through boiler and superheater, inches water | | | | | |
| Through economizer, inches water | | | | | |
| Gas temperature leaving superheater screen, degrees F. | | | | | |
| Gas temperature leaving superheater, degrees F. | | | | | |
| Gas temperature leaving main bank, degrees F. | | | | | |
| Gas temperature leaving economizer, degrees F. | | | | | |
| Heat release, Kilo B.t.u./hr./sq. ft. radiant heat absorbing surface | | | | | |
| Heat release, KB/hr./sq. ft., total heating surface | | | | | |
| Heat release, KB/hr./cu. ft., furnace volume | | | | | |
| Furnace heat absorption, KB/hr./sq. ft. | | | | | |
| Heat absorption, first water screen row, KB/hr./sq. ft. | | | | | |
| Heat absorption maximum and location KB/hr./sq. ft. | | | | | |
| Anticipated metal temperatures, degrees F. | | | | | |
| Water screen tubes, outside | | | | | |
| Water screen tubes, inside | | | | | |
| Superheater tubes, outside, maximum | | | | | |
| Superheater tubes, inside, maximum | | | | | |
| Maximum inner casing temperature and location | | | | | |
| Maximum outer casing temperature and location | | | | | |
| Average outer casing temperature | | | | | |

1/ The number of cubic feet of air required shall be based on the pounds of air required for smokeless operation with air at 100°F. at the boiler casing inlet or air heater inlet if an air heater is specified. For overload condition the draft losses shall also be specified for 260 cubic feet of air at 68°F. per pound of oil.





Licensed by Information Handling Services

9999906 2037608 056



3.22 Design reports. - The boiler manufacturer shall furnish five copies of the following:

(a) Complete stress calculations of drums and headers.
(b) Calculations of circulation. Shrink and swell of water level during the maneuvers specified in 3.2.6.

3.23 Technical manuals. - Technical manuals for the operation and maintenance of boilers shall conform to type II of Specification MIL-M-15071. Five copies of the technical manual shall be forwarded for approval by the bureau or agency concerned. The number of approved technical manuals to be furnished shall be as specified (see 6.1). Two copies of the final approved technical manual shall be forwarded to the bureau or agency concerned and one copy to the Naval Boiler and Turbine Laboratory.

3.23.1 In addition to the technical manuals specified above, the boiler manufacturer shall furnish the shipbuilder and bureau or agency concerned notes on erection and installation of boilers, care of boilers after installation, and operational procedures while the boiler and ship are in the shipbuilder's hands prior to acceptance of the ship by the Government. These notes shall include preservation and cleaning of boilers, preparations prior to lighting off, care of burners and refractory, feed and boiler water conditioning, and care of idle boilers.

3.23.2 A boiler name plate shall be furnished for each boiler in accordance with Specification MIL-P-15024. In addition, a placard shall be provided for each boiler listing hydrostatic test pressures, burner settings, sprayer plate sizes, maximum and minimum fuel oil pressures and any other pertinent information applicable to the boiler.

3.24 Onboard repair parts. - The following onboard repair parts shall be furnished by the boiler manufacturer in the quantities indicated:

| Items | Quantities |
|---|---|
| (a) Manhole plates (complete with bolts, nuts and dogs) | Complete for one boiler per ship. |
| (b) Handhole plates (complete with bolts, nuts and dogs) | 100 percent of each size in all boilers. |
| (c) Gaskets, manhole and handhole | 200 percent of the number in all boilers. |
| (d) Gaskets for internal joints in drums | 200 percent of the number of each size in all boilers. |
| (e) Glasses for observation doors or peepholes | 50 percent of the number of each size in all boilers. |
| (f) Tubes (only for vessels larger than destroyers and frigates) (tubes shall be completely fabricated, bent and ready for installation): | |
| (1) Screen tubes | 1 boiler's worth per ship.[1/] |
| (2) Water wall tubes | 1 boiler's worth per ship.[1/] |
| (3) Superheater tubes | 1 boiler's worth per ship.[1/] |
| (4) Spare economizer elements | 1 per boiler room.[1/] |
| (g) Water level gage complete | 25 percent of the number in all boilers. |
| (h) Water level gage glasses | 200 percent of the number in all boilers. |
| (i) Burner impeller plates | 25 percent of the number installed in all burners. |
| (j) Burner air regulating shutters | 10 percent of the number installed in all burners. |
| (k) Gaskets used on burners for oil tightness | 200 percent of number installed of each size and type. |
| (l) Gaskets used on burners for air tightness | 10 percent of number installed of each size and type. |
| (m) Atomizer valves or burners complete | 10 percent of number installed. |
| (n) Check valves at burners | 10 percent of number installed. |

