Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**EIGHT OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

# EXHIBIT 6

MIL-M-15071H(NAVY)
17 July 1978
SUPERSEDING
MIL-M-15071G(SHIPS)
1 August 1969
(See 6.6)

# MILITARY SPECIFICATION

## MANUALS, TECHNICAL: EQUIPMENTS AND SYSTEMS

## CONTENT REQUIREMENTS FOR

This specification is approved for use by all interested Commands of the Departments of the Navy and the Marine Corps and is available for use by all other Department and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification sets forth Naval Sea Systems Command (NAVSEA) and Naval Electronic Systems Command (NAVELEX) content requirements for manuals necessary for installation, operation, organizational-, intermediate-, and depot-level maintenance, repair, and parts support (without services of manufacturer's representatives) of equipment and systems.

1.1.1 Scope of coverage. Unless otherwise specified, type I and type II manuals shall include all information necessary to perform all (organizational, intermediate, and depot-level) maintenance. No manual shall omit maintenance or logistics information for any equipment or component thereof designated repairable, regardless of the location of the designated repair point (ship, tender, or shore facility) unless the contract requires that the information be included in a separate document to be provided to the Government and reference is made thereto.

1.2 Classification. Manuals shall be of the following types, as specified (see 6.2 and 6.6):

Type I - Hull, mechanical and electrical equipment manuals.
Type II - Electronic and interior communications equipment manuals.
Type IIS - Service test electronic and interior communications equipment manuals.
Type IIX - Experimental electronic and interior communications equipment manuals.
Type III - Systems manuals.

1.3 Data items. The following technical manual data items are detailed by this specification (see 6.2):

(a) Book plan.
(b) Quality program.
(c) Manuscript (review) (see 3.11.3 and 3.13.4).
(d) Preliminary manuals (see 6.5.10).
(e) Reproducible copy.
  (1) Preliminary manual.
  (2) Final manual (basic).
  (3) Change (permanent and interim).
  (4) Revision.
(f) Printed manuals.
(g) Status reports.
(h) Photolithographic negatives.

2. APPLICABLE DOCUMENTS

2.1 Issues of documents. The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Ship Engineering Center, SEC 6124, Department of the Navy, Washington, DC 20362 by using the self-addressed Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.

FSC TMSS

SPECIFICATIONS

MILITARY

MIL-P-116 - Preservation, Methods of.
MIL-M-8910 - Manual, Technical, Illustrated Parts Breakdown, Preparation of.
MIL-M-9868 - Microfilming of Engineering Documents, 35mm, Requirements for.
MIL-M-9868/1 - Microfilming of Engineering Documents (35mm), for Naval Ship System.
MIL-D-23140 - Drawings, Installation Control, for Shipboard Electronic Equipment.
MIL-M-24100 - Manuals, Technical: Functionally Oriented Maintenance Manuals (FOMM) for Equipment and Systems.
MIL-M-24365 - Maintenance Engineering Analysis: Establishment of, and Procedures and Formats for Associated Documentation; General Specification For.
MIL-P-24534 - Planned Maintenance Subsystem, Development of Maintenance Requirements Cards, Maintenance Index Pages, and Associated Documentations.
MIL-M-38748 - Microfiche for Engineering/Technical Data, Reports, Studies and Related Data, Requirements For.
MIL-M-38784 - Manuals, Technical: General Style and Format Requirements for.
MIL-P-38790 - Printing Production of Technical Manuals; General Requirements for.
MIL-M-38807 - Manual, Technical, Illustrated Parts Breakdown, Preparation of.

STANDARD

MILITARY

MIL-STD-12 - Abbreviations For Use on Drawings, Specifications, Standards and in Technical Documents.
MIL-STD-1364 - Standard General Purpose Electronic Test Equipment.
MIL-STD-17-1 - Mechanical Symbols (Other than Aeronautical, Aerospacecraft and Spacecraft Use) (Part I).
MIL-STD-17-2 - Mechanical Symbols for Aeronautical, Aerospace and Spacecraft Use (Part II).

PUBLICATIONS

MILITARY

DOD 5220.22M - Industrial Security Manual for Safeguarding Classified Information.
NAVSEA 0967-LP-000-0120 - Handbook of Electronic Circuits.
NAVSEA 0969-LP-019-7000 - Application Guide for Electronic Test Equipment.
NAVSEA S9086-00-STM-000/NSTM - Naval Ships Technical Manual.
NAVSEA S9086-CZ-STM-000/CH90 - Inspections, Tests, Record, and Reports.
NAVEXOS P-35 - Publications and Printing Regulations.

HANDBOOKS

MILITARY

H4-1 - Cataloging Handbook, Federal Supply Code for Manufacturers, United States and Canada, Name to Code.
H4-2 - Cataloging Handbook, Federal Supply Code for Manufacturers, United States and Canada, Code to Name.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

UNIFORM CLASSIFICATION COMMITTEE

Uniform Freight Classification Ratings Rules and Regulations

(Application for copies should be addressed to the ATA Tariff Section, 1616 P Street, N.W. Washington, DC 20036).

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

X3.5-70 - Flowchart Symbols and Their Usage in Information Processing.
Y14.15-66 - Electrical and Electronics Diagrams.
Y32.2-70 - Graphic Symbols for Electrical and Electronics Diagrams, (Including Reference Designation Class Designation).
Y32.10-67 - Graphic Symbols for Fluid Power Diagrams, Including Supplements.
Y32.14-73 - Logic Diagrams: (Two-State Devices) Graphic Symbols for.
Y32.16-75 - Reference Designations for Electrical and Electronics Parts and Equipments.

(Application for copies should be addressed to the American National Standards Institute, Inc., 1430 Broadway, New York, N.Y. 10018.)

(Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using Federal agencies.)

3. REQUIREMENTS

3.1 Precedence. In the preparation of technical manuals, when conflict exists between the requirements of this specification and its referenced documents, this specification shall take precedence. When conflict exists between the requirements of the contract and this specification or its referenced documents, the contract shall take precedence.

3.2 Security classification. The security classification of manuals shall be assigned by the command or agency concerned. Marking, handling, and production of all classified material shall be in accordance with the DOD 5220.22M Industrial Security Manual for Safeguarding Classified Information. DD Form 254 (Contract Security Classification Specification), which constitutes a part of the contract for all classified material is designed to indicate, by a combination of a check list and narrative comment, the classified areas of information involved in the contract or subcontract, and particularly to identify the specific items of information which require security classification protection.

