Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**NINE OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

| Type I (Continued) | Type II (Continued) |
|---|---|
| (k) Inability to restart equipment or accessories once stopped or de-energized.<br>(l) Inability to develop design or rated power or output.<br>(m) Circuit faults (open or closed circuits).<br>(n) Faulty or off-design performance of circuit elements, readout equipment or instrumentation.<br>(o) Malfunction or non-function of safety devices.<br>(p) Vibration.<br>(q) Bent or bowed rotating elements.<br>(r) Damaged or broken gear teeth or mechanical or electrical interfaces. | major function or supporting function is malfunctioning. Each step of the procedure shall include the action to be taken (STEP), the observation to be made (OBSERVE), and shall resume that normal conditions have been observed in previous steps. Reference shall be made to the procedure for troubleshooting or corrective action to be used (REFERENCE) if the observation is out of tolerance. Built-in monitors such as meters, dials, lamps, etc., shall be used when possible for making observations, as opposed to the use of external test equipment. The procedure is complete when the equipment is fully energized and all switches and controls are positioned for proper operation. The maintenance turn-on procedure may be presented in a troubleshooting dependency diagram (see 3.5.7.2.12). |

3.5.7.2.2 Troubleshooting procedures. Troubleshooting procedures shall be directly related to, and support the troubleshooting diagrams (see 3.5.7.2.3). Troubleshooting information shall be developed to guide a technician in the logical order of isolating a fault. This information shall direct the technician to observe meters, fuses, circuit breakers, valves, built-in test equipment, and other available indications showing the presence of trouble. The analysis of normal indications in relation to faulty indications shall be stressed. This information may be in tabular, illustrative, or narrative format, whichever lends to faster troubleshooting. Test programs shall be developed for digital devices when the method is the most practical method of troubleshooting logic.

| Type I | Type II |
|---|---|
| 3.5.7.2.2.1 Troubleshooting guides in the form of charts shall be included to enable the technician to quickly identify (in the manual) the trouble or symptoms along with the immediate action to take, the probable cause, and the concurrent follow-on corrective action or remedy. Trouble analysis or troubleshooting charts should resemble figure 18 herein and be included as tables in this chapter. Troubleshooting analysis charts shall be by a list of same. When diagrams included elsewhere in the manual are useful troubleshooting tools or aids, they shall be cross-referenced in the pertinent column of the applicable troubleshooting charts; to this end, the following shall be cross-referenced:<br><br>(a) Mechanical schematic diagram (see figure 15).<br>(b) Wiring or signal tracing diagrams (see figure 20).<br>(c) Piping diagrams (see figure 21 and 22).<br>(d) Control diagrams (see figure 23).<br>(e) Power distribution diagrams (see figure 24).<br>(f) Maintenance schematic diagram (see figure 25). | 3.5.7.2.3 Troubleshooting diagrams. Troubleshooting diagrams shall consist of signal flow diagrams, piping diagrams, control diagrams, power distribution diagrams, logic diagrams, maintenance schematic diagrams, and dependency diagrams, as required.<br><br>3.5.7.2.3.1 Signal flow diagrams. Signal flow diagrams shall consist of detailed block diagrams illustrating the functional development of each major function from its origin to its measurable output (see figure 20). The flow path shall begin with one or more initial input (or appropriate interface conditions) and proceed through each unit, assembly, and subassembly influencing the signal flow. Each hardware level block shall reference a schematic diagram to isolate the faulty part. All items shown on the signal flow diagram shall be identified by their reference designations. The following shall apply:<br><br>(a) Titles of diagrams shall correspond to the signal flow described. |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.7.2.3.2 | (b) Diagrams shall depict such signal flow as receive, transmit, RHI display, PPI display, bearing data, antenna rotation, elevation data, etc.<br>(c) Show all test points necessary to isolate the trouble to the lowest level of hardware block (e.g., subassembly). Include test parameters required to define satisfactory operation. Where signal flow diagrams depict signal flow in more than one mode of operation, that data shall be presented on the apron for all modes. Apron notes shall also include test data for test equipment setup. All inputs and outputs shall have signal description information.<br>(d) References shall be made to the functional description, troubleshooting procedures, corrective actions, etc., as appropriate by paragraph number. Normally these references shall be included with the notes.<br>(e) The display of more than one function or mode of operation on one diagram shall be allowed only when clarity is not sacrificed and the functions are relatively simple.<br>(f) Screwdriver adjustments, dial adjustments, and adjustable controls shall be shown.<br>(g) The reference designations (e.g., 1A1A2) shall be placed in each hardware block. Reference to the figure number of the schematic diagram shall be placed adjacent to the reference designation.<br>(h) All input/output signals and connectors and terminals in the signal path shall be shown. Identify the signal, and show all lead numbers, connector numbers, and terminal identifiers.<br>(i) All built-in controls and monitoring devices shall be shown. Do not show external test equipment, unless it is a permanent part of the equipment.<br>(j) Hull grounds, chassis grounds, signal grounds, and power grounds shall be shown.<br>(k) All leads of motors, generators, synchros, etc., shall be identified. |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.7.2.3.2 | (l) All relay coils that are energized by the signal shall be shown.<br>(m) All relay contacts and relay terminals in the flow path shall be shown and identified. All relay contacts shall be depicted in operational mode. References to control diagrams on which the relay coils appear shall be shown adjacent to the relay contacts.<br>(n) All switches which affect signal flow shall be shown and identified. Switch terminals and panel markings corresponding to the switch positions shall also be shown.<br>(o) Mechanical couplings of all controls, switches, potentiometers, synchros, etc., shall be shown.<br>(p) Signal paths shall be identified by weighted lines and arrowheads.<br>(q) Test instruction procedures, and test data shall be shown on the apron pages of the diagrams. This data may satisfy the requirement of 3.5.7.2.2. |

3.5.7.2.3.2 Piping diagrams. Piping diagrams shall be prepared for fluid cooling, air, gas, steam, oil and hydraulic systems. Fluid symbols shall be in accordance with ANSI Y32.10. These diagrams shall show, when significant, flow rate, temperature, pressure, and all devices which measure, control, or modify the flow (see figure 22 or 26). Also, a test data table shall be included on the apron of figure 22 reference shall be made to appropriate corrective actions and functional descriptions.

