Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**ELEVEN OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

(d) The effect of radiation on flammable or explosive material such as induction of rf currents in metals, sparking, and the consequent possibility of igniting flammables or detonating explosives. The text shall be supported by one or more illustrations identifying the areas of radiation hazards and the location of antennas, etc.

3.6.3.3 Hazards to divers. When applicable, the description of hazards to divers shall include but shall not necessarily be limited to the following:

(a) The nature and intensity of sound energy in water as related to divers.
(b) Precautions to be taken when working near operating equipment.
(c) Illustrations identifying the hazardous areas and locations of sonar domes.

3.6.3.4 System hazards and precautions. Descriptions of system hazards and precautions shall be included, addressed to system personnel and referenced to particular system equipments. The descriptions shall be organized to be consistent with the operation of the system. The descriptions shall supplement and extend equipment safety instructions to the system level, by warning of potential hazards that can be caused during operation or maintenance.

3.6.3.4.1 Operational safety summary. A summary shall be included which emphasizes the proper use of equipment controls, describes the hazards to operators, or as applicable, the hazards to persons in areas remote from the operation, and recommends precautions. An emergency operational routine shall be included which emphasizes the controls that permit immediate braking or deenergizing of the system.

3.6.3.4.2 Maintenance safety summary. A maintenance safety summary shall emphasize the proper use of controls, describe the hazards to maintenance personnel, potential damage to the equipment, and recommend precautions.

3.6.3.4.3 Hazardous components. Identify and briefly describe the hazardous components including radioactive devices and elements used with the system and summarize the general handling precautions for such components. The description of a hazardous component shall include brief statements as to the purpose, manner of functioning, nature of built-in safety devices, and nature of the hazardous element; it shall also indicate the relative sensitivity of the component to mechanical shock, vibration, electromagnetic and radioactive radiation, and electrostatic discharges.

3.6.4 Chapter 3, Conditions of readiness. This chapter shall be provided for guidance purposes and shall represent engineering considerations. Chapter 3 shall list conditions of readiness requirements prior to the operation of the system. Activities or conditions within compartments or areas outside the system shall be described as necessary. When it is impractical or illogical to separate the conditions of readiness information from operational information, request shall be made with justification, to combine the requirements of chapter 3 (see 3.6.4) with the requirements of chapter 4 (see 3.6.5).

3.6.4.1 Conditions coverage. An orientation of system personnel shall be included. The condition of readiness shall be included as follows:

(a) Watch condition.
(b) General quarters condition.
(c) Emergency condition.

Coverage shall include but not be limited to the following:

(a) A block diagram showing signal paths of the conditions of readiness (see figure 41).
(b) Block diagrams and descriptions of interior communications links between compartments and areas, including sound-powered telephone circuits, announcing systems, and closed-circuit television.
(c) Presumptions relative to system status at specified times. (For example, from watch condition to general quarters condition, or from general quarters condition to emergency condition).

3.6.4.1.1 Watch condition. The condition of all systems equipment and the personnel situation (how many of what class/type of men to be stationed where) for watch condition shall be described. The operating console and panel positions shall be illustrated.

3.6.4.1.2 General quarters condition. The condition of all systems equipment and personnel situation shall be described for general quarters condition. The operating control and panel positions shall be illustrated.

3.6.4.1.3 Emergency condition. The condition of all systems equipment and the personnel situation for emergency condition shall be described. The operating console and panel positions shall be illustrated.

3.6.5 Chapter 4, Operation. Chapter 4 shall describe system operating situations, modes, and procedures. The descriptions shall be detailed to the level required for an understanding of the operational interfaces of the system equipments and associated systems. Illustrations shall be included when necessary for clarity (see figure 42). The various operating modes shall first be described to acquaint the operator with all equipment combinations that can be employed to effect a given mode of operation.

3.6.5.1 Preoperational conditions and setup. Specific preoperational conditions presumed to be in effect prior to system operation shall be established. A system readiness checkoff list of significant switch positions and indicator status shall be tabulated. For indicators such as dials, where a band of readings are possible, upper and lower limits shall be delineated. The initial conditions of associated-system equipment that directly affect system operation shall be treated in a similar manner.

3.6.5.2 Operating modes. The primary operating mode shall be discussed in detail, and alternate modes shall be treated as modifications of the primary mode. Operating procedures common to all modes shall be detailed under the primary mode and referred to under the alternate modes, with such modifications of procedure as may be necessary. Each mode shall be described in the logical sequence of major phases, events, options, supervisory commands and responsive actions, and the following:

(a) Only those equipment operational controls and indicators having system significance shall be explained in the description. When controls must be actuated and indicators observed in a sequence to achieve system operation, the descriptions will cite each control and indicator with a number to indicate the position in the sequence.

(b) Emphasis shall be placed, by the use of warnings on the safe operation of controls, which, if operated improperly, could result in hazards to personnel or damage to the equipment. Each control shall be followed by a brief description of its effects (equipment actuation or display indication, or both) at the operator station and at remote stations. The primary mode description shall be supported by both general and detailed illustrations.

(c) Operational phases which involve operator judgment shall be illustrated by operational logic diagrams. The diagrams shall indicate the conditions that must be favorable prior to an operator action, or if unfavorable, indicate the alternate action. Illustrations showing dials, gages, status lights, etc., which indicate the favorable or unfavorable conditions shall be included. Special procedures to be followed when an equipment failure may be bypassed (as separate from emergency procedures) shall also be described.

3.6.5.2.1 Normal operation. The duties of system operators shall be described in terms of general responsibility and specific step-by-step procedures for operating the system in all of the primary modes. Descriptive words (such as switch, button, dial, or indicator) may be added to clarify the type of control involved, for example: "Press ACCESS button and observe channel spot." All system controls and indicators provided for the use of operators shall be covered. Controls and indicators provided only for maintenance and nonsystem application shall not be called out.

