Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**TWELVE OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 20. Functional Signal Flow Diagram.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 21. Piping Diagram.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 22. Piping Diagram (Type I Manual).




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 23. Control Diagram.



Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 24. Power Distribution Diagram.



Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 25. Maintenance Schematic Diagram.

TEST DATA

GENERAL NOTES

A. Test Equipment Required

None

B. Equipment Legend

(1) Control-Monitor C-[illegible]/[illegible]-XX

(2) Distribution Box J-[illegible]/[illegible]-XX

C. Corrective Actions, Para. 4-[illegible], 4-[illegible]

D. Functional Descr., Para. 3-[illegible]

TEST SET-UP

CONTROL POSITION switch [illegible] - LOCAL

STANDBY ON switch [illegible] - pressed

SPECIFIC NOTES

TN1 SHIPS WATER ON indicator [illegible] lighted.

TN2 FLOW RATE meter [illegible] reads not less than [illegible] gpm.

WATER INTERLOCK TEST indicator [illegible] lights when the associated switch [illegible] is placed in all of the four monitor positions FIL, PLATE, GRID NO. 1, and GRID NO. 2.

TN3 After first calibrating RESISTIVITY meter [illegible] by holding CALIBRATE switch [illegible] in the CALIBRATE position while rotating INCREASE control [illegible] indicates [illegible], monitor the resistivity of the distilled water at the inlet and outlet of the demineralizer as outlined below.

| INLET-OUTLET Switch [illegible] Setting | RESISTIVITY Meter [illegible] Reading |
|---|---|
| INLET | Not to the right of the [illegible] point. |

TN4 Meter [illegible] indicates between [illegible] and [illegible] gpm.



Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 26. Piping Diagram (Type II, Manual).




FIGURE 27. Typical Detailed Logic Diagram in Mixed Logic Using Distinctive Shapes.




FIGURE 28. Timing Circuits Diagram.

XYZ ROUTINE - PROGRAM LISTING

| LOC | MEMORY CONTENTS | LABEL | ORD | ADR | MOD | CONSTANT | SCL | NOTES |
|---|---|---|---|---|---|---|---|---|
| 01443 | 000330700 | | FRS | 30700 | | | | |
| 01447 | 015101457 | | TMI | 01457 | | | | |
| 01453 | 034706277 | | TRA | 06277 | | | | |
| 01457 | 000077632 | | GET | 37632 | | | | |
| 01463 | 034706403 | | ORG | 06403 | | | | |
| | | | ORG | 06103 | | | | |
| 06103 | 001037632 | A1 | STO | TEMPR | 1 | | | SAVE INSERTED NUMBER |
| 06107 | 035106123 | | TMI | A3 | | | | /-/ NEGATIVE INSERT |
| 06113 | 014077763 | A2 | GET | ONE | | | | KEY FOR FIX RESET |
| 06117 | 035035357 | | STO | KTYPF | | | | TYPE OF RESET KEY |
| 05123 | 000077760 | A3 | GET | ZERO | | | | |
| 06127 | 035037633 | | STO | TEMPR | 2 | | | CLEAR RESET /NRS/ KEY |
| 06122 | 000077632 | | GET | TEMPR | 1 | | | |
| 06137 | 004706147 | | TRA | SUB 1 | | | | GO TO RESET NUMBER SUBROUTINE |
| 06143 | 000706327 | | TRA | A14 | | | | |
| 06137 | 055437634 | SUB 1 | STV* | TEMPR | 3 | | | ENTRANCE - RESET NUMBER SUBRTN |
| 06153 | 034313700 | A4 | PRS | 1 | | | | |
| 06157 | 035106243 | | IMI | RE13 | | | | CHECK LAST BCD BIT FOR SIGN |
| 06163 | 034313700 | A5 | PRS | 1 | | | | |
| 05167 | 035106213 | | TMI | **5 | | | | CHECK 2ND BCD BIT FOR SIGN |
| 06173 | 034333600 | A6 | FRS | 2 | | | | CHECK 3RD AND 4TH BITS |
| 06177 | 002206177 | | TMI | OUT | | | | |
| 06203 | 034077633 | A7 | GET | TEMPR | 2 | | | TEMPORARY RESET KEY |
| 06207 | 005737634 | | TRA | TEMPR | 3 | | | EXIT - RESET NUMBER SUBROUTINE |
| 06213 | 005077766 | A8 | EXT | MAXNO | | | | |
| 06217 | 034333600 | FRS | FRS | 2 | | | | CHECK 3RD AND 4TH BITS |
| 06223 | 002206277 | | TMI | OUT | | | | |
| 06227 | 044041030 | AO | GET | | | 020000000 | | KEY TO RESET 2 |
| 06233 | 005477633 | A10 | ADD | TEMPR | 2 | | | |
| 06237 | 005737344 | | TRA | TEMPR | 3 | | | EXIT - RESET NUMBER ROUTINE |
| 06243 | 034313700 | RE13 | PRS | | | | | |
| 06247 | 035106303 | | TMI | RE3 | | | | CHECK 2ND BIT FOR SIGN |
| 06253 | 034077766 | A11 | EXT | MAXNO | | | | |
| 06257 | 034333600 | | FRS | 2 | | | | CHECK 3RD AND 4TH BITS |
| 06263 | 001106277 | | TMI | OUT | | | | |
| 06267 | 034077762 | A12 | GET | HALF | | | | KEY TO RESET 1 |

FIGURE 29. Coding Instruction Sheet.




FIGURE 30. Fault Logic Diagram.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements.