(o) Onboard repair parts for all boiler appurtenances, (including safety valves, soot blowers, and water gages) shall be furnished in accordance with the

[1/] When one boiler's worth of repair parts is specified it shall include one boiler's worth of each hand of such parts if contract or order specifies right and left handed boilers.





Licensed by Information Handling Services

9999906 2037609 T92



requirements of the applicable specification. In addition, the following on-board repair parts shall be furnished by the boiler manufacturer:

| | |
|---|---|
| (1) Safety valves (each size and type) | One per ship |
| (2) Replaceable superheater support members and seal plates (if used) | Two boilers worth per ship |
| (3) Heating elements for air preheaters (if used) | One set per ship |

3.24.1 Unless otherwise specified in the contract or order, the following repair parts will be furnished by the shipbuilder:

| | |
|---|---|
| (a) Thermometers: | |
| (1) Distant reading, for superheater | 1 per ship. |
| (2) Direct mounted, for superheater | 1 per ship. |
| (3) Distant reading, for desuperheater | 1 per ship. |
| (4) Direct mounted, for desuperheater | 1 per ship. |
| (5) Direct mounted for oil supply | 1 per ship. |
| (b) Boiler blow valves, each size and type | 2 per ship. |
| (c) Steam gage, for boiler steam drum | 1 per ship. |
| (d) Steam gage, for superheater | 1 per ship. |
| (e) Steam gage for desuperheater | 1 per ship. |
| (f) Oil supply and oil return gage | 1 each per ship. |
| (g) Flexible burner hose and end fittings | One length of flexible burner hose and the hose fittings equivalent to the amount supplied for 50 percent of the boilers installed per ship |
| (h) Root valves for branch connections complete | 10 percent of number installed |

3.25 Stock repair parts. - Stock repair parts shall be furnished in accordance with the requirements of Specification MIL-P-15137. Shipping destination for stock repair parts shall be furnished by the Ships Parts Control Center, Mechanicsburg, Pa. One ship set of special boiler tubes consisting of economizer, superheater, special generating or water wall tubes with support castings or swaged ends shall be processed in a production list.

3.26 Other repair parts. - When a boiler is required for test at the U.S. Naval Boiler and Turbine Laboratory, the boiler shall be furnished with the following:

(a) Superheater tubes...... 10 percent of number installed

3.27 The following tools shall be furnished by the boiler manufacturer in the quantities indicated:

(a) Wrenches for handhole nuts, two for each boiler.

(b) Wrenches for manhole nuts, one for each boiler.

(c) Tube expanders (cage with rolls, mandrels and extra set of rolls) complete, including required accessories such as right-angle gear drives, parallel gear drives, universal joints, and rachet wrenches for each size generating, water wall, superheater, economizer and air heater tube one set for each boiler.

(d) Tube expanders (cage with rolls, mandrels, and extra set of rolls), complete,





Licensed by Information Handling Services

9999906 2037610 704



for every other size of tube, one set for each fireroom.

(e) Metal tube plugs per boiler as follows:
- (1) 6 for generating tubes.
- (2) 2 for each size screen and water wall tubes.
- (3) 4 for each size superheater tube.
- (4) 4 for economizer tubes.

(f) Blind nipples per boiler as follows:
- (1) 2 for generating tubes.
- (2) 2 for each size screen and water wall tubes.

(g) One boiler test pump, 100 p.s.i. compressed air operated Sprague Engineering Corps Model S-216-C or equivalent to test up to 150 percent of economizer design pressure. The pump shall be fitted with 10-foot suction and 24-foot pressure hoses, complete with couplings and connections to suit fitting on the boiler.