3.3 Level of writing. The level of writing and development of text for types I, II, IIS, and III manuals shall be in accordance with MIL-M-38784 and the following:

(a) As a general guide, the level of writing should be for a high school graduate having specialized training as a technician in Navy training courses.
(b) Summary portions in chapter 1 shall be written to the level of command and supervisory personnel.
(c) Operating instructions shall be written to the level of an operator having previous experience in the operation of similar or related equipment.
(d) The level of writing for other portions of the manual shall be to that of the least experienced or technically skilled Navy technician who is intended to utilize the manual for training on, or operation or maintenance of the system/subsystem/equipment. The grade level (i.e., E-4, E-5, E-6, etc.) varies with the nature and complexity of the hardware; the level ultimately chosen will be derived from the Ship Manning Document or similar planning information. The Government will furnish the contractor with more detailed guidance in the course of outline/book plan reviews (where required) or other early in-process review stages.
(e) This technical manual will be used by personnel with various educational backgrounds. While they are able to learn similar material when presented in a classroom environment, it should be assumed that individual reading skills are no higher than 9th grade. Unless a comprehension standard is cited in the contract or order which sets a different criteria for readability (which is a factor of comprehension) reading level (GL) shall be established by use of the recalculated Flesh Reading Ease Formula where GL=0.39 (words/sentences) + 11.8 (syllables/word)-15.59.

3.3.1 Type IIX. Except when the manual will be used by the Navy for operational evaluation, IIX manuals shall be written to the level of an engineer familiar with the type of equipment involved. The level of writing for IIX manuals to be used during operational evaluation shall be the same as that of IIS manuals.

3.3.2 Accessibility and referencing of data. Cross referencing techniques in text and illustrations shall provide rapid access to all maintenance data (equipment and equipment circuits) in such a manner that the technician may proceed through the maintenance action without interruption or dead-end. Referencing shall be as specified in 3.7.4.

3.3.3 Warnings, cautions, and notes.

3.3.3.1 Warnings and cautions. WARNING AND CAUTION statements shall be included for emphasis in all applicable installation, operating, maintenance, and repair procedures and data in accordance with MIL-M-38784, and as follows:

(a) A WARNING statement shall be used to call particular attention to a step of a procedure which, if not strictly followed, could result in serious injury or death of personnel.
(b) A CAUTION statement shall be used to call particular attention to a step of a procedure which if not strictly followed, could result in damage, to or destruction of equipment.
(c) WARNING and CAUTION statements shall immediately precede the text of those procedural steps where failure to strictly follow the particular step of a procedure would be likely to result in personal injury or death or damage to or destruction of equipment. The WARNING or CAUTION shall state the consequences of failure to strictly follow the procedural step to which it applies.
(d) The use of WARNING or CAUTION statements shall be limited to significant cases so that too extensive use of these statements will not make technicians and operators apathetic of them and thus reduce their value.
(e) WARNING or CAUTION statements shall not contain procedural steps or alternate procedural steps, nor shall they be numbered.
(f) When a WARNING or CAUTION consists of two or more paragraphs, the heading "WARNING" or "CAUTION" shall not be repeated above each paragraph. The format of either text (e.g. indentation of italics) should suffice to identify the following paragraphs.
(g) If it is necessary to precede a paragraph by both a WARNING and CAUTION, the WARNING shall precede the CAUTION.

3.3.3.2 Notes.

(a) Notes shall not be used with or in lieu of procedural steps.
(b) Notes, shall be confined solely for use in narrative or illustrative non-procedural data. Notes shall never be used in lieu of WARNINGS or CAUTIONS, nor shall they be used to modify an action.
(c) Notes in narrative or illustrative non-procedural data shall be in accordance with MIL-M-38784.

3.4 Issues and arrangement.

3.4.1 Issues. The issues of a technical manual shall be as specified in the contract or order and as specified in 3.4.1.1 through 3.4.1.5.2.

3.4.1.1 Basic manual. The basic issue of a technical manual shall be the original edition prepared in full conformance to this specification and in accordance with the requirements of the applicable contract.

3.4.1.2 Preliminary manual. A preliminary manual shall be prepared for type I, type II, or type III manuals, as specified (see 6.5.10.1 and 6.5.10.2).

3.4.1.3 Commercial manual. A commercial manual shall be a manufacturer's existing manual containing technical information covering assembly, installation, operation, servicing, overhaul, and parts identification, normally furnished by a manufacturer to purchasers of his equipment. As required, this manual shall be supplemented (see 3.4.3.3). (The commercial manual is sometimes referred to as an "off-the-shelf" manual.) When no commercial manual exists, or it requires extensive change, a basic manual conforming to all requirements of 3.4.1.1 should be supplied.

3.4.1.4 Supplement manual. A supplement manual shall be a document that complements the data in a basic manual. Supplements shall only be used to provide information and data concerning the addition of a unit or assembly to an equipment, such that all equipments will not be modified, and where its use with the equipment technical manual is effective. It shall not be used in lieu of a change or revision to the manual when such information should be integrated into the manual.

3.4.1.5 Revisions. Revisions shall be of two types, as specified in the contract or order, and shall be prepared in accordance with MIL-M-38784 and this specification (see 3.10.4 and 6.5.13).

3.4.1.5.1 Updated revision. An updated revision shall incorporate configuration modifications and all previous data issued as changes to the existing manual, and shall be prepared in accordance with the content and format arrangement of the basic manual.

3.4.1.5.2 Complete revision. A complete revision shall be a completely rewritten manual and shall comply with all of the content and format requirements of this specification.

3.4.2 Arrangement. Manuals shall contain the following data, as applicable, to provide instructions for installation, operation, and maintenance and shall be arranged as follows:

Front matter
Technical content
Appendixes
Index
User activity comment sheets

3.4.2.1 Front matter. The front matter shall consist of the following, as applicable:

Cover
Title page
List of effective pages
Change record

| Types I and III |
| --- |
| Approval and procurement record page |

Content assurance pages
Table of contents
List of illustrations
List of tables

3.4.2.1.1 Cover and title page. The cover and title page shall be prepared in accordance with MIL-M-38784 and shall include, if applicable, a supersedure notice (see 3.10.2). Manuals procured by the NAVSEA or the NAVELEX or any of its subordinate or field activities, shall show the respective systems command in the authority notice but shall include the seal of the systems command below the subtitle. Title pages for permanent changes shall be in accordance with 3.10.3. The cover and title page shall include the manufacturer's name. Where the manual is applicable to more than one manufacturer, the prime manufacturer shall be identified. For multi-volume manuals the volume number shall be indicated on the top-right hand corner; all volumes shall carry the same nomenclature (prime title). Chapter numbers and titles of chapters contained in each volume shall be indicated under the manual prime title (e.g., chapters 1, 3, 4, 6; general information, functional description, etc., respectively).

3.4.2.1.2 List of effective pages. The list of effective pages shall be prepared in accordance with MIL-M-38784 (see 3.10.2 and 3.10.3).

3.4.2.1.3 Change record. A permanent change record prepared in accordance with MIL-M-38784 shall follow the list of effective pages.

3.4.2.1.4 Approval and procurement record page (types I and III only). As required, an approval and procurement record (APR) page shall be included and conform in content to figure 1.

3.4.2.1.5 Content assurance pages. Content assurance pages shall follow the title page or APR page and shall conform to figure 2. In multi-volume manuals, these pages shall be included in each volume covering the content of that volume.