3.5.7.2.3.3 Control diagrams. Control diagrams shall be included for all control circuits. Control circuits shall be grouped according to energizing voltage, control function, mode of operation, or physical limits of cabinet or assembly, as applicable (see figure 23. Supporting information required to clarify the use of the diagram shall be provided in the general notes. The functional name and reference designation for each relay, switch, lamp, etc., shown shall be included. All relay energizing circuits shall be shown with all tie points and terminals and with switches and relay contacts in their operating positions. All terminal connections, switches, interlocks, contacts, or other relays in series with the energizing path, plus lamps or indicators (electrically connected in the energizing or indicating status of contact closures), shall be shown. The following note shall appear on all control diagrams: "All switches and relay circuits are shown in operating positions." In cases of multiple operating positions, switch and relay positions shall be explained by a specific note on the diagram.

3.5.7.2.3.4 Power distribution diagrams. Power distribution diagrams shall depict the distribution of primary alternating current (a.c.) power, secondary a.c. power, and direct current (d.c.) power from the terminal board, breaker, or fuse box to the various assemblies, subassemblies or modules of the equipment (see figure 24). Normally, a separate diagram shall be prepared for each voltage level used within the equipment. The following rules apply in the preparation of power distribution diagrams:

(a) Show and identify motors, transformers, regulators, power supplies, assemblies, subassemblies, and modules.
(b) Show and identify all power line devices such as fuses, circuit breakers, switches, and relay contacts.
(c) Show and identify all connections including plugs, jacks, and terminal boards in the distribution path.

(d) Use dot and dash lines to set off hardware boundaries such as units, assemblies, and subassemblies. Identify each unit, assembly, and subassembly by reference designation. Include a figure reference to the schematic diagram covering the unit, assembly, and subassembly.
(e) Reference all relay contacts to the appropriate control diagrams. All relay contacts shall be shown in the operating condition.
(f) Include voltages and tolerances, as required.
(g) Show and identify all metering circuits and indicators.
(h) Show all grounds, commons, neutrals, and return lines.
(i) Whenever practicable, power path is to be displayed from left to right and from top to bottom.
(j) The functional names of all "main line" switches and circuit breakers shall be conspicuously marked on the diagram. In addition, set off any power control markings engraved or stencilled on the equipment in a rectangular box, for example, [MAIN POWER] .
(k) Show all relay coils in series with the main power distribution path. Relay control circuits shown on control diagrams need not be repeated on distribution diagrams.
(l) The following note shall appear on all control diagrams: "All switches and relay circuits are shown in operating postions."

3.5.7.2.4 Maintenance schematic diagrams. Maintenance schematic diagrams shall include unit-to-unit interconnection diagrams, intra-unit interconnection diagrams, and unit, assembly, and subassembly schematic diagrams. Complete coverage of the equipment shall be provided by these diagrams (see figure 25). Maintenance schematic diagrams shall be prepared in accordance with the following:

(a) The schematic diagram for each unit shall be drawn so that, together with the interconnecting diagrams, all circuit elements are included and all circuits can be traced from unit to unit.
(b) Schematic diagrams shall be zoned by alpha-numeric coordinates in accordance with 3.7.4.5. The location of all circuit elements by zones shall be included in a table located on the apron of diagrams containing more than 1[illegible] parts. When a part such as a relay or a twin tube is drawn in sections a[illegible] different locations, list as many coordinates as necessary to locate all sections.
(c) Represent major and minor signal paths by different line weights. The heavier line weight shall show the major signal path. Whenever possible, signal flow shall be from left to right and from top to bottom. Arrowheads denoting the direction of signal flow shall be placed on the signal flow lines.
(d) The use of ground and voltage buses is discouraged except in the power supply. However, voltage bus connections can be shown by broken lines directly beneath the connection. As a substitute for ground buses, individual grounds should be used and appropriate notes shall be included to indicate sources. If separate a.c., d.c., and signal grounds are actually used in the equipment, they shall be shown by keyed symbols.
(e) Show all significant voltages at buses, tube pins, transistor elements, etc., except when this data can be presented best in a voltage chart (see 3.5.7.2.4(j)). Indicate whether the voltage is a.c. or rf; d.c. voltages shall be shown by polarity. Where critical voltages occur within the equipment, tolerances for those voltages shall be shown in the illustrations.
(f) The functional names of all operating controls and adjustments shall be conspicuously marked on the schematic. For example: [VERT CENT], [BIAS ADJ], etc. In addition any operating front panel markings on the equipment shall be set off in a rectangular box. For example: [RF GAIN] , [AGC ADJ] . The functional name of all stages (tubes, transistors, etc.) also shall be included.
(g) The function, source, and destination of all input and output circuits shall be identified and indicated by figure number.
(h) Power and signal frequencies shall be designated in hertz (Hz). Resistance values, if more than one ohm, shall be noted for all wire-wound devices such as motors, relay coils, and transformers.
(i) Rated current and voltage values of primary and secondary windings of power transformers shall be indicated.