3.6.5.2.2 Emergency operation. Step-by-step procedures shall be provided for emergency operation of the system. If specially designated controls have been provided for emergencies, a short statement shall be included describing how they modify or otherwise affect normal system operation. Emergency procedures shall be supported by illustrations.

3.6.5.2.3 Special operation. Special operations such as test checkout, training, or evaluation exercises shall be described. Illustration support shall include block diagrams and pictorial diagrams.

3.6.5.3 Standard log form (model set). Standard log forms and selected data shall be developed and prepared in accordance with 3.5.4.5 and included in this chapter for all ship systems requiring monitoring of operational functions such as chemicals, data, temperatures, etc. required for determining safe and reliable ship's operations. Such systems shall be, but not limited to the following:

(a) Propulsion.
(b) Boiler.
(c) Electrical.
(d) Battery.
(e) Distilling.
(f) Fuel and fueling.
(g) Refrigeration.
(h) Environmental.

3.6.6 Chapter 5, Functional description. Chapter 5 shall describe how the components or equipments comprising the system jointly perform major operations and functions, and how associated systems contribute to the performance of these major functions. Equipment or associated system interfaces shall be described only as necessary to identify the sources or destinations of system inputs and outputs (see figure 43). Descriptions shall not repeat the functional description provided in the equipment manuals.

3.6.6.1 Method of presentation. The presentation shall first define how the system major functions meet the purpose of the system as described in 3.6.2.1. Each major function shall then be discussed separately at progressively increasing levels of detail. The description of the entire system shall be supported by a basic block diagram of the system (see figure 44). Where information can be presented better pictorially than by text, additional diagrams and other illustrations shall be used. Reference may be made to diagrams appearing in chapter 7.

3.6.6.2 Introduction. The introduction shall describe the general approach that is used in the functional description. The introduction shall also describe briefly the interrelationship between the system and associated-systems.

3.6.6.3 System function directory. A system function directory shall tabulate operation control functions and the signal data described in the detailed level of functional analysis (see 3.6.6.6). The tabulation shall include the following information, as applicable:

(a) Official name of the function, colloquial name, and symbol.
(b) Type of control or signal (a.c. frequency and voltage, d.c. polarity and voltage, hydraulic pressure, mechanical motion, synchro, etc.).
(c) The origin and termination of the control or signal.
(d) Identify of equipments (relay transmitters, coordinate converters, distribution boxes, switches, and the like) between the origin and termination of the output control or signal.
(e) Figure numbers of illustrations on which the function is illustrated, including the fault isolation diagrams in chapter 7.

3.6.6.4 Functional description. Each function shall be described by at least two levels of detail (see 3.6.6.5 and 3.6.6.6).

3.6.6.5 First level of functional description. The first level of the description shall be confined to data such as origin of the function at an equipment control or sensor; transmission of the signal via intermediate equipment such as switchboards, relay transmitters, coordinate converters, and distribution boxes; and presentation of the function at terminal equipment. Control functions essential to the development of a signal shall be introduced and briefly described in their relationship to the signal. The description shall be supported by a block diagram (see figure 45). The diagrams for electrical/mechanical systems may be illustrated as shown on figure 46. Functions involving computations may be explained in mathematical terms, but at a level no higher than high school mathematics. The second level of analysis shall be supported by one or more diagrams.

3.6.6.6 Detailed (second) level of functional description. The detailed-level description shall explain the system functions in terms directly related to the diagrams in chapter 7. Data and control functions shall be described down to the level of an equipment or an equipment group. Functional descriptions of important parts of electrical/mechanical systems may be supported by illustrations similar to figure 47.

3.6.7 Chapter 6, Scheduled maintenance. Chapter 6 shall contain all system scheduled test procedure., together with necessary explanations and illustrations. It is intended that the engineering effort required to develop preventive maintenance data be expended only once and that the data, where applicable be used both in this chapter and in Maintenance Engineering Analysis (MEA), Logistic Support Analysis (LSA) and/or Maintenance Requirements Cards (MRC) where one or more of the latter three data items are required by the contract. The preparation of this chapter of the manual should therefore be delayed until completion of the MEA, LSA and/or MRC; submissions of the manual manuscript for review should be marked "TO BE SUPPLIED UPON COMPLETION OF LSA". When the approved MEA, LSA or MRC data is available, it shall be included in the manual in the identical technical content and, wherever practicable, in the identical format. When included in the manual, such MEA, LSA or MRC data shall be integrated with other technical data required by this specification to be in this chapter. These procedures shall be correlated with the installation checkout requirements of 3.6.10.8 (type III), such that any maintenance or performance test procedure also required for checkout may be properly referenced from chapter 9, Installation Data. The Installation Standards Summary Sheet (see 3.6.10.11.2) shall also include space for any maintenance or performance test result that should be recorded by the installer. The recorded information will provide a reference to the Navy technician when troubleshooting, or when needed for installation acceptance certification. Chapter 6 shall comprise the following:

(a) Introduction.
(b) Scheduled maintenance action index.
(c) Scheduled test procedures.

3.6.7.1 Introduction. The introduction shall be an explanation of the purpose, scope, and arrangement of the scheduled maintenance material. When a preventive maintenance procedure is critical to the operation of the system and the schedule for servicing is absolute (not recommended), this information shall be conspicuously written as a CAUTION. The following statement shall be included: "The scheduled maintenance instructions in this manual are intended to duplicate those furnished in the Planned Maintenance System (PMS)." In case of conflicts, the PMS documentation takes precedence. Such conflicts should be reported immediately on the user comment sheet in accordance with the maintenance procedures for this manual.