FIGURE 31. Troubleshooting-Maintenance Dependency Matrix Chart.

| Figure and Index Number | Description | Qty. | Fed. Mfg. Code | Mfg. Part No. |
|---|---|---|---|---|
| 6-1 | Bearing - Inner | 1 | 80648 | B2212 |
| -2 | Ring, Retainer MS 9013 | 1 | 80756 | RS-216 |
| -3 | Plug, Drain MS 9015 | 1 | 45681 | 8P5N-S |
| -4 | Hydraulic Motor - ASD | 1 | 16954 | M15-17998 |
| -5 | "O" Ring MS-28775-234 | 4 | | |
| -6 | Hex Hd Capscrew (Special) 1-8Nc x 3-3/4, Grade 5, MS 90725-237 | 4 | | |
| -7 | Spring, Heavy Duty, 1-1/2 O.D. x 3/4 I.D. x 12" LG | 1 | 15840 | 9-2448-26 |

FIGURE 32. Parts List Table (Type I Manual).

TABLE ZZ. RADAR SET AN/SPS-XX, PARTS LIST
Amplifier-Oscillator Group OA-2815/SPS-XX (Unit 2)

| Reference Designation | Notes | Name and Description | Figure Number (Item) |
|---|---|---|---|
| 2 | | AMPLIFIER-OSCILLATOR GROUP OA-2815/ SPS-XX: Provides drive power for AN/SPS-XX final stage, made in three cabinets which can be separated; mfr 89661, part no. 478D-800G02. | 1-1 |
| 2AT1 | 1 | ATTENUATOR, FIXED: 50 ohms, 1 watt, bnc type connector; mfr 91578, type RT3-M-51. (Attaching Parts) B (1), T (4) | 6-119(17) |
| 2B1 | | FAN, CENTRIFUGAL: Cw rotation, 3 o'clock blast, aluminum case, 6-13/32 in. long, 6-7/16 in. w; mfr 82877, type DRFPKS406, 89661, dwg 331C158H03. (Attaching Parts) L(8), T(8), X(8) | 6-119(42) |
| 2C1 thru 2C8 | | CAPACITOR, FIXED, PAPER DIELECTRIC: 0.01 $\mu$F ± 10%, 600 Vdc working; mfr 56289, part no. 102P15, 89661, dwg 54B7098H07. | 6-119 |

FIGURE 33. Parts List Table (Type II Manual).



| Index No | Zone | Part Number | Qty | *Reference Designation |
|---|---|---|---|---|
| 1 | 3B | Commutator Cover | ... | MP3 |
| 2 | 3C | Socket-Head Capscrew | 8 | MP18 |
| 3 | 2D | Wiper | ... | MP17 |
| 4 | -- | Not Used | | -- |
| 5 | 1A | Commutator Shaft | ... | MP13 |
| 6 | 3C | Hex Nut | 2 | MP8 |
| 7 | 3C | Washer | ... | MP19 |
| 8 | 1A | Key | ... | MP14 |
| 9 | 3C | Socket-Head Capscrew | 4 | MP20 |
| 10** | 1C | Brush | 2 | MP9 |
| 11** | 1C | Brush | 4 | MP11 |
| 12** | 2D | Brush | 8 | MP10 |
| 13 | 2D | Wiper Spacer | ... | MP16 |
| 14 | 1A | Bearing Cap | -- | MP12 |
| 15 | 2D | Commutator Hub | ... | MP2 |
| 16 | 2A | Ball Bearing | ... | MP4 |
| 17, 18 | 2A | Bearing Spacer Assembly | ... | MP15 |
| 19 | 2A | Ball Bearing | ... | MP4 |
| 20 | 2D | Insulator | ... | MP21 |
| 21 | 3D | Printed Circuit | ... | MP22 |
| 22 | 2D | Rear Cover | ... | MP23 |
| 23 | 1D | Flat-Head Screw | 3 | MP24 |

* Reference Designation Prefix is 12A17A1A1 unless otherwise stated

**Items to be segregated when removed for replacement at reassembly Refer to Parts List for procurement information

Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data normally appears on an apron.

FIGURE 34. Exploded view.



PARTS LOCATION INDEX

ASSEMBLY 1A3A1

| REFERENCE DESIGNATION | LOCATION | REFERENCE DESIGNATION | LOCATION |
|---|---|---|---|
| C1 | 4-B | P1 | 8-E |
| C2 | 5-B | | |
| C3 | 5-B | Q1 | 6-E |
| C4 | 4-C | Q2 | 7-F |
| C5 | 8-E | | |
| C6 | 8-E | R1 | 7-B |
| C7 | 6-D | R2 | 8-C |
| C8 | 8-F | R3 | 5-C |
| C9 | 7-F | R4 | 6-C |
| C10 | 8-F | R5 | 6-E |
| C11 | 8-C | R6 | 5-E |
| C12 | 7-C | R7 | 5-E |
| C13 | 7-C | R8 | 3-D |
| C14 | 7-D | R9 | 1-E |
| C15 | 8-E | R10 | 4-E |
| | | R11 | 7-E |
| CR1 | 6-D | R12 | 6-D |
| CR2 | 6-D | R13 | 7-E |
| CR3 | 8-E | R14 | 7-D |
| CR4 | 8-C | R15 | 7-D |
| CR5 | 7-D | R16 | 6-D |
| DS1 | 3-F | T1 | 4-B |
| IC1 | 3-C | XF1 | 4-E |
| IC2 | 8-D | XF2 | 4-D |
| | | XF3 | 4-F |
| J1 | 3-B | | |
| L1 | 4-F | | |

— — — — COMPONENT SIDE

- - - - - BACK SIDL

Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 35. Engineering Drawing.

<u>*Ball, Rodney (WD Alfred)*</u>
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**TWELVE OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- **X** by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio (signature)
Wanda D. Claudio