(h) Gasket templates, one for each size handhole. The templates shall be of steel, 1/16 inch thick.

(i) Air-driven tube cleaning outfits, in accordance with Specification MIL-C-17370, one per boiler for each size of tubes 2 inches in diameter or less, and one per fireroom for each size of tube over 2 inches in diameter.

(j) Tube cleaner brush sets in accordance with Specification MIL-B-2678 as follows:
- (1) One brush set for each 50 tubes or fraction thereof installed in the A and B rows on the vessel.
- (2) One brush set for each 200 tubes or fraction thereof (other than A and B rows) of each size on the vessel.
- (3) One brush set for each 300 superheater tubes or fraction thereof on the vessel.

(k) One set of aluminum forms per vessel, for use in installing or repairing burner throat refractory, and one sweep.

(l) All special tools used for repair or cleaning boilers and appurtenances and auxiliary equipment shall be furnished as required. Special tools are defined as those tools not listed in the Catalog of Naval Material, General Stores Section. (Copies of this catalog may be consulted in the office of the Government inspector.)

(m) Special wrenches for burner atomizers - One of each for each boiler.

(n) Special tools required for assembly or for normal maintenance, repair and adjustment of burners - One of each per ship.

(o) Tool for preparing superheater header tube holes for welding - One of each per ship.

(p) Tube plug extractors - One of each size for each fireroom.

(q) Reamers for preparing seating surface for metal tubes plugs or for superheater tube seats - One set per boiler.

(r) Air motor-driven tools, including speed wrenches for casing bolts - One set per fireroom.

(s) Air motor-driven handhole seat cleaner, with a metal cup brush - One cleaner and 12 spare cup brushes per fireroom.

(t) Air motor driven safer saw for cutting out superheater and economizer tubes.

4. QUALITY ASSURANCE PROVISIONS

4.1 The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examination and tests shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Static tests. - During the course of erection, or upon completion of assembly of the pressure parts, the pressure parts of the boiler shall be hydrostatically tested to one and one half times the design pressure of those parts for strength and tightness.

4.2.1 After erection aboard ship, or after the erected boiler has been installed aboard ship the complete boiler shall be hydrostatically tested to one and one quarter times the design pressure of the boiler.

4.2.2 The inner casing shall be air tested for leakage with uptakes and all openings blanked off and pressure applied gradually to the interior of the casing up to pressure equal to the pressure drop across the burner registers at 120 percent overload.

4.2.3 After complete erection, the outer casing shall be tested for tightness with uptakes blanked off and burner registers open to the 120 percent overload casing inlet pressure.

4.2.4 The inner casing leakage may be determined by subtracting from the leakage of the combined outer and inner casing leakage, the leakage of the outer casing alone. The method of obtaining the leakage of the combined outer and inner casing leakage is the same as for the strength test outlined in 4.2.5.



Licensed by Information Handling Services

4.2.5 One boiler shall be selected at random from all boilers of identical design offered for delivery at one time and tested for strength to the casing design pressure with burner registers closed or blanked off, with uptake openings open, and pressure applied between casings. The maximum permissible permanent distortion shall not exceed 1/2 inch.

4.3 Operating tests. - The acceptance of a boiler and its components shall be predicated upon performance during a test at the U.S. Naval Boiler and Turbine Laboratory, U.S. Naval Base, Philadelphia, Pennsylvania and upon performance during acceptance trials of the ship as specified (see 6.1). The purpose of the laboratory test will be to determine whether performance meets the requirements of this specification and references hereto, including manufacturer's guarantees. If a boiler of the same size and design has been previously tested at the U.S. Naval Boiler and Turbine Laboratory the laboratory test will be omitted. All boilers installed in Naval ships shall pass the tests required by the Navy during construction and trials of the ships.

4.3.1 All parts of the boiler to be tested at the U.S. Naval Boiler and Turbine Laboratory, together with its appurtenances, shall be delivered and erected by the contractor or delivered fully erected by the contractor.