3.4.2.1.6 Table of contents, list of illustrations, and list of tables. These items shall be prepared in accordance with MIL-M-38784. In multi-volume manuals, volume I shall contain a complete table of contents and list of illustrations covering all volumes. Other volumes shall contain their own listings.

3.4.3 Technical content. The technical content shall be as specified in 3.4.3.1 through 3.4.3.4.

3.4.3.1 Basic manual. The technical content for the basic manual shall include as applicable the following:

Type I manual - (see 3.5 through 3.5.10).
Type II, IIS, IIX - (see 3.5 through 3.5.11.2).
(Note: For paragraphs not applicable to type IIS and type IIX manuals (see 3.5.11.1 and 3.5.11.2).
Type III manual - (see 3.6 through 3.6.10.11.2).

3.4.3.2 Preliminary manual. A preliminary manual will be prepared for type I, type II, and type III manuals (see 6.5.10.1 and 6.5.10.2) as specified in 3.11.2 or the contract or order.

3.4.3.3 Commercial manual. A commercial manual shall include the basic data as specified in 3.5.2 through 3.5.10 and may be arranged in any logical format or layout. A supplement shall be provided with each existing printed commercial manual to provide any required data not included in the commercial manual (see 3.4.3.2).

3.4.3.4 Supplement manual. A supplement manual shall be prepared in accordance with MIL-M-38784 as applicable, and shall contain all data specified in 3.5.2 through 3.5.10 that is not included in the commercial or technical manual it supplements. Special attention shall be given to interface information, by detailed reference to the basic technical manual or by repetition of the data. Format requirements shall parallel and augment the basic manual. Production requirements shall conform to the applicable requirements of 3.8, providing that the basic manual with the supplement is effective for use.

3.4.4 Appendixes. Appendixes shall conform to MIL-M-38784 and the following (see 6.2):

(a) For classified equipment, a copy of DD Form 254 applicable to the equipment shall be included as an appendix to each volume of the manual.
(b) Manual changes shall not be issued in the form of an appendix.

3.4.5 Index. An alphabetical index, prepared in accordance with MIL-M-38784, shall be prepared for all manuals containing over one hundred pages.

3.4.6 User activity comment sheets. The manual shall include three Technical Manual Deficiency Evaluation Reports (TMDR) or user activity comment sheets (see figures 3 and 4), with header identification filled in as applicable, in each separately bound volume. These sheets shall be located immediately following the last page in the manual.

3.5 Technical contents for equipment manuals (types I, II, IIS, and IIX). (See also the equipment military specification invoked in the contract or order for any special technical content requirements for a specific equipment.)

3.5.1 Applicability. All paragraphs apply to type I, and type II manuals except those designated as applying only to type I or type II manuals. Certain paragraphs between 3.5.2 through 3.5.10 are applicable to types I and II manuals and are set forth in single column (across the page) format. Requirements unique to type I manuals are identified as type I and are set in the left hand column only, with a heading indicating the type of manual to which it applies. Requirements for type II manuals are identified similarly and are set in the right hand column only.

3.5.1.1 Type I (single component), type IIS, and type IIX manuals. All requirements for type I manuals apply for type I (single component) manuals, and type II requirements apply to types IIS and IIX manuals, except those requirements designated below which need not be included, providing that the purpose of the technical manual for which procured, is not adversely affected.

| Type of manual | Requirements which may be excepted | |
|---|---|---|
| I Single component manuals (See 6.5.1) | 3.5.3.3<br>3.5.4.2<br>3.5.4.3 and 3.5.4.3.1<br>3.5.5.1 (b) through (e)<br>3.5.5.2.2 through 3.5.5.2.5<br>3.5.7.1(c)<br>3.5.7.2.2<br>3.5.7.2.3.2 through 3.5.7.2.3.4 | 3.5.7.2.4 through 3.5.7.2.12<br>3.5.9.1<br>3.5.9.2<br>3.5.9.5<br>3.5.10.1 through 3.5.10.3 |
| IIS Service test equipment manuals | 3.5.5.2(c)<br>3.5.6.2<br>3.5.6.4(h)<br>3.5.7.2.1.1<br>3.5.7.2.1.2 | 3.5.7.2.3.3<br>3.5.7.2.12<br>3.5.9.3.2.1(c)<br>3.5.9.5<br>3.5.10.9.1 |
| IIX Experimental equipment manuals | 3.5.5.2<br>3.5.6.2<br>3.5.6.4(h)<br>3.5.7.2.1.1<br>3.5.7.2.1.2<br>3.5.7.2.1.3<br>3.5.7.2.1.4<br>3.5.7.2.2 | 3.5.7.2.3.3<br>3.5.7.2.3.4<br>3.5.7.2.10<br>3.5.7.2.12<br>3.5.8.3<br>3.5.9.3.2<br>3.5.9.5<br>3.5.10.9.1 |

Note: Unless otherwise noted, subparagraphs of excepted paragraphs are also excepted.

3.5.2 Chapters. The contents shall be arranged in chapters in accordance with the following:

Chapter 1 - General Information and Safety Precautions.
Chapter 2 - Operation.
Chapter 3 - Functional Description.
Chapter 4 - Scheduled Maintenance.
Chapter 5 - Troubleshooting.
Chapter 6 - Corrective Maintenance.
Chapter 7 - Parts List.
Chapter 8 - Installation.

3.5.3 Chapter 1, General information and safety precautions. All safety precautions necessary for the protection of personnel and the ship shall be included or cross-referenced as the initial paragraph(s) ahead of the introduction. These precautions shall be prepared in accordance with 3.3.3.1. Otherwise, the content of this chapter shall be such that command level, supervisory personnel, and other users having a general interest in the equipment can easily and rapidly determine the purpose, physical and functional characteristics, and the operational capabilities of the equipment.

3.5.3.1 Introduction. The introduction shall provide an explanation of the purpose, scope, supersedure data, and applicability of the technical manual, including the models, serial numbers, and configurations covered. The interface relationship of the technical manual to other referenced publications and the relationship of the equipment to referenced systems or other equipment shall also be included. Warranty/guarantee information shall be included, as applicable.

3.5.3.2 Equipment description. The equipment description shall describe the intended use (why, where, when, how, and with what), capabilities, and limitations of the equipment. Text covering physical description or structural arrangement shall be brief, with special attention given to avoiding unnecessary or repetitious details that are easily illustrated. The equipment, or all units of the equipment shall be clearly illustrated and identified. If the technical manual covers more than one equipment configuration, a table defining the differences shall be included. Assembly and detail drawings as appropriate shall be included. Title blocks and notes may be included on drawings.

3.5.3.3 Equipment illustration. For installations consisting of more than one unit/assembly, a pictorial illustration representing the equipment, or all units comprising the equipment shall be included and shall be designated figure 1-1 (see figure 5). The illustration shall show the major units of the equipment, relative size of each unit, basic interconnections between units, and their relationship with other equipment. The illustration shall be a left-hand full page or foldout (never backed up) and shall be assigned the folio (blank/1-0).