(j) A resistance and voltage chart for a schematic diagram shall be provided on the apron. This chart shall give the normal resistance and voltage to ground (or other points of significance) for each tube socket pin. In addition, list all conditions which affect the resistance or voltage values given, such as control settings, equipment connections, tubes removed from sockets, etc. If semiconductors (transistors, diodes, etc.) are employed in circuits, adequate caution notices must be included to prevent damage to these devices when making resistance measurements in the circuit. No intra-element resistance measurements (i.e., between emitter, base, and collector) are required to be made on transistors. Also, resistance of power supply buses and other points of significance shall be indicated.

(k) Each schematic diagram shall be identified by the reference designation number, located in the lower right-hand corner of the image area.

(l) Schematic diagrams shall be presented in alpha-numeric order corresponding to the referenced designation of units, assemblies, subassemblies, etc. When two or more identical assemblies or modules are used, redundant schematic diagrams need not be repeated. However, a table which cross references the reference designation to the figure number of the common schematic diagram shall be provided immediately preceding the schematic diagram. Schematic diagrams covering more than one unit, assembly, or module shall include in the lower right-hand corner of the illustration (see figure 25), for identification purposes, all the reference designations of the unit, assemblies, and modules to which they refer. (For example, 1, 1A1, 2A7, 3A19.)

(m) Circuit elements shall be grouped functionally and arranged to make signal flow obvious from left to right and top to bottom. Circuit elements shall not be arranged to fill up white space or to maintain tube or transistor alinement. Circuit elements shall be arranged in textbook form for the convenience of the user. Layout shall not be distorted to achieve fit.

(n) Use breaks in lines as frequently as possible to avoid cluttered diagrams. Add necessary notes or text to explain how to use break symbols, where to find mating ends of broken lines on drawing, etc.

3.5.7.2.5 Logic diagrams. Logic diagrams shall be provided for digital devices and digital circuitry o  conventional analog equipment in accordance with ANSI Y32.14. Distinctive shapes shall be utilized. Internal and external data shall be included as shown on figure 27. Logic diagrams shall cover digital functions such as Input-Output Control, Memory Control, Data Transfer, Clock-pulse generation and distribution, etc. Emphasis shall be placed on functional development and presentation rather than on hardware groupings.

3.5.7.2.6 Integrated circuitry packages and non-repairable assemblies. When integrated circuit packaging techniques, such as Dual In-Line packages, are utilized, the level of detail on the logic diagrams may be restricted to that necessary to isolate problems to either a specific integrated circuit package or if the maintenance concept so dictates, to a specific non-repairable assembly, providing there is sufficient detail to understand the process of troubleshooting.

3.5.7.2.7 Timing circuit diagrams. Timing circuit diagrams shall be provided for all significant timing relationships (see figure 28). These diagrams shall show the exact timing relationships and the origins of all timing signals (conventional and digital).

3.5.7.2.8 Single-function diagrams. Single-function diagrams for nonprogrammable devices which result in a unique output function may be prepared to the requirements of signal flow diagrams (see 3.5.7.2.3.1).

3.5.7.2.9 Assemblies/subassemblies, modules, standard electronic modules, designated non-repairable. Logic diagrams, functional information, hardware and test data shall be supplied to the extent that it is required to understand the operation of the equipment, concept of troubleshooting, and to serve the basis for affecting a critical repair.

3.5.7.2.10 Flow charts. Flow charts for digital devices shall be provided to support the explanation of machine instructions and test programs, and shall conform to ANSI X3.5.

3.5.7.2.11 Coding instruction sheets. Coding instruction sheets shall be provided for all programs. The listing shall contain all coding and address data as well as an adequate notes section to ensure understanding (see figure 29).

3.5.7.2.11.1 Test programs. Test programs with coding instruction sheets shall be developed and included to support troubleshooting procedures.

3.5.7.2.12 Troubleshooting dependency diagrams. One of the following types of troubleshooting diagrams shall be provided to augment the troubleshooting procedures. Supporting information required to explain the use of the diagrams shall be provided in the text or general notes.

3.5.7.2.12.1 Fault logic diagrams. Fault logic diagrams shall be based on a fault indication observed during troubleshooting (see figure 30). The diagrams shall comprise a branching series of questions pertaining to fault isolation. Each question shall pertain to a further observation or measurement, and shall result in a "yes" or "no" answer, thereby progressively narrowing the possible functional area of the fault. Tolerance values shall be presented in those instances where a definitive "yes" or "no" is not obtained. This progression and elimination shall isolate the functional area of the equipment containing the fault and then refer the user to the portion of the manual containing that information needed to complete the fault isolation and repair. Each diagram shall include or make reference to information necessary to establish the test or operating conditions required for starting the fault isolation procedure. Only three types of blocks shall be used. Shaded blocks (right and bottom border lines weighted) shall contain questions which may be answered from observation, without changing test setup and without special equipment. Single-line blocks shall contain questions requiring measurement by special setup of external test equipment. Double-line boxes (conclusion boxes) shall list the functional area within an equipment that is the probable source of malfunction and shall reference a procedure or another diagram for further isolation or correction of a fault.

3.5.7.2.12.2 Troubleshooting-maintenance dependency-matrix chart. Matrix charts shall show the functional dependency of output signals or indications upon circuit elements, circuits, modules, etc. (see figure 31). These charts shall be developed in accordance with MIL-M-24100 and the following:

(a) Each vertical column is annotated to represent a circuit element, circuit, assembly, etc.
(b) The horizontal rows are annotated to represent a procedural step which results in an observable output or indication.
(c) Symbols shall be used, in the body of the grid, to show the relationship between circuit elements, circuit, etc., and observable output or indication.
(d) All circuits, assemblies, modules, etc., shall be exercised in a manner to permit logical diagnosis.
(e) All outputs shall be clearly defined and performance specifications given.
(f) All symbols shall be defined.
(g) Use of chart shall be fully explained.