3.6.7.2 Scheduled maintenance action index. This index shall include all required scheduled performance tests. The index shall be tabulated as follows:

(a) Column 1, Periodicity. This column shall contain a list of all scheduled actions contained in the chapter. The following periodicity symbols, as appropriate, shall be used:

| Interval | Symbol |
|---|---|
| Daily | D |
| Weekly | W |
| Monthly | M |
| Quarterly (3 months) | Q |
| Semiannually (6 months) | S |
| Annually (12 months) | A |
| Overhaul cycle | C |
| As specified (explain circumstances) | R |

(b) Column 2, Maintenance action. This column shall list the title of the maintenance action which corresponds to the periodicity number in column 1.

(c) Column 3, Reference. This column shall state the paragraph or table number of the maintenance procedure that corresponds to the maintenance action listed in column 2.

3.6.7.3 Scheduled test procedures. Include the detailed procedures for setting up and performing complete system tests. Each procedure shall be numbered and titled to clearly define the test action and the output to be tested. The procedures shall contain the data specified in 3.5.6.4.

3.6.8 Chapter 7, Fault isolation. Chapter 7 shall contain fault isolation procedures, illustrations, and an explanation of the use of the information presented. The major objective of the system fault isolation procedures contained in chapter 7 shall be described. In addition, this shall contain a brief description of each type of maintenance diagram. A fault directory shall be included which relates fault symptoms found during operation to the fault-isolation procedures. Fault-isolation procedures, fault logic diagrams, control function diagrams, and data function-diagrams shall be included as follows:

- (a) Operation-based symptom fault directory.
- (b) Fault-isolation procedures.
- (c) System fault logic and troubleshooting maintenance dependency matrix diagrams.
- (d) System control function diagrams.
- (e) System data function diagrams.

3.6.8.1 Operation-based symptom fault directory. The directory shall relate system faults observed during operation described in Chapter 4 to fault isolation diagrams. The directory shall be presented in tabular form by operational modes (see figure 48). The table(s) shall include references to system fault isolation diagrams, and where applicable, directly to equipment troubleshooting diagrams. The content of the table shall include, as applicable, the following information:

- (a) Table headings. Table headings shall be identified by the operational mode to which the table relates.
- (b) Column headings. The fault directory shall contain the following columns.
  - (1) Column 1, Operating procedure step. This column shall list the step of the operation procedure in Chapter 4 for which a fault symptom can be observed. (For example, if step 1 is an action step "set XYZ switch to ON" with no operational response, step 1 would not appear in the column. However, if step 1 stated "Set XYZ switch to ON and check to see that XYZ lamp lights," then step 1 would be included in the column.)
  - (2) Column 2, Functional description. This column shall include the reference to the paragraph number of the functional description in Chapter 5. In addition, when an operation can be identified with an output, this column shall also contain the name or symbol of the output.
  - (3) Column 3, Fault isolation procedure. This column shall reference by paragraph number the fault isolation procedure.
  - (4) Column 4, Alinement procedure. This column shall reference by paragraph number the alinement procedure in Chapter 8.
  - (5) Column 5, Fault isolation diagram. This column shall reference the fault isolation diagram by figure and sheet number.
  - (6) Column 6, Equipment document. This column shall reference the equipment technical manual when the fault can be isolated to the specific equipment causing the fault.

3.6.8.2 Fault isolation procedures. Procedures shall be included for isolation of a trouble to a single equipment or functional area of an equipment. The procedures shall provide for the analysis of switching combinations and observable indications (dials, gage lamps, and meters). The use of any required test equipment shall be described. The procedures shall support the fault-logic, control-function, and data function diagrams. The supporting diagrams shall be referenced by figure number. Prerequisite control settings and conditions shall precede each procedure.

3.6.8.3 System fault logic and troubleshooting-maintenance dependency-matrix diagrams. System fault logic diagrams shall be prepared for fault indications observed during either scheduled tests or operation. Fault logic diagrams shall be constructed in accordance with 3.5.7.2.12.1. These diagrams shall isolate the functional area of the equipment at fault and then refer the user to the equipment technical manual containing the information needed to complete the fault isolation and repair. Each diagram shall include or make reference to information necessary to establish the system test or operating conditions required for starting the fault-isolation procedure. The conclusion boxes shall list the equipment or functional area within an equipment that is the probable source of malfunction and the technical manual reference or references for further isolation and repair of the fault. Troubleshooting-matrix diagrams in accordance with 3.5.7.2.12.2 may be substituted for or augment fault logic diagrams.

3.6.8.4 Control function diagrams. Control function diagrams shall be provided for all system control circuits. The control function diagrams shall be at the system level but shall be constructed in accordance with 3.5.7.2.3.3. The diagrams shall show essential fault isolation test points or comparable indicators, and shall include appropriate references to equipment manuals.

3.6.8.5 Data function diagrams. Data function diagrams shall show in detail the system information needed to isolate faults within signal or data flow paths. Data function diagrams shall include tolerance values and shall contain references to equipment publications where necessary. All inputs required to develop the output shall be shown. The data function diagrams shall be constructed in accordance with 3.5.7.2.3.1(a), (c), (d), (e), (f), (i), (j), (k), (l), (m), and (p).

3.6.9 Chapter 8, Alinement procedures. Chapter 8 shall present the corrective adjustment procedures and support information necessary to restore electrical and mechanical alinement between the various system equipments. All values and tolerances shall be included. The alinement shall be cross-referenced to respective fault isolation procedures and diagrams in chapter 7. Alinement procedures shall include references to equipment publications where further procedures are required at the equipment level. The alinement procedures shall be presented in step-by-step form.