4.3.2 The test of the boiler at the U.S. Naval Boiler and Turbine Laboratory shall be in accordance with an agenda prepared by the bureau or agency concerned and agreed to by the contractor. The boiler shall be fired at least 1000 hours, of which at least 300 shall be at full power or above, and under operating conditions necessary to satisfy the bureau or agency concerned that specification requirements and performance guarantees are met. The test will include runs at approximately 10 percent, 25 percent, 50 percent, 75 percent, 100 percent and 120 percent of full power, each of sufficient duration to determine the efficiency and operational characteristics of the boiler at these conditions. The feed water regulator and other controls furnished under the contract shall be tested to determine their operating characteristics as part of the boiler. All safety devices shall be actuated by simulating operating conditions required for their functioning.

4.3.3 Cost of testing the boiler as required by the test agenda will be borne by the bureau or agency concerned. The cost of additional testing resulting from changes, and any modifications necessary to meet the specifications, shall be borne by the contractor. If in the judgment of the bureau or agency concerned special features of the boiler ordered require modification to the conditions above, modification will be made in the ordering data. Whenever a deficiency developes which requires that the boiler, component, or appurtenance be altered to rectify the deficiency, the cost of labor and materials to alter the test boiler, component, or appurtenance shall be borne by the contractor. Further, where alteration of the test boiler is required to enable the test boiler or associated equipment to meet specification requirements or performance guarantees, similar alterations to all other boilers in the same contract or order shall be accomplished at the expense of the contractor.

## 5. PREPARATION FOR DELIVERY

5.1 Domestic shipment and early equipment installation and for storage of onboard repair parts. -

5.1.1 Basic equipment. - Boilers shall be shipped in an unassembled condition except for economizer for erection in the ship by the shipbuilder unless otherwise specified in the contract or order.

5.1.1.1 Preservation and packaging. - Preservation and packaging shall be sufficient to afford adequate protection against corrosion, deterioration and physical damage during shipment from the supply source to the using activity and until early installation.

5.1.1.2 Packing. - Packing shall be accomplished in a manner which will insure acceptance by common carrier and will afford protection against physical and mechanical damage during direct shipment from the supply source to the using activity for early installation. The shipping containers or method of packing shall conform to the Uniform Freight Classification Rules and Regulations or other carrier regulations as applicable to the mode of transportation.

5.1.1.3 Marking. - Shipment marking information shall be provided on interior packages and exterior shipping containers in accordance with the contractor's commercial practice. The information shall include nomenclature, Federal stock number or manufacturer's part number, contract or order number, contractor's name and destination. No boiler pressure parts shall be metal stamped for identification.

5.1.2 Onboard repair parts. - Mechanical repair parts and tools shall be preserved and packaged level A in accordance with Specifications MIL-P-17286 and MIL-R-196 as applicable. Electrical repair parts shall be preserved and packaged level A in accordance with Specification MIL-E-17555. Packing of repair parts shall be in accordance with the applicable processing specification, level C shall apply. Marking of interior packages and exterior shipping containers shall be level A or C respectively in accordance with Standard MIL-STD-129.





Licensed by Information Handling Services

5.2 Domestic shipment and storage or overseas shipment. - The requirements and levels of preservation, packaging, packing and marking for shipment shall be specified by the procuring activity (see 6.1).