3.5.3.4 Reference data. Reference data, equivalent to the following, shall be included in tabular form:

(a) Descriptive (identification plate data) which identifies manufacturer, type, model, component identification number (CID), and Repairable Identification Code (RIC), if available, as applicable.
(b) Functional characteristics, such as: power requirements, horsepower, pressure, capacity, modes of operation, power output, frequency, pulse characteristics, sensitivity, selectivity, including tolerances, where applicable.
(c) Capabilities and limitations, such as: pounds of thrust, knots, turning radius, minimum and maximum ranges, degree of coverage, resolution, accuracy.
(d) Rated outputs, such as: wattages, voltages, horsepower, gallons per minute.
(e) Environmental characteristics, such as: ambient temperatures, heat dissipation per unit, humidity limits.

3.5.3.5 Equipment, accessories and documents supplied. A tabular listing of all equipment and documents supplied shall be included. List the equipment and its units, and accessories (special tools, test equipment, miscellaneous parts, and Government furnished items) which form a part of, or are supplied with the equipment. The table shall include the following:

(a) Column 1, Quantity. This column shall contain the quantity of each unit and accessories supplied with the equipment.
(b) Column 2, Item name or nomenclature. This column shall contain the official name (e.g., pump, winch) or nomenclature (name and designation) of each component, unit, or accessory.
(c) Column 3, CID number, RIC number, or unit number. This column shall contain the CID, RIC, or unit number of each equipment unit or accessory.
(d) Column 4, Overall dimensions. This column shall contain the crated (if available) and uncrated height, width, and depth in inches (or inches and centimeters) of each unit or accessory.
(e) Column 5, Weight and volume. This column shall contain the crated (if available) and uncrated weight and volume in cubic feet of each unit and accessory.

| Type I | Type II |
|---|---|
| 3.5.3.5.1 - Equipments and systems (such as controls, foundations mounts, couplings, and appurtenances) and related publications, which are not furnished with the basic equipment covered by this manual, but which attach or relate importantly to the basic equipment, shall be described in sufficient detail to establish their correlation with respect to physical and functional interfaces. If applicable, a reference should be made to the shipbuilder's power plant technical manual which contains additional information.<br><br>TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.4 | 3.5.3.6 Equipment and publications required but not supplied. A tabular listing of all test equipment and publications required but not supplied with the equipment or system shall be included. Unless otherwise specified, NAVSEAS 0969-LP-019-7000 shall be used as a guide for the selection and application of test equipment required for shipboard use. If a measurement requirement is established which cannot be satisfied by the SCAT (subcategory) codes listed in this guide, or alternate test procedures cannot be developed utilizing the listed SCAT codes, a request for assistance should be directed to:<br><br>Commander, Naval Ship Engineering Center<br>Washington, D.C. 20362<br>ATTN: SEC 6181D |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.4 | The listing shall contain:<br>(a) Column 1, SCAT code. When applicable, this column shall contain the four digit group of numbers, which is included in NAVSEA 0969-LP-019-7000, used to identify a measurement requirement.<br>(b) Column 2, Test equipment category. This column shall contain the item name of each item of equipment required.<br>(c) Column 3, Representative test equipment model number. This column shall contain the model number of the Standard or Substitute Standard General Purpose Electronic Test Equipment (GPETE), listed in MIL-STD-1364, which can be used to satisfy the measurement parameters.<br>(d) Column 4, Equipment test parameters. This column shall specify the range of test parameters which must be satisfied by this test equipment item (it shall not define the range(s) of the test equipment model).<br>(e) Column 5, Application. This column shall indicate the intended use of the test equipment (e.g., scheduled maintenance, troubleshooting, corrective maintenance, or installation).<br><br>3.5.3.7 Field changes and factory changes. A table of field and factory changes shall be included as follows:<br>(a) Column 1, Change number. This column shall list the change number for each field and factory change considered and included in the preparation of the manual.<br>(b) Column 2, Nomenclature. This column shall list the equipment nomenclature and serial numbers of equipments affected by the change.<br>(c) Column 3, Description. This column shall contain a brief statement identifying the change and its purpose. |

3.5.4 Chapter 2, Operation. Operating instructions shall include all the procedures necessary to enable operating personnel to efficiently and effectively use the equipment in accomplishing its designated task. These operating instructions shall be in sufficient detail to allow operators, not trained on this equipment, of independently and safely operating the equipment without additional training or explanation.

3.5.4.1 Introduction. The introduction shall describe each operator's relationship to the equipment and each other, and shall identify those units having controls and indicators which he is expected to use in the performance of his duties. The introduction shall be supported by illustrations which identify and locate all operator controls and indicators. The intended function and application of the equipment shall be fully explained so that the operators will know exactly what he/they should expect to accomplish with the equipment.

3.5.4.2 Controls and indicators. A description of all operator controls, indicators, protective devices and jacks shall include the following:

- (a) Names of panel designations as marked on the equipment.
- (b) Positions and operating functions for each control, and the normal operating condition of each indicator in each of the operating functions.
- (c) The text shall be supported by detailed illustrations (see figure 6).
- (d) When more than one operator is required to operate the equipment, his designated position and function, and the relationship to his controls and indicators shall be specified.

3.5.4.3 Operating procedures. Operating procedures shall include the following:

- (a) Operator turn-on. All steps necessary to bring the equipment from OFF through STANDBY condition to full operation.
- (b) Modes of operation. Procedures for each mode of operation, e.g., manual, automatic, local, remote, etc. The use and relative advantage of each mode shall also be described.
- (c) Operation under interfering conditions. Describe the equipment anti-jamming and interference reduction features, the advantages of each feature, and the operating procedures to be followed in all possible situations. Supporting illustrations (such as indicator displays, wave forms, etc.) shall be included which provide typical observations of jamming and interference for evaluation by the operator.
- (d) Operator turn-off. This procedure shall include all steps necessary to bring the equipment from full operation through STANDBY to OFF condition.
- (e) Battle-short or emergency operation. This procedure shall cover operating the equipment during emergency conditions (control failure, air failure, lube oil failure, loss of cooling water, etc.). Emergency operator instructions shall be included. Provide a warning or caution to return the equipment to proper operation when the emergency is over.
- (f) Emergency turn-off. This procedure shall cover turning the equipment off during an emergency (fire, water, smoke, hazard to personnel, loss of coolant, normal power, etc.).

3.5.4.3.1 Method of presentation. Operating procedures shall be presented in tabular form and shall be in concise, simply-worded, step-by-step procedures and shall include the following:

- (a) A short explanation of the operation to be performed.
- (b) Initial safety requirements (actions, inspections, and reference to emergency turn-off procedures).
- (c) Connection of any accessory equipment not permanently connected.
- (d) Instructions for obtaining or confirming the presence of all critical inputs such as power, coolant, air, signal, air conditioning, etc.
- (e) Procedures for setting controls and making adjustments which must be accomplished by the operator prior to equipment turn-on.
- (f) Procedures for determining operational readiness and the acceptable indications expected from built-in indicators such as meters, lamps, gages, cathode ray tubes, and recorder readouts.
- (g) Milestones in the operational status of the equipment shall be identified and included by brief statements such as "the generator is now in STANDBY."
- (h) Visual or aural observations which occur as a result of an operator action, such as boom lowering, sweep rotation, blower motor running, etc.
- (i) Procedures that can be hazardous to personnel or equipment shall be emphasized by WARNINGS or CAUTIONS placed immediately prior to the specific step involving the possible hazard. "Notes" shall not be used (see 3.3.3.1).
- (j) Illustrative material supporting the procedures shall identify and locate all operating controls and indicating devices as well as normal in-use positions or indications.
- (k) Operator's checks and adjustments in proper sequence.
- (l) Operator's maintenance actions and schedules.