3.5.8 Chapter 6, Corrective maintenance. This chapter shall contain instructions required to adjust and aline the equipment, remove, repair, reinstall, and aline all repairable parts, modules, subassemblies, and assemblies. The instructions shall identify the action to be accomplished; safety precautions to be observed; tools, parts, materials, and test equipment required; preliminary control settings; test equipment setup instructions; and step-by-step instructions, with supporting illustrations, to accomplish the maintenance task. Corrective maintenance instructions shall be provided for all items designated repairable irrespective of the maintenance concept unless this information is included in another technical manual and can be referenced.

3.5.8.1 Introduction. The introduction shall contain an explanation of the purpose, scope, and arrangement of the corrective maintenance data.

3.5.8.2 Section I, Adjustments and alinement. This section shall contain all information and procedures required to perform all necessary adjustments and alinements as follows:

(a) Non-operator type adjustments.
(b) Alinements requiring external jigs, test equipment, or bench setups.
(c) Alinements that are accomplished after a repair or replacement of a part or module.
(d) Test equipment setup and other illustrations necessary to support the procedures.

3.5.8.3 Section II, Repair. The repair section shall contain all procedures required in the repair of assemblies and repairable parts. Repair procedures shall include but not be limited to the following:

(a) Removal, disassembly, and inspection.
(b) Repair or replacement of piece parts.

(c) Cleaning, reassembly, adjustment, installation, calibration, and checkout.
(d) Exploded views, sectional views, wiring diagrams, and photographs necessary to support the procedures.
(e) Obvious repair actions such as soldering, use of multimeters, hand tools, etc. shall not be included except where these actions involve hazards to personnel or equipment.
(f) Repair procedures shall be arranged in numeric-alpha unit designation order of the equipment.

3.5.8.4 Supporting illustrations and data. The use of clear, sharp illustrations to supplement description and maintenance coverage is required. Exploded views are required for parts location illustration. As a minimum, illustrations or sketches of the following shall, when applicable, be included:

(a) Typical bearings for rotating or moving equipment.
(b) Method of taking clearance measurements where required.
(c) Typical mechanism for absorbing thrust where applicable.
(d) Locking devices when applicable.
(e) Typical seal assembly (pressure and/or vacuum seals or controlled leakage between rotor and casing).
(f) Typical assembly of blading to rotor, with lock devices, where applicable.
(g) Typical assembly of field poles, laminated core iron, electrical windings, commutator, slip rings, and brush rigging where applicable.
(h) Equipment assembly with upper casing partially removed.
(i) Series of illustrations showing installation of supervisory instruments (such as RTE's in bearings).

3.5.9 Chapter 7, Parts list. Unless a separate illustrated parts breakdown is procured under a separate line item of the contract for the system/equipment in accordance with MIL-M-8910 or MIL-M-38807, the parts list shall conform to all requirements for chapter 7 herein. When an illustrated parts breakdown is so procured, the requirements for chapter 7 shall be modified as required to assure compatibility between the documents and harmony of the technical manual requirements. The parts list shall list and identify and shall reference or include an illustration that will show the location of all repair parts, including attaching hardware. All mechanical parts subject to replacement, although not provisioned as a spare part, such as handles, slides, plates, covers, etc. included in the Provisioning Documentation shall be included in the parts list and identified in the respective parts-location diagram. This chapter shall include the following:

(a) Introduction.
(b) List of major components or list of major units.
(c) Parts list.
(d) List of common item descriptions.
(e) List of attaching hardware.
(f) List of manufacturers.
(g) Parts location illustrations.

3.5.9.1 Introduction. The introduction shall contain an explanation of the scope and arrangement of the parts list. The following type of information shall be included:

(a) Models of equipments and, where all equipment of a specific model do not have interchangeable parts, serial number of equipments covered.
(b) Explanation of any special notes.
(c) Explanation and instructions for using the list of common item descriptions.
(d) Explanation and instructions for using the list of attaching hardware.
(e) Explanation and instructions for using the parts list.
(f) Explanation and use of the list of manufacturers.

3.5.9.2 List of major components or major units. A list of major components or a list of major units in tabular form shall be included as follows:

(a) Column 1, CID, RIC, or unit number. This column shall list the CID or unit number for each major component, if available.

(b) Column 2, Quantity. This column shall list the quantity of components.

(c) Column 3, Name or nomenclature. This column shall contain the official name or nomenclature of the major components and shall be subdivided as follows:

(1) Name of unit. This column shall list the official name of the unit.

(2) Designation. This column shall list the type number of the unit.

(d) Column 4, Page number. This column shall list the number of first page of the parts listing for the major unit.

**Type I**

3.5.9.3 Parts list requirements. Except when reference designators are assigned to parts in accordance with ANSI Y32.16, the parts list shall be prepared in accordance with 3.5.9.3.1. When equipment part designators are assigned in accordance with ANSI Y32.16, the parts list shall conform to the requirements of 3.5.9.3.2.

3.5.9.3.1 Parts list. Parts listing shall be prepared in tabular form similar to the following (see figure 32):

(a) Column 1, Figure and index number. This column shall contain the figure number and index number which shows the location of the part.

(b) Column 2, Name and description. This column shall contain the designation name of the part and descriptive data to identify the parts of the equipment. Descriptive information shall include the military identification number of the part whenever available. Those parts which do not have a military identification number shall include physical characteristics (material, grade, series, dimensions, specification, and any other information necessary to order replacement parts from the original supplier of the part without going to the prime contractor).

(c) Column 3, Quantity. This column shall identify the quantity of parts required.

(d) Column 4, Federal supply code number. This column shall contain the original item manufacturer's Federal supply code identification number. Identification numbers are not required for common hardware items (screws, washers, "O"-rings, etc.) that are available from many sources. However they shall be identified by military type number.