3.6.10 Chapter 9, Installation data. Installation drawings and information not contained in the equipment technical manuals as necessary to install and checkout the system. System installation data shall include the following:

- (a) Summary of all utilities required by the system, such as air, water, power, steam, freon, etc.
- (b) System interconnection diagrams.
- (c) Cable run diagrams.
- (d) System piping diagrams.
- (e) System cable interconnection check.
- (f) Active system tests.
- (g) System component installation procedures.

3.6.10.1 Utilities list. A utilities list shall be included that presents in tabular form all utilities required, and the quantities of each, in each system, compartment, and area.

3.6.10.2 Interconnection diagrams. Interconnection block diagrams shall be presented with each equipment or component shown as a block. All cables running between equipments shall be identified by cable number. The number of active and spare leads in each cable shall be included. The illustrations shall also indicate all junction boxes, switchboards, etc., into which interconnection cables enter or leave.

3.6.10.3 Cable run diagrams. Isometric diagrams shall be used to indicate the location of all cable runs between compartments or areas. Each cable run diagram shall indicate by deck, compartment, and frame identification the location of all cables shown on the interconnecting diagrams.

3.6.10.4 System piping run diagrams. Isometric diagrams shall be used to indicate the location of all system piping runs between compartments and areas. Each piping run diagram shall indicate by deck, compartment, and frame identification the location of all pipes, valves, fittings, tanks, etc.

3.6.10.5 System cable interconnection check. Cold-wire check procedures shall be provided to verify the proper installation of all system cables. These checks shall be prepared to be conducted with all power off and all equipment completely shut down.

3.6.10.6 Active system tests. All active system test procedures required to verify the proper installation and operation of the system shall be included. Reference may be made to applicable tests and procedures in Chapter 6. Procedures for complete setup, testing, shut down, and data analysis shall also be provided.

3.6.10.7 System component installation procedures. Complete step-by-step instructions shall be provided for installation of system components not covered in any of the equipment manuals for the equipment comprising the system. The following types of supplemental information not provided in the equipment technical manual shall be included:

- (a) Instructions required to assemble components.
- (b) Instructions required to mount components. Include boring and bracing diagrams and data on shock mounts.
- (c) Instructions for making electrical, waveguide, plumbing, and all other interface connections between equipments, components, and other systems.
- (d) Servicing procedures, such as initial lubrication and adjustments.
- (e) Instructions for bonding and grounding.

3.6.10.7.1 Installation drawings. The following drawings shall be included:

(a) Pictorial diagrams.
(b) Outline and mounting dimension data.
(c) Interconnecting wiring and cabling diagrams.
(d) Primary power distribution.
(e) Piping diagrams.

3.6.10.8 Installation checkout. Step-by-step procedures shall be provided to demonstrate that the system operates correctly and within tolerances. These procedures shall provide for system checkout in three test phases as follows:

(a) Phase 1 - Installation inspection and pre-energizing procedures.
(b) Phase 2 - Turn-on and preliminary tests.
(c) Phase 3 - Installation verification test.

3.6.10.9 Phase 1 - Installation inspection and pre-energizing procedures. Inspection procedures shall be provided in the form of check lists to verify the following:

(a) That the system and required auxiliary equipments have been installed and that their location and orientation is proper; that all cables, antennas, waveguides, transmission lines, dehydrators, coolant lines, piping, etc., have been installed in accordance with plans and specifications; that continuity exists in all interconnections.
(b) That special system test equipment listed in Chapter 1 is onboard, operating satisfactorily, and has been calibrated.
(c) That all field changes, mandatory retrofits, or shipalts have been accomplished.
(d) That all rotating devices are free from obstruction.
(e) That there is access to the system components for maintenance.
(f) That all pre-energizing servicing procedures, including lubrication, have been accomplished.
(g) That it is safe to operate the system.

3.6.10.10 Phase 2 - Initial turn-on and preliminary test. Procedures shall be included for energizing the system for the first time. This may be accomplished by reference to the applicable portions of Chapter 4. Step-by-step procedures shall be included for testing electrical, steam, and fluid supply circuits, distribution panels, breakers, and interlocks. Procedures shall be included for testing piping, cables, transmission lines, and waveguides for proper installation, including checks for hanger spacing, torqueing of connectors, pressure testing, standing wave ratio, and attenuation checks.

3.6.10.11 Phase 3 - Installation verification test. Complete instructions shall be included for testing the system in all modes of operation. Where applicable, refer to the scheduled performance tests in Chapter 6. Procedures shall cover checking gages, meters, alarms, and other sensing devices for proper operation and calibration. Tests shall verify that all inputs are in tolerance. Where applicable, include VSWR and insertion loss tests to verify the proper installation of antenna-to-equipment waveguide runs; transducer impedance and source level checks to verify proper installation of transducers, domes, and cables; dynamic and static load tests for hoists, winches, etc. Preliminary setup data shall be included in each procedure. When it is required that an alinement be accomplished prior to performing a test, the alinement shall be included or referenced in the procedure.

3.6.10.11.1 Test procedures. Testing procedures shall be presented in a logical order as follows:

(a) Energize the system.
(b) When test results are within the required tolerance, include a reference to the next logical test. When test results are out of tolerance, include a reference to the corrective maintenance or troubleshooting data. Reference shall be made to troubleshooting diagrams except where probable causes of failure can be predicted, in which case reference may be made directly to an alinement or repair procedure.

3.6.10.11.2 Installation standards summary sheets. The installation standards summary sheet shall provide spaces for recording the results of all installation verification and maintenance standard tests. Spaces shall also be provided for recording the results of all maintenance or performance standards tests included in Chapter 6, scheduled maintenance, that are required for reference by the Navy technician when troubleshooting or for Government acceptance certification. Each space shall be identified by the step or paragraph number which provides the instructions for accomplishment. Each space shall contain the respective unit of measurement (e.g., amp., dB., or V.). When applicable, waveforms shall be included to show the points on the pattern where the measurement is to be taken. In addition, critical installation data shall be included, such as length of transmission line.