6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type and number of boilers (see 1.2).
(c) Maximum height over economizer.
(d) Maximum height over drum safety valves.
(e) Maximum width.
(f) Maximum depth.
(g) Maximum dry weight allowable per boiler.
(h) Maximum wet weight (steaming).
(i) Conditions as follows at (a) cruising, (b) full power, (c) overload (d) maximum astern, and other conditions as may be required to meet ship characteristics.
  (1) Percent full power rating.
  (2) Total evaporation (pounds/hour).
  (3) Superheated steam (pounds/hour).
  (4) Desuperheated steam (pounds/hour).
  (5) Economizer inlet pressure (p.s.i.g.).
  (6) Economizer inlet temperature (°F.).
  (7) Boiler drum pressure (p.s.i.g.).
  (8) SHO pressure (p.s.i.g.).
  (9) SHO temperature (°F.) minimum allowable.
  (10) SHO temperature (°F.) maximum allowable.
  (11) Desuperheater outlet pressure (p.s.i.g.).
  (12) Desuperheater outlet temperature (°F.).
  (13) Fuel rate (pounds/hour).
  (14) Anticipated overall efficiency (percent).
  (15) Guaranteed overall efficiency (percent).
  (16) Anticipated radiation and unaccounted for losses (percent).
  (17) Anticipated percent carbon dioxide.
  (18) Exit gas temperature.
  (19) Boiler air inlet temperature (°F.).
  (20) Cubic feet of air per pound of oil.
  (21) Total air flow (pounds/hour).
  (22) Draft losses inches of water.
    a. Air preheater.
    b. Double casing.
    c. Boiler and superheater.
    d. Economizer.
    e. Burner.
    f. Total draft loss.
  (23) Number of burners in use.
(j) The maximum superheater outlet steam temperature not to be exceeded under any steady steaming condition.
(k) The minimum outlet pressure and corresponding maximum outlet temperature from the desuperheater at the overload condition.
(l) Burner minimum firing rate and special sprayer plate required (see 3.3).
(m) Burner fuel oil pressure range (see 3.3).
(n) Engineering services required.
(o) Additional equipment required, as applicable, such as:
  (1) Air preheaters (see 3.11).
  (2) Combustion controls.
  (3) Steam temperature controls.
  (4) Circulating pumps for type II boilers.
  (5) Miscellaneous instruments and appurtenances required (see 3.19).
(p) Location of air inlet openings.
(q) Casing design pressure.
(r) Maximum conditions of roll, pitch and permanent list of the ship and the range of propeller frequencies.
(s) Approval authority for technical manuals; distribution, and number required. (See 3.23.)
(t) Type of boiler test required... laboratory and shipboard or shipboard (see 4.3).
(u) Preservation, packaging, packing and marking requirements if other than those required in 5.1 (see 5.2).

6.2 Data furnished with bid. - The bidder should furnish the following information as a part of his bid:

(a) Complete anticipated and guaranteed performance data as outlined under 6.1(i).
(b) Furnace volume, effective projected radiant heat absorbing surface, furnace water wall surface, boiler heating surface, economizer heating surface, total generating heating surface, superheater surface and total of all heating surfaces.
(c) Design pressures of boiler, economizer, and air casing.
(d) Maximum heat absorption and location.
(e) Maximum superheater metal temperatures inside and outside, location, and the approximate rate at which it occurs.
(f) General outline arrangement drawings showing external connections, safety valve outline, withdrawal spaces, and access panels and doors.
(g) Sectional elevation and plan views of the boiler complete with radiant dimensions, weights, approximate location of center of gravity, design water level and material specifications.
(h) A complete list of major and auxiliary components, valves, and fittings to be furnished.
(i) List of special tools furnished and standard tools required but not furnished.
(j) List of repair parts to be furnished.





Licensed by Information Handling Services

9999906 2037613 413



(k) For type II boilers - The boiler circulating pump characteristics: capacity, head, and power consumption in kilowatts and pounds of steam required.

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in anyway supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 4410-N018Sh)

2359



Licensed by Information Handling Services

9999906 2037634 35T






Figure 1 - Tube welds





Licensed by Information Handling Services

9999906 2037615 296






NOTES:

1. ROOT OPENINGS -
   PIPE SIZES MORE THAN 3 INCHES:
   1/4 INCH MINIMUM.
   PIPE SIZES 3 INCHES OR LESS:
   3/16 INCH MINIMUM.
2. USE OF A CONSUMMABLE INSERT IN LIEU OF BACKING RING IS PERMITTED.
3. TO BE:
   1/8 INCH LESS THAN FINAL BORE
   1 INCH OR SMALLER
   1/4 INCH LESS THAN FINAL BORE
   OVER 1 INCH

Sh 5664

Figure 2 - Nozzle welds



2361

Licensed by Information Handling Services

9999906 2037616 122






Sh 5665

Figure 3 - Header end plug welds



2362

Licensed by Information Handling Services




Sh 5666

Figure 4 - Inlet, outlet nozzle welds
(dry and wet)





Licensed by Information Handling Services

*Ball, Rodney (WD Alfred)*
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**SEVEN OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- **X** by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio
Wanda D. Claudio