3.5.4.4 Operators maintenance instructions and schedules. These instructions shall define maintenance tasks and schedules to be performed by the operator. The maintenance tasks shall be limited in scope such that they will not be in conflict with his operational commitment; will not be beyond his technical training; will not be dangerous; will not be the responsibility of the maintenance technician; and will not potentially compromise the operation of the equipment. Normally these tasks will be restricted to minor adjustments, cleaning, filter replacement, servicing and lubrication.

3.5.4.4.1 Method of presentation. Maintenance procedures shall be presented in tabular form and shall be in concise, simply-worded, step-by-step procedures and shall include the following:

(a) A short explanation of the task to be performed.
(b) Initial safety requirements (actions, inspections, and reference to emergency turn-off procedures).
(c) Separately identified and defined steps for each task and major sub-routine.
(d) A limit of 10 steps to each identified task or sub-task.
(e) Procedure that can be hazardous to personnel or equipment shall be emphasized by WARNINGS and CAUTIONS placed immediately prior to the specific step involving the possible hazard. "Notes" shall not be used (see 3.3.3.1).
(f) Illustrative material supporting the procedures shall identify and locate all maintenance points with clear pictorials showing essential details.
(g) Reference to the standard log sheet.

3.5.4.5 Standard log forms (model set). Unless otherwise specified by the contract or order, a model, or model set, standardized log form will be developed and included at the end of chapter 2 for equipment requiring the periodic recording of data for monitoring its performance and accomplishing trend analysis.

3.5.4.5.1 Applicability. Operating machinery and equipment which are integrated into functioning ships/facility systems similar, but not limited to, the following types of equipment, shall include the model log form:

(a) High pressure air compressors (HPAC).
(b) Diesel engines.
(c) Air conditioning plants.
(d) Carbon dioxide scubbers.
(e) Carbon monoxide - hydrogen burners.
(f) Steam/vapor distilling plants.
(g) Turbine generators.
(h) Electronic equipment cooling water and dry air systems.
(i) Boilers.
(j) Propulsion plant.

3.5.4.5.1.1 Waiver of requirement. Guidance regarding standard log form requirements should be obtained from the procuring activity; sample forms are contained on figures 7 and 8 and listed in NAVSEA S9086-CZ-STM-000/CH 90. When it is deemed that the development of such a form would be of no value to the Government for the equipment being covered, the preparer shall provide justification and rationale and request, in writing, a waiver for standard log form requirements at least three months prior to submittal of the review manuscript.

3.5.4.5.2 Criteria. The "model" standardized log form shall serve as an operating log which will be a guide to all ships of all classes. It is not intended that this model will in any way inhibit an individual ship from accommodating its specific needs through the addition or deletion of readings as deemed necessary on a case basis. The basic criteria to be utilized in developing the model shall be:

(a) Analyzing the various parameters associated with monitoring the performance of the equipment to ascertain those that provide trend determinant information.
(b) Synthesizing the results of the above analysis to ensure that only "key" (i.e., necessary) parameters are included; the goal being to keep to an absolute minimum the total number of log readings required in running the plant.

(c) Arranging the order of monitoring on the appropriate log forms in such a manner that the log keeper and the reviewing officer can quickly tell when problems, either short-term or long-term in nature, are beginning to develop (i.e., by function as opposed to order of physical arrangement).

(d) Duplicate readings shall be eliminated where feasible - i.e., where the parameter is generally associated with a single function and where duplicated readings are not normally compared with one another.

3.5.4.5.3 Format. The following considerations should be given in development of the log form:

(a) Log forms shall be planned in columnar format for simple use, with adequate space for identification, data and check off. The time line should normally be on an hourly or daily basis and may be arranged on a vertical (left side) or horizontal axis (top), depending on the number of monitoring points.

(b) Sheets shall have one dimension of 8-1/2 inches. Sheets should limit the second dimension to 11 inches when practical, by using the reverse side for continuation.

(c) Monitoring points should indicate the normal values for each monitoring point, and should indicate the maximum (MAX) and minimum (MIN) tolerance for which normal operation can be expected.

(d) Values, that if were to fall below the minimum or above the maximum, that would present danger to personnel, or would cause damage to the equipment, should be indicated in "red" or by bold face type or other method to be conspicuous.

(e) Instructions for use of the form shall be included on the form or with the set, when necessary. Codes, such as H = High; L = Low; B = Bubbles that are used should be described in the instructions or in a legend.

(f) Action procedures shall be indicated for danger readings (see (d)) such as shutdown; cutback; open valve, etc. in the instructions or by a separate related column.

(g) Space should also be provided to indicate the make, size, model, application, and location of the equipment, or other relevent information.

(h) Space for signing the watch, normally on the reverse side.

(i) Space should also be provided, if required, for certification by the watch officer, engineering officer, etc., normally on the reverse side.

3.5.4.5.4 Training summary. A training summary for use of the form shall also be included in chapter 2. It shall indicate how to use the chart and an explanation of the significance of the monitoring points and readings.

3.5.4.5.5 Request for number. The contractor should request a log form stock number from the procuring activity so that copies of the form can be reprinted and placed in stock.

3.5.5 Chapter 3, Functional description.

| Type I | Type II |
|---|---|
| 3.5.5.1 Chapter 3 shall include a description of how the equipment operates. The description shall be simplified technical language and shall be supported by simple line illustrations, preferably on the same page. A building block technique shall be used to functionally describe the operation of the equipment as follows:<br><br>(a) Major subassemblies of the equipment shall be described and illustrated as shown on figure 9.<br>(b) Interaction of major subassemblies shall be described and illustrated as shown on figure 10. | 3.5.5.2 Chapter 3 shall include a detailed analysis of the principles of operations of the overall equipment and its functions. The development of the equipment output in every mode of operation shall be described. The structure and organization of this chapter shall parallel the organization of chapter 5, troubleshooting. The text shall refer to and support the chapter 5 functional troubleshooting diagrams. The descriptions shall be presented in successive levels of increasing detailed as follows:<br><br>(a) Overall level (level 1). The text shall support and refer to the overall functional block diagram (see 3.5.5.2.1). All major functions such as transmit, receive, control, display, power distribution, cooling, etc. shall be described at this level. |