**Type II**

3.5.9 3.2 Parts list. The parts list shall be divided and arranged by major units in numerical sequence (e.g., unit 1 with its parts, etc., will precede unit 2 with its parts). All parts attached to the unit shall be listed first in alpha-numerical order, followed by unit assemblies with parts and subassemblies with parts, also listed in alpha-numerical order, and shall be arranged as follows:

| | |
|---|---|
| Unit (Cabinet parts) | 1<br>1AT1<br>1B1<br>1C1<br>1CR1<br>1R1<br>etc. |
| Assembly (Assembly parts) | 1A1<br>1A1AT1<br>1A1B1<br>1A1C1<br>1A1CR1<br>1A1R1<br>etc. |
| Subassembly (Subassembly parts) | 1A1A1<br>1A1A1AT1<br>1A1A1B1<br>1A1A1C1<br>1A1A1CR1<br>1A1A1R1<br>etc. |
| Unit | 2<br>etc. |

3.5.9 3.-.1 Parts listings shall be prepared in tabular form with columns headed as follows (see figure 33):

(a) Column 1, reference designation. This column shall contain the reference designations of all parts listed in sequential order. The unit numbering method of assigning reference designations, as specified in ANSI Y32.16, shall be used to identify units, assemblies, subassemblies, and parts. MP numbers shall be assigned to mechanical parts subject to replacement, such as handles, slides etc., that are included in the APL but not assigned MP

| Type I (Continued) | Type II (Continued) |
|---|---|
| (e) Column 5, Original manufacturer's part number. This column shall be the part number assigned by the original manufacturer of the part. Part numbers are not required for common hardware items that are available from many sources. | numbers in the engineering drawings. With the exceptions of screws, nuts, bolts, and other attaching hardware, every functioning part in the equipment shall have a reference designator. The parts list shall be divided and arranged by major units in numerical sequence (e.g., unit 1 with its parts will precede unit 2 with its parts, etc.). When reference designations have been cancelled for more than two consecutive items, only the first and last of the designations are to be listed, separated by the word "through". For example: 3A1R69 through 3A1R100 not used.<br>(b) Column 2, notes. This column shall contain equipment reference information such as serial number, model number, configuration data, etc.<br>(c) Column 3, name and description. This column shall include descriptive data to identify the parts of the equipment and aid in determining substitutes. Such information shall consist of the name, electrical or mechanical characteristics, and military identification number of the item, and when applicable, attaching hardware. Common parts (e.g. washers, springs, nuts, bolts, etc.) shall be identified only by the military identification numbers. Those parts not having a military identification number shall also include physical characteristics (material and sufficient dimensions) to identify the parts within the set the manufacturer's part number and FSCM or the equipment contractor's part number and FSCM, Federal supply code number or NSN, and drawing number. Replaceable mechanical parts that are assigned as "MP" numbers in accordance with (a) preceding, shall include the manufacturer's part number or engineering drawing number along with the name and description of the item. The statement "Same as .....," or equivalent, shall not be used for describing identical parts. Identical parts that are used more than two times, but less than five times, shall include the complete description or conform |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.9.7 | to the requirements for identical parts used more than five times. For identical parts that are used more than five times in the equipment, the complete item description shall be given in the list of common item descriptions and reference made thereto by the item number. Attaching hardware, with quantity required, shall be identified by the assigned letter code (see 3.5.9.5). For example, C(4) would be the third listed piece of attaching hardware in which four pieces are used. When non-standard parts have been approved and there are multiple sources, each source shall be cited in the description. If selected values for critical parts are required, sufficient information, such as criteria for selection and range of values, shall be provided to permit the repair activity to make selection. For each part, the part number of the actual item manufacturer shall be used, unless the part is physically modified by the equipment contractor.<br>(d) Column 4, figure and item number. This column shall reference the parts location illustration (see 3.5.9.7) by figure number and item number enclosed in parenthesis (e.g., 6-119(17)).<br><br>3.5.9.4 List of common item descriptions. This list shall include the description of all multiple use parts (over five applications). The description shall contain the same information specified in 3.5.9.3.2.1. Like parts should be grouped and arranged in alphabetical order. Item numbers shall be assigned consecutively, for example:<br><br>**Item number** / **Description**<br>1 — CAPACITOR, FIXED, CERAMIC: DIELECTRIC 3PF, 500 VDCW; MIL type CCZ1UJ030C.<br>2 — CAPACITOR, FIXED, GLASS: DIELECTRIC 5100 PF, ± 1% 300 VDCW, mfr 86969, dwg 231B743H15<br>3 — RESISTOR, FIXED, COMPOSITION: 3000 ohms ± 5% 1/2w; mfr 42384 dwg 4469D69<br>4 — RESISTOR, FIXED, COMPOSITION: 4000 ohms ± 5% 1/2w; MIL type RC20GF402J<br><br>3.5.9.5 List of attaching hardware. A |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.5.9.7 | list of standard attaching hardware shall be included which shows items of attaching hardware. For example:<br><br>Letter code — Name and description<br>A — SCREW, CAP, HEX HEAD, DRILLED HEAD, CRES: MS51100-8 1/4-28, UNF-2A, 1 in lg.<br>B — WASHER, FLAT, STEEL, ROUND, 0.750 in. ID, 0.312 in. OD, 0.066 in. thickness.<br><br>Items used fewer than five times need not be included in the list of Attaching Hardware providing the item is completely identified in the parts list, following the part identification that is being attached.<br><br>3.5.9.6 List of manufacturers. The list of manufacturers shall contain the names, addresses, and code symbol of all manufacturers supplying items for the equipment as referenced in the parts list. The list shall be presented in numerical sequence by code number. Code numbers shall be in accordance with Handbooks H4-1 and H4-2. |

3.5.9.7 Parts location illustrations. Illustrations shall be included to provide positive and rapid location of parts. Each part used in the equipment shall have its location identified in an illustration. Types of parts location illustrations include exploded views (see figure 34), engineering drawings (see figure 33), when command approved, photographs (see figure 36), and sectional views, as applicable. (Suitable parts location illustrations located in other chapters of the manual may be referenced.)