3.7 Format.

3.7.1 General requirements. Style and format shall conform to MIL-M-38784 (except that for commercial manuals, 8-1/2 X 11-inch page size may be used) and 3.7.2 through 3.7.8. Graphic symbols and reference designations for electrical and electronic diagrams shall be in accordance with ANSI Y14.15, Y32.2, Y32.14, and Y32.16. Abbreviations shall be in accordance with MIL-STD-12. The use of foldouts, foldups, and fold-downs is discouraged (see 3.8.2(d)).

3.7.2 Volumes. A single bound volume manual shall not exceed a 3-inch thickness. When the thickness exceeds 3-inches, Chapter 2 (types I and II) or chapter 4 (type III) shall be bound separately. When three or more volumes are required to maintain the 3-inch thickness limitation per volume, one or more additional chapters shall be bound separately in the following order:

(a) Installation.
(b) Parts list.
(c) General information and safety precautions.
(d) Scheduled maintenance.
(e) Corrective maintenance.

3.7.3 Distribution statements. The applicable distribution statement shall be included on the cover and title page (see 6.2 and 6.2.1).

3.7.4 References.

3.7.4.1 Referencing between diagrams. Referencing between diagrams shall be by figure number; sheet and zone numbers shall also be included for multi-sheet and zoned diagrams.

3.7.4.2 Text references. All illustrations shall be referenced in the text. References to illustrations shall be by figure number in accordance with MIL-M-38784. If the figure is located in another volume of the manual, reference shall also be made to the number of the volume. Where multiple sheet figures are referred to, the sheet number(s) involved, shall also be included, for example: "See figure 3-7, sheet 2."

3.7.4.3 Reference placement. References shall conform to the following:

(a) When a reference applies to one item within a sentence, place the reference parenthetically immediately after the item being referenced, for example: "The test set (figure 1-1) comprises a main panel (figure 1-2) and a power supply (figure 1-3)." When a reference applies to an entire sentence, place the reference at the end of the sentence; for example: "This characteristic causes the first portion of control movement to be less effective (see figure 6-3)." or show the reference in a complete sentence: "The procedure for making the adjustment is shown on figure 6-23."
(b) When reference applies to an entire paragraph or paragraphs, place the reference after the paragraph head, for example: "6-2 Simulation Diode Monitor (figure 6-56)."
(c) When reference is made to items in figures by reference designations, the numbers shall be indicated in the following manner: "The ON-OFF switch (1S8, figure 3-6) on the center console controls the TWT cooling."

3.7.4.4 Paragraph references. For single volume manuals, reference to text matter shall be by paragraph numbers only. For multi-volume manuals, reference shall be by volume number and paragraph number.

3.7.4.5 Zoning on diagrams. Diagrams containing the symbols for more than 100 parts shall be zoned. Diagrams shall be divided into equally spaced horizontal zones (ordinates) designated A, B, etc., from bottom to top along the outside left and right borders. Diagrams

shall be divided into equally spaced vertical zones (abscissa) designated 1, 2, 3, etc., from right to left along the outside top and bottom borders. The zone size shall be as needed to clearly locate referenced points. The location of all circuit elements by zones shall be included in a table located on the apron.

3.7.4.6 Reference to zones. In reference to zones, the numeral shall be listed first to avoid possible confusion with reference designations, for example: use "3C" instead of "C3."

3.7.5 Notes for diagrams. Notes on diagrams shall be confined to clear spaces of the image area. Notes for foldout diagrams, with the exception of installation control drawings, shall be placed on the apron. Notes shall be identified with the legends GENERAL NOTES and SPECIFIC NOTES, as applicable. General notes shall precede specific notes and shall be identified by capital letters (A, B, etc.). Specific notes shall be identified by arabic numerals (1, 2, etc.).

3.7.5.1 General notes. General notes shall apply to the entire diagram and shall appear only on the first sheet of multi-sheet diagrams. No reference shall be made to general notes from the diagram or from specific notes. Examples of general notes are: a warning that high voltage exists throughout the entire equipment, the general instructions for positioning switches, and a list of the test equipment needed to take measurements throughout the diagram.

3.7.5.2 Specific notes. Specific notes shall apply only to a specific item on the diagram. Specific notes shall be repeated on each sheet of a multiple sheet diagram to which they apply and it shall not be required to refer to a specific note on another sheet of a diagram.

3.7.5.3 Apron notes. Apron notes for foldout diagrams should be placed in a final size image area of 7 by 10 inches with a minimum letter height of 0.060 inch. Notes shall be arranged to make best use of the available space. When notes for a given diagram fold-out sheet require more than the 7 by 10 inch apron, the notes shall be extended with additional columns on the diagram image area if the space permits. If the space does not permit, single pages shall precede and shall contain the additional notes. When additional note sheets are required, the notes shall start on the first additional sheet and be printed as a right hand page; note pages may be printed on both sides. Foldout sheets shall not be used for running text. Each sheet of the diagram, including the note sheets, shall contain the figure number, title, and sheet number.

3.7.5.3.1 Multiple page notes. For multiple page note pages, applicable to illustrations, each note page if used shall be consecutively numbered front and back. Multiple note pages shall not be delineated as being part of (or sheet of ___) an overall notes page, but illustrations shall be delineated as being sheet ___ of ___ an overall illustration, as applicable. Notes shall precede the illustration or appear on the illustration apron, as applicable. Notes pages shall be of the single sheet type.

3.7.6 Foldout pages. All foldout illustrations shall be located at the rear of the chapter in which they occur, provided such location does not reduce the clarity of the text.

3.7.7 Running heads and feet. Complete running heads and feet shall be included on all pages of all volumes and parts (see figure 5).