| Type I (Continued) | Type II (Continued) |
|---|---|
| (c) Detailed mechanical and electrical functional description shall be described and illustrated as shown on figure 11.<br>(d) A description of how it works or operates shall be illustrated as shown on figure 12.<br>(e) Simplified diagrams in accordance with 3.5.5.2.2 through 3.5.5.2.5.<br><br>TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.5.2.2 | (b) Major function level (level 2). Describe the development of each major function and equipment output at the level of detail shown on its related signal flow diagram, logic diagram, or other diagram included in Chapter 5. The text shall support and refer directly to the diagrams.<br>(c) Level 3 (circuit level). Briefly describe conventional electronic circuits found in NAVSEA 0967-LP-000-0120; refer to the maintenance schematic diagrams in chapter 5. Describe in detail circuits not covered in NAVSEA 0967-LP-000-0120; support these circuits by simplified schematic diagrams (see 3.5.5.2.2). Describe alternating current (a.c.) and direct current (d.c.) power distribution in detail; support the descriptions by reference to the power distribution diagrams in chapter 5. Describe mechanical devices, cooling systems, etc.; support the descriptions by reference to diagrams specified in 3.5.5.2.4 and 3.5.5.2.5.<br><br>3.5.5.2.1 Overall functional block diagram. The overall functional block diagram shall show the major functions of the equipment correlated in a logical manner to show outputs, inputs, cooling, built-in-test-equipment, air pressurization, power distribution, etc. (see figure 13). Hardware packaging shall be subordinated to the functional arrangement (see figure 14). The following shall apply:<br>(a) For multifunction equipments, whether single or multiunit, each major function shall be represented by a block and shall show the functional generation of outputs, cooling, air pressurization, power distribution, etc. All functions covered in Chapter 5 shall be shown on this diagram.<br>(b) The blocks shall be corrected by lines and arrowheads showing the direction of the flow.<br>(c) Each block shall be identified by the functional name only.<br>(d) Each equipment input and output shall be identified by title. Waveforms shall be included as applicable.<br>(e) Modes of operation shall be identified by title or symbols, as applicable.<br>(f) Ancillary equipment shall be shown by blocks when the ancillary equipment is associated with major functions. Ancillary blocks shall be identified by nomenclature and shall be identified as "(Ancillary)". |

3.5.5.2.2 Simplified schematic diagrams. These diagrams shall show, by means of graphic symbols, the electrical connections and functions of a specific circuit arrangement. These diagrams shall be arranged functionally to show the operation of the circuits in the same manner as illustrated in NAVSEA 0967-LP-000-0120.

3.5.5.2.2.1 Integrated circuits and micro-miniature capsules. Simplified schematics in accordance with NAVSEA 0967-LP-000-0120 or logic diagrams showing input and output connections, truth tables, and waveforms as applicable, supported by a brief description of overall operation, shall be included for circuits within different types of nonrepairable integrated circuits and micro-miniature capsules. Manufacturer's data sheet information may also be included if it contains the technical contents of this requirement and meets the format and legibility requirements of this specification.

3.5.5.2.3 Simplified piping diagrams. These diagrams (hydraulic, pneumatic, or fluid) shall show the interconnection of components by piping, tubing, or hose, and sequential flow in the system. Pumps, heat exchangers, valves, gages, etc., shall be clearly identified.

3.5.5.2.4 Mechanical schematic diagrams. These diagrams shall show sufficient detail to explain the operational sequence and arrangement of a mechanical device including the electrical control circuits (see figure 15). Nomenclature, symbols, part identifying numbers, and necessary descriptive data shall be shown as required. Gears, shafts, clutches, levers, mechanically-driven switches, motors, synchros, etc., shall be shown in functional arrangement. Gear ratios or number of teeth and direction of rotations, etc., shall be given. Symbols used on these diagrams shall conform to MIL-STD-17-1 and MIL-STD-17-2.

3.5.5.2.5 Digital equipment. The functional description of digital equipment shall be similar to that for conventional equipment. However, the functional and hardware makeup of digital equipment requires a variation in the method of presentation and descriptive requirements. Special considerations relative to the functional description of digital equipment are specified herein.

3.5.5.2.5.1 Method of presentation. An overall description of the functional relationship of the logic sections, units, and assemblies comprising the equipment shall be provided. The following shall be included:

(a) An introduction to, and description of the signal characteristics:

  (1) Signal levels or bi-stable states utilized by the equipment; i.e., true (1) and false (0), and their relative voltage levels.
  (2) Interpretation of the word-code bit structure; i.e., address, instruction, or data bit codes.
  (3) Signals, identified by their operational accomplishment.

(b) Overall and functional block diagrams and descriptions as required by 3.5.5.2.1.
(c) Logic principles shall be described beginning with an introduction to the basic digital logic symbology used in the manual. Each logic function shall be described and supported by Boolean equations, truth tables, simplified logic diagrams, and timing diagrams.
(d) Functional description of power distribution, power supplies, and regulators shall conform to 3.5.5.2(c).

3.5.6 Chapter 4, Scheduled maintenance. It is intended that the engineering effort required to develop preventive maintenance data be expended only once and that the data, where applicable be used both in this chapter and in Maintenance Engineering Analysis (MEA), Logistic Support Analysis (LSA) and/or maintenance requirements cards (MRC) where one or more of the latter three data items are required by the contract. The preparation of this chapter of the manual should therefore be delayed until completion of the MEA, LSA and/or MRC; submissions of the manual manuscript for review should be marked "TO BE SUPPLIED UPON COMPLETION OF LSA". When the approved MEA, LSA or MRC data is available, it shall be included in the manual in the identical technical content and, wherever practicable, in the identical format. When included in the manual, such MEA, LSA or MRC data shall be integrated with other technical data required by this specification to be in this chapter. The manual as delivered shall reflect the detailed maintenance requirements of the completed Maintenance Requirements Cards. This chapter shall contain preventive maintenance procedures and performance test instructions to be accomplished on a scheduled or condition monitoring basis. NAVSEA S9086-00-STM-000/NSTM and MIL-P-24534 may be used as baselines for developing the procedures. When a maintenance requirement card or a reference standards book is available or prepared under the same contract, this information may be duplicated in the technical manual without change in format. These procedures shall be correlated with the installation

checkout requirements of 3.5.10.9 (types I and II) such that any maintenance or performance test procedure also required for checkout may be properly referenced from chapter 8, Installation. The Installation Standards Summary Sheet (see 3.5.10.9.3.2) shall also include space for any maintenance or performance standard test result that should be recorded by the installer. The recorded information will provide a reference standard to the Navy technician when troubleshooting or when needed for installation acceptance certification or for certifying proper overhaul.

3.5.6.1 Introduction. The introduction shall be an explanation of the purpose, scope, and arrangement of the scheduled maintenance data. When a preventive maintenance procedure is critical to the operation of the equipment and the schedule for servicing is absolute (not just recommended), this information shall be conspicuously written as a caution. The following applicability statement shall be included: "The scheduled maintenance instructions in this manual are intended to duplicate those furnished in the Planned Maintenance System (PMS). In case of conflicts, the PMS documentation takes precedence. Such conflicts should be reported immediately on the user comment sheet in accordance with the maintenance procedures for this manual."