3.5.9.7.1 Criteria for illustrations. Items shall be called out on illustrations by call-out leader, index number, or grid coordinates. Standard attaching hardware items (such as nuts, bolts, washers, screws) need not be called out or illustrated, except when they are on exploded views or are referenced in a procedure. Exploded views shall be supplied for mechanical units, subassemblies, and components designated Navy repairable but shall normally be included in Chapter 6, Repair and replacement, for parts-location purposes.

3.5.9.7.2 Exploded views. Parts in an exploded view shall be arranged in correct relative disassembled position and shall be shown in proportional size (see figure 34). The spacing of parts shall achieve maximum clarity and effective use of space. The relationship of parts shall be shown by the use of assembly lines where the main line of exploded parts has been broken into two or more groups for convenience of layout on the page. Leader lines and index numbers shall be used to assist in locating parts.

3.5.9.7.3 Line drawings and photographs. Unless otherwise permitted in the contract or order, line drawings shall be used in lieu of photographs. Engineering drawings are acceptable if they meet the format and content requirements of this specification and the legibility requirements of MIL-M-38784. Figure 35 is a typical line drawing and figure 36 is a typical photograph.

3.5.9.7.4 Printed-circuit board. Printed-circuit boards shall be illustrated foil side up. When printed wirings appear on both sides of the board, both sides shall be illustrated. All parts mounted on the board shall be outlined in black solid (front) or dashed line (rear) (even though mounted on the reverse side of the board) and their connections to the printed wiring clearly illustrated. If insufficient room exists, separate illustrations, top and bottom views, shall be provided. Each part shall be labeled with the applicable reference designation. To facilitate parts location, a locating grid and corresponding guide chart shall be provided when more than 30 items are mounted on a board.

3.5.10 Chapter 8, Installation. Drawings and information concerning installation shall be provided in this chapter. The following type of information shall be included: site selection, or installation location guide lines (such as moisture precautions and maximum temperature allowed as appropriate), special tools and materials requirements, unpacking, and handling (if unusual procedures or precautions are required), preparation of foundations,

mechanical assembly procedures, mounting instructions, bolting diagrams, safety precautions, grounding and bonding, clearances for access, ventilation, fluid cooling requirements, clearances for motion under shock, and recommendations for reduction of electrical and electromagnetic interference, and other interface requirements, as applicable. In addition, this chapter shall contain tests and test procedures required to demonstrate that the equipment after installation is capable of satisfying operational requirements.

3.5.10.1 Installation drawings. Legible reproduction of appropriate installation control drawings in accordance with MIL-D-23140, except that zoning and title blocks shall be omitted, shall consist of the following, as applicable:

(a) Drawing list.
(b) Block diagram.
(c) Outline and installation drawing.
(d) Auxiliary cooling diagram.
(e) Auxiliary dry gas diagram.
(f) Cable running sheets.
(g) Summary list of installation material.
(h) R.f. transmission line diagram.
(i) Hydraulic fluid piping diagram.

3.5.10.2 Site or installation location information. Data shall contain information supplemental to the installation drawings. If all site information is contained on the installation drawings, reference shall be made to the applicable drawing(s) by figure number.

3.5.10.3 Reference publications. Reference shall be made to Military-issue general publications required to complete the installation, when it is impractical to include such information.

3.5.10.4 Tools and materials required for installation. Include information supplemental to the summary list of installation material. If no supplemental information is required, reference the drawing by figure number.

3.5.10.5 Unpacking and repacking. Include information supplemental to the installation drawings regarding unpacking and repacking. Include step-by-step procedures to prevent damage to the equipment or injury to personnel. Supporting illustrations shall be provided to clarify procedures. When packing for reshipment is required, step-by-step procedures for packing shall be included and illustrated. When packing is simply the reverse of unpacking, this fact need only be stated. Any special environmental conditions required for storage shall be provided. Instructions shall be included for items in the following categories:

(a) Depreservation procedures required at time of installation.
(b) Represervation packaging required prior to repacking for storage or shipment.
(c) Intricate mounting, blocking, or bracing.
(d) Special cushion inserts.
(e) Repairable items.
(f) Sensitive or fragile components.
(g) Items held in special cradles.
(h) Items furnished in reusable containers.
(i) Special environmental conditions required for storage.
(j) Special handling procedures required.
(k) Container storage or disposition instructions, as applicable.

The instructions shall be detailed to prevent handling damage to the equipment or injury to personnel. In addition, step-by-step procedural illustrations as shown in MIL-M-38784 may be used to supplement the packing and handling instructions.

3.5.10.6 Preparation of foundations. Include information supplemental to the installation drawings. If all foundation preparation information is contained on the installation drawing, refer to the drawing(s) by figure number.

3.5.10.7 Input requirements. A summary of the input data contained on the installation drawings shall be included. Parameters with tolerances should be included with each of the inputs listed. Examples of inputs are as follows:

(a) Power.
(b) Ventilation.
(c) Dry air (waveguide pressure).
(d) Ship gyro information.
(e) Fluid cooling.
(f) Steam.
(g) Freon.