3.7.7.1 Running heads.

3.7.7.1.1 Security classification. The security classification, including unclassified pages, of classified manuals shall be at the top and bottom center of each page and 8-1/2-inch segment of foldouts. Unclassified back-up pages of classified data will be marked with the security classification of the classified data and contain the following statement at the top: "The data for this page is unclassified."

3.7.7.1.2 Technical manual identification number. The command technical manual identification number, as assigned for each volume and part shall be at the top and bottom center of each page and 8-1/2-inch segment of foldouts. This number shall not be changed on change pages.

3.7.7.1.3 Inboard edge. The inboard edge should indicate the equipment or subject to which the manual applies. Appropriate abbreviations may be used.

3.7.7.1.4 Outboard edge. Significant information such as chapter, section or subject titles paragraph number or figure number can be used or added. Appropriate abbreviations may be used.

3.7.7.2 Running feet.

3.7.7.2.1 Page number. Page numbers shall be located at the outboard edge in accordance with MIL-M-38784.

3.7.7.2.2 Issue indicator. The word "ORIGINAL" shall be located at the inboard edge of all pages of basic manuals and superseding revisions. The change number and date shall be located at the inboard edge of change pages.

3.7.8 Paragraph numbering. Paragraph numbering for primary paragraphs shall be in accordance with MIL-M-38784, e.g. 1-1, 1-2. Decimal numbers shall be used for subparagraphs, e.g. 1-1, 1-1.1, 1-2, 1-2.1.

3.8 Production. Production of reproducible copy and the printed manual, unless otherwise specified in the contract or order, shall be prepared for conversion to microfiche with a minimum of reformatting and reorganization as follows:

(a) Foldout pages shall be divided so as to produce 8-inch final size image area segments.
(b) There shall be no drawing data, other than horizontal lines, placed closer than 1/8-inch from the image area limit and between segments.
(c) Lines shall not be vertically displaced during the transition from one image area to the next.
(d) Printer position marks appearing as bold crosses not less than 1/4-inch in height shall be located on clear space in the image area near the upper and lower borders so that they divide the printed image into a final size segment not more than 8 inches wide.
(e) Halftone artwork shall not be used without prior command approval.
(f) Each text reference to a figure, table, paragraph, etc., shall be followed by a bracketed blank of five spaces for future microfiche referencing. This requirement does not apply to references to material located on the same page.

3.8.1 Typography. Typography, unless otherwise specified (see 6.2), shall be as specified in MIL-M-38784 for double-column bookface type for both single and double-column page layout. Letters, lines, and symbols shall be of a uniform contrast throughout the technical manual. Blurred or smudged printing or dropout characters or lines shall be cause for rejection. All manuals shall meet the requirements for good reproduction to 24 X 98 frame microfiche in accordance with MIL-M-38748 and 35mm microfilming in accordance with MIL-M-9068 and MIL-M-9868/1. Typography for change pages shall conform as nearly as possible to the original manual. Preferred typography is specified in MIL-M-38784.

3.8.2 Illustrations. Illustrations shall conform to MIL-M-38784 and the following:

(a) Lettering. Final size lettering shall be a minimum of 0.060 inch.
(b) Line artwork. Line artwork shall be prepared with line weights of sufficient strength to reproduce a minimum final line weight (when reduced) of 0.01 inch. Final size line artwork shall be suitable for reduction to 24 X 98 frame microfiche in accordance with MIL-M-38748 and 35mm microfilm in accordance with MIL-M-9068 and MIL-M-9868/1.
(c) Identification of part symbols and piece part symbols. All part symbols and piece part symbols shall be identified by reference designations. In addition, all parts such as switches, controls, indicators, blowers, etc., shall be identified by name. All control panel markings relating to these parts shall have the name printed exactly as shown on the panel and enclosed in a rectangle.
(d) Illustrations exceeding one page width. Whenever possible, to reduce the number of foldouts to the essential minimum, illustrations shall be divided between facing pages and identified "figure ___ sheet 1 and sheet 2 respectively. When more than two pages are required, and except for such illustrations as schematic, wiring and logic diagrams where the use of the diagram would be adversely affected, additional sheets may be continued on immediately succeeding pages and similarly identified.

3.8.3 Paper stock for printed manuals. Paper stock for text pages and foldouts shall be in accordance with MIL-P-38790. Blank apron pages shall be limited in size to one page unit (normally 8-1/2 X 11 inches).

3.8.4 Cover and title page stock for printed manuals. Unless otherwise specified in the contract or order, covers of manuals shall be printed on cover stock JCP R10 (89) pound type) in accordance with MIL-P-38790. Information to be imprinted on the covers shall not be stamped in gold or other metal foil. Colors for covers are as follows:

Unclassified.................Blue
Confidential.................Green
Secret.......................Yellow
Top Secret...................Pink

Title pages shall be printed on JCP A-60 (100 pound type) white paper.

3.8.5 Binding. Binding of manuals shall be in accordance with MIL-P-38790. Manuals shall be prepared in loose-leaf form to facilitate the insertion of replacement pages. Unless otherwise specified in the contract or order, corrosion-resistant posts and screws or snap-ring metal prong fasteners shall be used. All metal parts shall be treated to resist corrosion. Manuals shall be punched or drilled in accordance with MIL-P-38790. Page sizes and punching or drilling for change pages shall be the same as for the original manual. Fillers shall be used to build up the binding edge to the same thickness as the right-hand edge of the manual.

3.8.6 Preliminary manuals (types I, II, III), service test equipment manuals (type IIS), and experimental equipment manuals (type IIX).