**Type I**

3.5.6.5 Maintenance plan. A comprehensive, systematic, step-by-step maintenance plan, providing a complete description of the requirements and tasks to be accomplished for achieving, restoring, and maintaining the operational capability of the equipment shall be included. The maintenance plan shall be a time-phased presentation defining and detailing the most effective and efficient procedures for performing examinations, tests, replacements, preventive maintenance tasks, and overhauls.

3.5.6.5.1 Representative considerations. Representative considerations to be evaluated in developing the maintenance plan shall include the following:

(a) Reliability, maintainability, simplicity, and ruggedness. Tasks shall be straightforward and allow some margin for error. Comparative overall benefit of nonrepairable versus repairable parts shall be considered.
(b) Possibility of maintenance induced faults.
(c) Transient and static operating conditions (maximum and minimum seawater, air, and other ambient), shock, vibration, wear, corrosion, erosion, fatigue, operating temperature, moisture, roll, pitch, air-blast, and other environmental forces, as applicable, which will affect the continued satisfactory performance of each part.
(d) Accessibility, ease of removal and replacement of parts requiring frequent removal.

**Type II**

3.5.6.2 Scheduled maintenance action index. This index shall include all scheduled performance tests and preventive maintenance procedures. The index shall be tabulated as follows:

(a) Column 1, Periodicity. This column shall contain an alphanumeric list of all maintenance actions contained in the chapter. The following periodicity symbols, as appropriate, shall be used in the order of increasing periodicity as listed below:

| Interval | Symbols |
|---|---|
| Daily | D |
| Weekly | W |
| Monthly | M |
| Quarterly (3 months) | Q |
| Semiannually (6 months) | S |
| Annually | A |
| Overhaul cycle | C |
| As specified (explain circumstances) | R[1/] |

[1/] An R periodicity will be preceded by a recommended calendar periodicity (e.g., DR, WR, MR, etc.).

(b) Column 2, Maintenance action. This column shall list the maintenance action which corresponds to the periodicity number in column 1.
(c) Column 3, Reference. This column shall state the paragraph number that contains the procedure listed in column 2.

Type I (Continued)

(e) Safety.
(f) Methods of calibration and adjustment.
(g) Rotatables (replacement of assembly for subsequent overhaul and reissue versus spot overhaul or repair).

3.5.6.5.2 Detailed requirements. This plan shall be developed and time-phased to allow major items of work to be conducted during the ship overhaul period. (Overhaul need not return the item to new condition, but to the condition necessary to perform acceptably on a lowest overall life cycle cost basis until the next overhaul.) The procedures shall provide independence from shore-based activities except for major repairs and major overhauls.

3.5.6.5.3 Schedule. The plan for maintenance shall set forth a time schedule of all maintenance actions (examinations, tests, adjustments, reconditioning, overhaul, and acceptance criteria) which should be taken, all parts which should be replaced, and all other parts which should be available to allow replacement if examination so indicates over the life cycle of the ship. The procedures shall provide detailed maintenance and overhaul procedures at all maintenance levels (organizational, intermediate, or depot) to provide for the reconditioning or replacement of each part subject to continuing degradation, before the degradation results in major failure. It shall specify in detail the examination measurements, tolerances, work, tests, and quality assurance operations required to provide satisfactory maintenance and overhaul. Each task for the continuing shipboard preventive maintenance schedule shall be in the following format:

(a) Subcomponent (such as "motor-controller").
(b) Frequency (such as "semi-annually" (see 3.5.6.2)).
(c) Related maintenance (such as "take insulation resistance readings").
(d) Maintenance task description (such as "clean and examine controller").
(e) Safety precautions (such as "WARNING Controller operates at high voltages - to prevent a personnel casualty, assure that the controller remains de-energized throughout task").

Type II (Continued)

3.5.6.3 Preventive maintenance procedures. These procedures shall include information required to examine, clean, and lubricate the equipment, and shall contain:

(a) Safety precautions.
(b) Tools, parts, materials, and test equipment required.
(c) Cleaning solvents. Solvents shall be identified by Government specification numbers and National stock numbers.
(d) Instructions for properly maintaining all safety devices and interlocks, with warnings, and cautions.
(e) Instructions for lubrication at shipboard operating temperatures: also types and quantities of lubricants to be applied. Lubricants shall be identified by Government specification numbers and National stock numbers. Specific lubricants for arctic or tropic environments shall be included. When a proprietary lubricant is approved, a Government specification lubricant shall be listed as an emergency substitute.
(f) The minimum rating of the technician who can be expected to perform the task.
(g) Procedures of obtaining access to subassemblies of subcomponents.
(h) Instructions for in-place balancing and noise reduction.
(i) Inspection procedures for parts which deteriorate due to cycles of use, age, or climatic conditions.
(j) Illustrations to identify lubrication points and other pertinent data.
(k) Other information pertinent to these procedures.

3.5.6.4 Scheduled performance tests. These tests shall contain step-by-step procedures necessary to verify that the equipment is operating within standards in all modes of operation and shall contain the following:

(a) Safety precautions.
(b) A list of tools and test equipment identified by type, manufacturer, and model number.
(c) The title of the test to be performed.
(d) The minimum rating of the technician expected to perform the task.
(e) Preliminary setup data required

| Type I (Continued) | Type II (Continued) |
|---|---|
| (f) Tools, parts, materials, test equipment (such as "lint-free rag", "six inch screwdriver" and "vacuum cleaner with non-metallic nozzle"). <br> (g) Procedure - List a detailed step-by-step procedure such as: <br> (1) Open the access door to controller. <br> (2) Test with voltage tester to ensure power supplies are de-energized. <br> (3) Remove arc chutes, where applicable. Examine for carbonizing. Scrape clean or renew as necessary. <br> (4) Examine all contacts. If main line contacts are rough, burned, or pitted, dress with sand-paper or contact dressing file. <br> (5) Vacuum inside of panel; use dusting brush to loosen dirt, wipe components with a rag. <br> (6) Examine components and wiring for evidence of overheating. Refer to wiring harness replacement procedures in Chapter 6, see 6.5.2 if wiring has been overheated. | perform the test. <br> (f) Detailed procedures for accomplishing the test. Procedures requiring lengthy and identical setup data may be presented in detail in one procedure and referenced in succeeding procedures. <br> (g) Values or conditions, with tolerances, indicative of normal operation. <br> (h) References to troubleshooting or corrective actions to be used if the test values are not within tolerances. <br> (i) Illustrations to support the test. <br><br> TYPE II MANUAL REQUIREMENTS, CONTINUE WITH 3.5.7 |

(Corrective maintenance required as a result of any preventive maintenance inspection shall be included in chapter 6 and referred herein - Corrective maintenance (see 3.5.3)).

3.5.6.5.4 <u>Reconditioning procedures</u>. The plan shall include reconditioning procedures on replaced parts to allow for reuse.