3.5.10.8 Installation procedures. The following types of supplemental information which are not provided on the installation drawings shall be included:

(a) Instructions required to assemble units.
(b) Instructions required to mount units. Include bolting and bracing diagrams and data on shock mounts.
(c) Instructions for making electrical, plumbing, transmission line, and all other interface connections (external) to the equipment.
(d) Instructions for interconnecting units comprising the equipment.
(e) Servicing procedures, such as initial lubrication.
(f) Instructions for bonding and grounding.

3.5.10.9 Installation checkout. Provide step-by-step procedures to demonstrate that the equipment operates correctly and within tolerances. These procedures shall provide for equipment checkout in three test phases as follows:

(a) Phase 1 - Installation inspection and pre-energizing procedures.
(b) Phase 2 - Turn-on and preliminary tests.
(c) Phase 3 - Installation verification test.

3.5.10.9.1 Phase 1 - Installation inspection and pre-energizing procedures. Provide inspection procedures in the form of check lists to verify the following:

(a) That all units of the equipment and required auxiliary equipments have been installed and that their location and orientation is proper; that all cables, filters, antennas, waveguides, transmission lines, dehydrators, coolant lines, piping, etc., have been installed in accordance with plans and specifications; that continuity exists in all interconnections.
(b) That the test equipment listed in Chapter 1 is onboard, operating satisfactorily, and has been calibrated.
(c) That the Allowance Parts List (APL) is onboard, that the Coordinated Shipboard Allowance List (COSAL) includes the equipment data.
(d) That all field changes, shipalts, and mandatory retrofits have been accomplished.
(e) That all installation and reference standards are entered on the Installation Standards Summary Sheet.
(f) That all rotating devices are free from obstruction.
(g) That there is access to the equipment for maintenance.
(h) That all pre-energizing servicing procedures, including lubrication have been accomplished.
(i) That it is safe to turn-on the equipment.

3.5.10.9.2 Phase 2 -Initial turn-on and preliminary test. Procedures shall be included for energizing the equipment for the first time. This may be accomplished by reference to the applicable portions of Chapter 2. Step-by-step procedures shall be included for testing the equipment electrical supply circuits including distribution panels, switches, breakers, relief valves, and interlocks. Procedures shall be included for testing piping, electrical cables, wire rope, stays, for proper installation of transmission lines and waveguides, hangar spacing, torqueing of connectors, pressure testing, flow rates, standing wave ratio and attenuation checks, etc.

3.5.10.9.3 Phase 3 - Installation verification test. Complete instructions shall be included for testing the equipment in all modes of operation. Where applicable, refer to the scheduled performance tests in Chapter 4. Procedures shall cover checking gages, meters, alarms, and other sensing devices for proper operation and calibration. The tests shall verify that all inputs are in tolerance. Where applicable, include voltage standing wave ratio (VSWR) and insertion loss tests to verify the proper installation of antenna-to-equipment waveguide runs; transducer impedance and source level checks to verify proper installation of transducers, domes, and cables. Preliminary setup data shall be included in each procedure. When it is required that an alinement be accomplished prior to performing a test, the alinement shall be included or referenced in the procedure.

3.5.10.9.3.1 Test procedure. Testing procedures shall be presented in a logical order as follows:

(a) Energize the equipment.
(b) Test the first units (normally power supplies) which must be operating properly. When test results are within the required tolerance, include reference to the next logical test. Include a reference to the corrective maintenance or troubleshooting data to be used if test results are not within tolerances.

(c) Enter installation and reference standards in Installation Summary Sheet (see 3.5.10.9.3.2). Include instructions for installer to enter actual test and reference standard values, and certify proper installation on the Installation Summary Sheet.

| Type I | Type II |
|---|---|
| TYPE I MANUAL REQUIREMENTS, CONTINUE WITH 3.7 | 3.5.10.9.3.2 Installation standards summary sheet. The installation standards summary sheet shall provide spaces for recording the results of all installation verification tests and significant reference standard tests that should be made a matter of record for reference by the technician during troubleshooting and for a standard to be re-established after overhaul (see figure 37). Each space shall be identified by the step or paragraph number which provides the instructions for accomplishment. Each space shall contain the respective unit of measurement (e.g., amp., dB., or V.). When applicable, waveforms shall be included to show the points on the pattern where the measurement is to be taken. In addition, critical installation data shall be included, such as the length of the transmission line.<br><br>3.5.11 Type IIS and type IIX manuals.<br><br>3.5.11.1 Type IIS manuals for service test equipment. Type IIS manuals for service test equipment shall conform to the production requirements of 3.8.6 and to the content requirements for type II manuals except that the following data need not be supplied:<br>(a) Descriptions of circuits in NAVSEA 0967-LP-000-0120. (see 3.5.5.2(c))<br>(b) Scheduled maintenance action index. (see 3.5.6.2)<br>(c) Reference to troubleshooting actions. (see 3.5.6.4(h))<br>(d) Troubleshooting index. (see 3.5.7.2.1.1)<br>(e) Relay, lamp indexes. (see 3.5.7.2.1.2)<br>(f) Control diagrams. (see 3.5.7.2.3.3)<br>(g) Troubleshooting dependency diagrams. (see 3.5.7.2.12)<br>(h) Attaching hardware data. (see 3.5.9.3.2.1(c) and 3.5.9.5)<br>(i) Phase 1 - installation examination and pre-energizing procedures. (see 3.5.10.9.1)<br><br>3.5.11.2 Type IIX manuals for experimental equipment. Type IIX manuals for experimental equipment shall conform to the production requirements of 3.8.6 and the content requirements for type II manuals except that the following data need not be supplied:<br>(a) Descriptions of circuits in NAVSEA 0967-LP-000-0120. (see 3.5.5.2(c)) |