3.8.6.1 Typography. Except when it is more economical to the Government to supply a higher quality of typography, preliminary, and type IIS, and IIX manuals shall be typewritten (single-spaced). The copy shall be such that clear, readable reproductions may be obtained. Any method of duplication, as defined in NAVEXOS P-35, which will provide the necessary quantity of black and white legible copies will be acceptable. When the method of duplication permits, the manual pages shall be duplicated on both sides of the paper.

3.8.6.2 Layout. Layout shall conform to the requirements for final manuals except that horizontal folds are acceptable on foldout pages.

3.8.6.3 Illustrations. Illustrations should be prepared by the most economical method which will result in clear, legible illustrations when produced.

3.8.6.4 Paper and cover stock. Paper stock which is suitable for the intended use will be satisfactory for text and foldout pages. Cover stock satisfactory for the intended use is acceptable; however, the color shall conform to the requirements for final manuals (see 3.8.4).

3.8.6.5 Binding. Binding shall conform to the requirements for final manuals (see 3.8.4 and 3.8.5). Covers need not include any printed matter (except for the security classification which shall be either stamped or printed thereon) if suitable cut-out windows and back-up pages with identifying data are provided. In addition, the cover or the backup page under the window shall indicate "Preliminary Manual for...."

3.9 Applicability of manuals.

3.9.1 Identical manuals (types I and III). When a manual that is already available is applicable in its entirety to the equipment or system being procured, the applicability shall be extended to additional ships. However, the contractor shall issue a new approval and procurement record page (see 3.4.2.1.4). Such previously accepted technical publications when provided, shall be certified technically accurate, adequate, and current by the contractor with respect to the provisions of this contract.

3.9.2 Manual modifications. When an existing manual is applicable to an equipment being procured, except for minor differences, the contractor shall modify the manual to cover the differences by the issue of a permanent change or revision, as applicable, in accordance with 3.10. Changes to previously approved manuals shall generally be limited to those necessary to correct technical errors or omissions. The intent is that changes not be made solely to correct items of an editorial nature, however such items shall be corrected when they occur on a page or illustration which is otherwise required to be changed. When a book is changed such that it does not cover all equipment in the fleet, the manual shall not supersede the existing manual.

3.10 Changes and revisions. The changes and revisions shall correct all inaccuracies or omissions determined during usage or contractor generated design or production changes to the equipment or system, until expiration of the contractor's responsibility for the last equipment or system delivered. Where items being supplied are not identical, all changes shall be referenced to the serial number of the lowest level for which serial numbers are required (unit, assembly, printed circuit board).

3.10.1 Responsibility for changes or revisions to final manual. Contractors shall be responsible for issuing necessary corrections and changes to technical manuals throughout the life of the contract and guarantee period. The contractor shall supply either changes or revisions. Corrections shall begin not later than six months after distribution of the preliminary manual. They shall be made at least semiannually except for those which effect personnel safety or whose delay might hazard equipment through improper operation or maintenance. In the latter case, such corrections shall be prepared and promulgated as soon as the need is discovered. In the event no changes are required within such period, the contractor shall so advise the contracting officer, at the required time, in writing.

3.10.1.1 Changes. Changes to an existing manual shall be issued in the form of replacement pages as specified in MIL-M-38784. Upon application, change numbers (NAVSEA or NAVELEX numbers) will be assigned by the command or agency concerned (see 3.10.2 and 3.10.3).

3.10.1.2 Method. A change shall consist of revised pages and detailed instructions (instruction sheet) for inserting the pages into the manual. When the equipment nomenclature has been changed because of a production or field change to the equipment, the nomenclature references in the text and illustrations need not be modified merely to include the new nomenclature, providing that information equivalent to the following is included in the introduction of Chapter 1: "All references in the manual to Radar Set AN/SPS-40 apply equally to Radar Set AN/SPS-40A, unless otherwise indicated." If an equipment change does not affect the entire equipment population, the change shall be prepared in such a manner that the manual will describe both the affected and the unaffected equipment. The change shall clearly specify and identify the serial numbers of sets, units, assemblies, and subassemblies, as applicable, affected by the change. If the change applies to the entire equipment population, the change shall cover only the modified equipment and a note shall be included in the first paragraph of the instruction sheet to the effect that maintenance support activities should not dispose of the superseded pages until it can be established that all of the equipment population has been modified. Equipment holders should be instructed to update their publication when the modification has been accomplished.

3.10.1.3 Instruction sheets. A change shall include an instruction sheet (see figure 47), which provides instructions for inserting new and revised pages and disposing of superseded pages (see 3.10.2).

3.10.1.4 Issue information. Changed pages shall include the change number; backup pages not affected by the change shall include the existing issue information.

3.10.1.5 Production of changes. Changes shall be prepared in the same style, format, and specifications as the basic manual. Changes shall be inserted (by the contractor) into the manuals that are shipped with the equipment, after the changes are available.

3.10.2 Interim (temporary) changes. Information to amend, correct, or modify manuals may be supplied as an interim (temporary) change, when emergency, urgent or minor changes are necessary and there is insufficient time available to publish a permanent change prior to the need, or as specified in the contract or order. Interim changes shall normally be promulgated by Advance Change Notices (ACN). Interim changes are subject to replacement by a permanent change. An interim change shall be identified and dated; shall contain an instruction sheet (see 3.10.1.2 and figure 47). The instruction sheet shall include the following, as applicable:

(a) The publication number shall appear in the upper left-hand corner of each page. The interim change shall be identified with an ACN number (NAVSEA) or a "T" identification number (NAVELEX) (assigned by the procuring activity) and the publication number to which it applies, for example, ACN 1/4 to NAVSEA S9221-A4-MMI-010 or T4-NAVELEX 0967-0000-1234 would designate the fourth interim change.