3.5.6.5.5 <u>Parts availability</u>. This plan shall establish the range, depth, and schedule for availability of each preventive and potentially corrective maintenance part resulting from normal operation and potential failures throughout the service life of the ship. The procedures shall also specify any required examination, storing, and testing requirements on stocked parts (and periodic replacements where shelf life is a factor).

3.5.6.5.6 <u>Overhaul maintenance and repair standard</u>. These standards shall provide a schedule and procedures in correlation with Chapter 6, Section 2, repairs for the detailed overhaul maintenance and repair including:

(a) Pre-overhaul performance, hydrostatic, or other evaluation tests.

| Type I (Continued) | Type II (Continued) |
|---|---|
| (b) Pre-overhaul and maintenance inspections--GO/NO-GO accept and rejection criteria for wear, dimensions, clearances, surface finishes, electrical resistances, alinements, backlash, play, leakage, vibrations, noise, aging, corrosion, erosion (or other standards of acceptance, as appropriate) for each applicable part. Criteria shall be predicated on the need for satisfactory performance with no more than routine maintenance until the next similar inspection. Calibration requirements for special tools and instruments.<br>(c) List of items which should be replaced and those which should be available for replacement if inspection so indicates. (Provide guidance on comparative suitability of worn-in parts versus new parts, wherever appropriate.)<br>(d) Detailed disassembly procedures.<br>(e) Procedures for reconditioning reusable parts and subassemblies before reassembly.<br>(f) Critical inspection and review procedures for new parts (including comparison with parts being replaced to establish equivalence before installation).<br>(g) Critical operations and checks during reassembly.<br>(h) Quality assurance and post-overhaul (or maintenance) tests and examinations to assure suitability (including method of testing and run-in operations where required). | TYPE II MANUAL REQUIREMENTS, CONTINUE WITH 3.5.7 |

3.5.7 <u>Chapter 5. Troubleshooting</u>. Troubleshooting procedures and data shall contain all information necessary for a technician to locate a malfunction in the equipment. Troubleshooting shall be presented based on locating potential faults in a unit, assembly, subassembly module, or piece part, depending on the maintenance concept for the level of maintenance being performed. When the troubleshooting concept limits the location of a fault to a repairable item (such as the unit, assembly, subassembly or module) for organizational level maintenance, troubleshooting procedures and data shall also be presented that will permit a repair of the item at the intermediate- or depot-level maintenance facility, except when this information is included in another technical manual and the procedures can be directly referenced. When more than one level of maintenance must be provided for, organizational- and intermediate-level troubleshooting procedures shall be separated such that the organizational level troubleshooting procedures are identified as "Organizational level troubleshooting and are presented first. Intermediate level troubleshooting procedures shall follow organizational level procedures and shall be identified "Intermediate level procedures". Immediately following this title the following statement shall be included: "These procedures are authorized for Immediate-level (or higher) activities (tender/shore facility/depot)." Depot-level troubleshooting procedures may be included as a separate appendix or shall follow the Intermediate level procedures and shall be identified as "Depot-level troubleshooting procedures." Immediately following this title, the following statement shall be included: "These procedures are authorized for accomplishment by Depot-level activities only."

3.5.7.1 This chapter shall contain all instructions and information necessary to locate troubles and conduct tests on each component, assembly, or subassembly of the equipment as follows:

(a) Troubleshooting guides providing step-by-step procedures for logical isolation of faults. This information shall direct the technician to observe meters, fuses, circuit breakers, valves, and other available indicators which would indicate the presence of trouble.
(b) Complete instructions on signal tracing for electric circuits including the use of special test instruments and unusual servicing techniques.
(c) Where appropriate because of equipment complexity, troubleshooting diagrams including schematics giving details of mechanical and electrical assemblies and relationships as follows:
(1) Mechanical schematic diagrams in accordance with 3.5.5.2.4.
(2) Maintenance schematic diagrams in accordance with 3.5.7.2.4.
(3) Piping diagrams in accordance with 3.5.7.2.3.2.
(4) Control diagrams in accordance with 3.5.7.2.3.3.
(5) Power distribution diagrams in accordance with 3.5.7.2.3.4.
(6) Signal flow diagrams in accordance with 3.5.7.2.3.1.

| Type I | Type II |
|---|---|
| 3.5.7.1.1 This chapter shall also provide guidance regarding diagnostic analysis of possible trouble situations wherein malfunction, fault or failure of this equipment or related equipment could render this equipment inoperative or unable to fully perform its intended function. This information shall direct the operator to observe lights, gages, meters, fuses, circuit breakers, valves, and other available indicators which would indicate the presence of trouble. These instructions shall also cover tracing out mechanical system flows and signals in electric circuits, including the use of special test instruments and unusual servicing techniques. Kinds of troubles to be dealt with include, but are not limited to, the following:<br><br>(a) Low lube oil pressure on loss of oil supply.<br>(b) Off-design voltage, power or current (input or output).<br>(c) Off-design temperatures (input or output).<br>(d) Off-design vacuum (input or output).<br>(e) Off-design regulation of (or inability to adequately control) speed, load, voltage, current or fluid flow.<br>(f) Fluid leaks which endanger personnel or functional adequacy of equipment.<br>(g) Valves or fittings stuck in off-design or non-operative positions.<br>(h) Inability to initially start or initially operate equipment or accessories.<br>(i) Inability to keep equipment or accessories running or operating.<br>(j) Inability to stop, arrest or de-energize equipment or accessories. | 3.5.7.2 This chapter shall contain all the information required to enable the technician to locate malfunctions in the equipment.<br><br>3.5.7.2.1 Introduction. The introduction shall explain the approach and logic of the troubleshooting principles presented in the manual. Describe the troubleshooting data and show how they relate to one another.<br><br>3.5.7.2.1.1 Troubleshooting index. The troubleshooting index shall be presented in tabular form. The index shall list all equipment, major and supporting functions in alphabetical order, provide references to the technician to the appropriate procedures and diagrams that are to be used to troubleshoot a specific function (see figure 16).<br><br>3.5.7.2.1.2 Relay, lamp indexes. These indexes shall be prepared in tabular form for all relay coils and indicator lamps. The relay and lamp indexes shall include the item reference designation, the functional name, energizing voltage, and a reference to the troubleshooting diagram(s) (see figures 17 and 18).<br><br>3.5.7.2.1.3 Protective device index. This index shall list all protective devices, such as fuses, circuit breakers, etc. The index shall include the item reference designation, front panel marking of the device, trip-out value of the circuit breaker and rating of fuses, name of the circuit protected and a reference to troubleshooting diagram(s) (see figures 17 and 18).<br><br>3.5.7.2.1.4 Maintenance turn-on procedure. Include a maintenance turn-on procedure to energize the equipment from the fully de-energized condition to full operation (see figure 19). This procedure shall enable the technician to determine which |

*Ball, Rodney (WD Alfred)*
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**EIGHT OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.
- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.
- **X** by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio

Wanda D. Claudio