| Type I (Continued) | Type II (Continued) |
|---|---|
| TYPE I MANUALS REQUIREMENTS, CONTINUE WITH 3.7 | (b) Scheduled maintenance action index. (see 3.5.6.2)<br>(c) Reference to troubleshooting actions. (see 3.5.6.4(h))<br>(d) Troubleshooting index. (see 3.5.7.2.1.1)<br>(e) Relay, lamp indexes. (see 3.5.7.2.1.2)<br>(f) Protection device index. (see 3.5.7.2.1.3)<br>(g) Maintenance turn-on procedure. (see 3.5.7.2.1.4)<br>(h) Troubleshooting procedures. (see 3.5.7.2.2)<br>(i) Control diagrams. (see 3.5.7.2.3.3)<br>(j) Power distribution diagrams. (see 3.5.7.2.3.4)<br>(k) Flow charts. (see 3.5.7.2.10)<br>(l) Troubleshooting dependency diagrams. (see 3.5.7.2.12)<br>(m) Section II, repair. (see 3.5.8.3)<br>(n) Attaching hardware data. (see 3.5.9.3.2 and 3.5.9.5)<br>(o) Phase 1 - Installation, examination and pre-energizing procedures. (see 3.5.10.9.1) |

3.6 Technical contents for systems manuals (type III).

3.6.1 Spec. quirements. Type III manuals shall provide system and subsystem-oriented instructions (see 6.5.18) for operation, maintenance, installation, and test data. Detailed equipment data should be provided by reference to the equipment manuals. However, technical data shall be developed at the equipment level and be included for all equipment system and subsystem and interface components not covered by an equipment technical manual. The contents shall be arranged in chapters according to the following:

Chapter 1 - General information.
Chapter 2 - Safety precautions.
Chapter 3 - Conditions of readiness.
Chapter 4 - Operation.
Chapter 5 - Functional description.
Chapter 6 - Scheduled maintenance.
Chapter 7 - Fault isolation.
Chapter 8 - Alinement procedures.
Chapter 9 - Installation data.

3.6.2 Chapter 1, General information. Chapter 1 shall describe the system in general physical and functional terms as specified in 3.6.2.1 through 3.6.2.5.

3.6.2.1 Introduction. The introduction shall define the system and its relationship with other systems. The mission of the system shall be stated. The text shall be supported by a diagram(s) showing the interrelationships of the system equipments (see figure 38). The major functional relationship and inputs and outputs to related systems shall be indicated.

3.6.2.2 Physical arrangement. System areas and compartments shall be described and the system equipment and units contained in the areas shall be listed. The physical arrangement description shall be supported by the following illustrations:

(a) An inboard profile drawing of the ship or stations showing compartment locations and identifying topside equipment and equipment units comprising the system (see figure 39).

(b) Separate illustrations of each compartment and area, identifying the listed system equipment (see figure 40). Other equipment, which is installed in the subject system compartments and areas, need not be listed in the text or called out in the illustrations if they do not directly affect the operation or maintenance of the subject system.

3.6.2.3 System equipment. Each of the equipments comprising the system shall be identified and described. Descriptions of operator-attended equipment shall include general statements as to the nature and purpose of units and indicators. The text shall be supported by illustrations. All equipments shall be shown, whenever possible, in relative-scale proportion. An equipment may be separately illustrated with significant features called out, if such details are necessary for proper support of the text.

3.6.2.4 Associated-system equipment. When required, descriptions and illustrations of associated-system equipment shall be limited to the major units thereof. The descriptions shall be more condensed than those of subject system equipment; otherwise, the same requirements are applicable. In the descriptions, emphasis shall be placed on those associated systems equipments that constitute operational or functional interfaces with the subject system. Such units shall be included in the system illustrations.

3.6.2.5 Reference data. Reference data shall include a list of the equipment comprising the system, and its official designations. A list of common names and abbreviated or informal nomenclature, and system characteristics together with a list of referenced publications shall be included as follows:

(a) Capabilities. A summary of system capabilities shall be provided. The summary shall include data such as gallons per minute, transfers per hour, boom capacity, rated ranges, resolution, accuracy, data handling capability, number of channels, etc. Such data shall be presented in tabular form.
(b) Reference publications. A list of the manuals that pertain to system and system equipments, and other documents of interest, such as training manuals and manuals for associated systems equipment shall be included. The list of publications shall include the title and publication number of the referenced publications.
(c) Tools and test equipment. A list of all special tools and test equipment for system-level maintenance shall be included. Special tools are defined as those tools not listed in the Federal Supply Catalog (copies of this catalog may be consulted in the office of the Defense Contract Administration Service (DCAS)). An illustration and description of special items required shall be provided for identification. Information shall be presented in tabular form. For each item the description or table shall include:
(1) The official name or nomenclature.
(2) Identifying number.
(3) A brief description of the use of the item with a reference to the procedure(s) requiring its use.

3.6.3 Chapter 2, Safety precautions. Chapter 2 shall describe the hazards associated with system operation and maintenance. To permit wide and unrestricted use onboard ship, chapter 2 should contain only unclassified information.

3.6.3.1 Introduction. This description shall orient system supervisory personnel, and shall include the following:

(a) Purpose, scope, and organization of the system safety instructions.
(b) Basic safety concepts.
(c) Basic responsibilities for safety.

3.6.3.2 Electromagnetic radiation hazards and precautions. If applicable, describe the radiation hazards to topside personnel and the precautions to be taken. The hazards of radiation to flammable or explosive materials also shall be described. The description shall include discussions of the following:

(a) Locations of topside and inboard radiation hazardous areas.
(b) Minimum safe distances on the axis of beam radiation.
(c) Precautions to be taken when entering areas of radiation hazard (such as the wearing of copper-screen goggles).

*Ball, Rodney (WD Alfred)*
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**NINE OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- X by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio
Wanda D. Claudio