(b) The total number of pages shall be indicated on the first page only.
(c) The security classification shall be located on all pages of all classified interim changes and shall appear at the top and bottom center. The word "UNCLASSIFIED" shall appear on top and bottom center of all unclassified pages of classified manuals.
(d) A statement shall be included indicating when the interim change is in effect. If it supersedes an earlier interim change or a permanent change, a statement of that fact should be given.
(e) If an equipment change is involved (field or production change), a statement shall be included indicating the purpose of the change and the extent (serial numbers or conditions of application) to which it applies to the equipment population.
(f) A list of revised pages (if any) issued as part of an interim change shall be included with instructions for inserting the new or revised pages for disposition of superseded material, and for correcting the title page and list of effective pages (see figure 49).
(g) Instructions shall be terse and clear; illustrations and diagrams corrected, as applicable; and specific data to be changed shall be set off in quotation marks.
(h) The instructions shall be followed by a statement that the interim change shall be inserted in the manual immediately under the front cover.
(i) Printed matter shall be arranged on the page so that all copy is readable when bound in the manual.
(j) Quantity and distribution shall be in accordance with 3.12.2.

3.10.3 Permanent changes. A permanent change shall include all corrections issued in previous interim changes (unless they have been covered in a previous permanent change) and in addition to all equipment changes required by the contract or order. The permanent change shall include an instruction sheet (see figure 50) prepared with the same requirements as for interim changes that includes step-by-step procedures for inserting the change into the manual. Change numbers shall be requested from the procuring activity when the manuscript is submitted for approval. It shall also include the following:

(a) A new cover and binding fasteners (for each volume affected) if the change includes too many pages to fit in the original cover.
(b) A revised title page including the original approval date of the publication and the approval date of the change. The NAVSEA or NAVELEX number for the change shall be inserted below the change number and date. The basic publication number appearing in the upper left-hand corner shall remain unchanged.
(c) A revised list of effective pages (see figure 46).
(d) Revised pages, table of contents, list of illustrations, list of tables, index, and content assurance pages, as applicable.
(e) If a publication consists of more than one volume, changes shall be prepared separately for each volume but shall be assigned the same change number.
(f) Parts lists may be corrected by means of supplementary parts lists which precede the parts list section (rather than by revising each applicable page) provided the supplementary lists do not exceed one-fifth the size of the main parts list. In subsequent changes, the supplementary list may be revised until it exceeds one-fifth the size of the main list. Should this percentage be exceeded, the parts list section shall be completely revised.

3.10.4 Revisions. A revision is a second or subsequent edition of a manual or volume of a manual which normally supersedes the preceding edition. A revision shall be supplied when the number of pages required to supply corrected and additional information for the manual is more than 25 percent of the total pages of the manual. Blank pages are not to be included as part of the basis for determination of the 25 percent figure. If the manual contains more than one separately bound volume, the 25 percent provision shall apply to each volume separately. Unless otherwise specified by the Government, when a revision is issued, the following supersedure notice shall be included on the title page: "This publication supersedes NAVSEA or NAVELEX (number) date (day, month, year)." Revisions shall conform to the contract requirements, MIL-M-38784, and this specification (see 3.4.1.5 and 6.5.13).

3.11 Approval and acceptance. All publications prepared by or for NAVSEA and NAVELEX shall be approved by the respective command, its field activities, or its representatives. Contractually deliverable items listed in 3.13 shall be submitted for approval in sufficient time (or as scheduled in the contract) to allow for an adequate review by the Government. Approved deliverable items will not be accepted by the Government until the contractor has complied with all conditions of approval.

3.11.1 Publication or change number. The contractor shall request a publication or change number from the Government approving activity when the review manuscript is submitted for approval.

3.11.2 Preliminary manuals.

| Type I | Types II and III |
|---|---|
| 3.11.2.1 Preliminary (review) manuals. Type I preliminary (review) manuals are required to be submitted for approval by NAVSEA or its field representatives before the final manuals are printed and distributed. If the final manuals are not available at the time the equipment is shipped, preliminary manuals, as approved, shall be shipped with the equipment to be used with the equipment until the final manuals are available (see 3.12.1). | 3.11.2.2 Preliminary manuals. When there is insufficient time (less than approximately six months) to permit approval by the command or agency concerned and still provide for the preparation and printing of final manuals to be shipped with the first equipment delivered, preliminary manuals shall be supplied with the equipment at no additional cost to the Government. Permission shall be obtained from the procuring activity for shipping the preliminary manual when any required data are missing. A review copy of the preliminary manual shall be submitted to the cognizant Government inspector for approval. Supplying preliminary manuals does not relieve the contractor from any contractual requirements pertaining to delivery of complete, adequate, and accurate final manuals.<br><br>3.11.2.3 Preliminary manuals, review copy of. The preliminary manual review copy shall be submitted (prior to shipment of the first equipment) to the Government inspector simultaneously with four copies of the manual to the command or agency concerned. Publications numbers and prelim manuals shall be requested from the approving activity. After authorization and the publication numbers are received, two copies of the preliminary manuals shall be packaged with each equipment.<br><br>3.11.2.4 Self-addressed post card. A self-addressed contractor-furnished post card containing information equivalent to the notice indicated below shall be attached to the title page of all preliminary manuals which accompany the equipment.<br><br>"IMPORTANT NOTICE: This is a preliminary manual for (insert nomenclature of equipment), publications (insert number). A copy of the FINAL manual will be forwarded direct to you when printed. Return this card IMMEDIATELY, indicating ship or shore activity and mailing address."<br><br>Copies of final manuals shall be forwarded by the contractor to activities that submit post cards before shipment of the final manuals to stock. When post cards are received by the contractor after shipment of the bulk stock quantity has been made, the cards shall be forwarded to the cognizant Government inspector with a request to forward the cards to the Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120. |

<u>*Ball, Rodney (WD Alfred)*</u>
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**ELEVEN OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- X by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio
Wanda D. Claudio