Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>USDC Case No. 07-CV-2392-W-POR<br><br>San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**THIRTEEN OF FIFTEEN**)<br><br>Date: February 19, 2008<br>Time: 10:30 a.m.<br>Dept. D-7<br>Judge: Hon. Thomas J. Whelan |

USER ACTIVITY TECHNICAL MANUAL COMMENT SHEET

Title ______________________

NAVELEX NO. ______________________

VOLUME NO. ______________________

(Fold on dotted line on reverse side, staple, and mail to:

NAVAL ELECTRONIC SYSTEMS COMMAND

PROBLEM, QUESTION, SUGGESTION, COMMENT:

NOTE Both sides of this form shall be reproduced locally to size of manual as required.

NAME ______________________

RANK/RATE/TITLE ______________________

MAILING ADDRESS ______________________

______________________

______________________

4A. Front.

FIGURE 4. User Activity Technical Manual Comment Sheet.

FOLD

Department of the Navy
Naval Electronics Systems Command
Washington, DC 20360

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

POSTAGE AND FEES PAID

U.S. MAIL

Commander
Naval Electronic Systems Command
Training and Publications Management Office
P.O. Box 80337
San Diego, CA 92138

FOLD

4B. Back.

FIGURE 4. User Activity Technical Manual Comment Sheet.

General Information
Figure 1-1

SECURITY CLASSIFICATION

NAVSEA SE211-FX-010/SPS-X

Radar Set
AN/SPS-XXX




Figure 1-1. Radar Set AN/XXX-1, Relationship of Units

blank/1-0 SECURITY CLASSIFICATION ORIGINAL

NOTE: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements.

FIGURE 5. Equipment Illustration Showing Relationship of All Units.




1. *PHONE BUZZ* buzzer
2. POWER INTERLOCKS lamp
3. POWER switch
4. STDBY lamp
5. READY lamp
6. TEST lamp
7. CW ILLUMINATOR INTERLOCKS lamp
8. RF POWER DRIVE lamp
9. RF POWER meter
10. RF POWER RADIATED lamp
11. DEVIATION meter
12. DEVIATION switch
13. FM NOISE ALARM lamp
14. NME RESET button
15. AM NOISE ALARM lamp
16. ILLUMINATOR STATUS NO GO lamp
17. RADIATE OFF button
18. ILLUMINATOR STATUS MARGINAL lamp
19. RADIATE lamp
20. HT MODE lamp
21. RADIATE ON button
22. ILLUMINATOR STATUS FAULT lamp
23. DIRECTOR LOUVERS switch
24. DIRECTOR LOUVERS OPEN lamp

FIGURE 6. Equipment Controls and Indicators.

Training Summary for the Ingersoll-Rand
Model NA 13.5 CFH, 4500 PSI High Pressure
Air Compressor (HPAC) Log Forms
for Use on SSBN627, Class

The following summary discusses selected values on the Air Compressor Log forms which is of concern to an operator. It will be noted on the log forms that some values outside the listed ranges need not be circled. These values are shown in Black and may be either the upper or lower value shown for that particular range. The values which are recorded on the log form which fall outside the normal range Red values are of concern and must be circled. The Red values are the significant values and values circuled on the log forms will show that a potential problem area is developing or has already developed.

TEMP CIRC WATER OUT - Values lower than the 95°F given for the normal range of the circulating water out temperature need not be circled. This value is dependent on the "circulating water" in temperatures which are recorded elsewhere on the new log form.

PRESSURE 4th STAGE - The lower value shutdown is given for this stage as it is an indication that back pressure regulating values in the air dryers are not functioning properly (see TECH MANUAL for H. P. Dehydrator and Filters - NAVSEA S6228-AB-MMA-000/NA, paragraph 1-3-4 and page 1-5). This value provides the required pressure for proper functioning of the ships air dryers. Operation of the air dryers at pressures lower than 4300 psi can cause saturation of the desiccant with subsequent breakdown desiccant carryover and permit saturated air to be sent to the air banks.

The normal range values for the 4th stage were selected in the following manner:

a) Lower range values - 4300 psi - this value is required again for proper operation of the air dryers.

b) Higher range value - 4800 psi - values this high may be required to charge the air banks to 4500 psi.

TEMP 1st STAGE SUCT - Values outside the listed normal range need not be circled as the operator has little or no control over the compartment air temperature. Values outside the normal range will not adversely affect compressor operation.

INTERSTAGE LOWER VALUE TEMP VALUES - Temperature values below the listed lower normal range for the various stages within the compressor need not be circled as these are a function of the circulating water inlet temperature and this value is recorded elsewhere on the log form. In addition these values are not normally an indication of problems developing within the compressor.

FIGURE 7. Sample Log Form Training Summary.

## HIGH PRESSURE AIR COMPRESSOR

COMPRESSOR NUMBER ________

USS ______________________ (HULL)      DATE ______________

| | SHUTDOWN | | NORM ** | | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPAC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP CIRC WATER OUT | 130^a | | 90 | 110 | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESS 1st STAGE | 83^b | 60 | 62 | 58 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2nd STAGE | 300^b | | 280 | 320 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3rd STAGE | 1370^b | | 875 | 1225 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4th STAGE | ABOVE 4100^b BELOW 4350^c | 4300 | 4500 | 4600 | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP 1st STAGE SUCTION | | | 80-110 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1st STAGE DISCHARGE | 430^d | | 325 | 365 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2nd STAGE SUCTION | | | | 115 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2nd STAGE DISCHARGE | 430^d | | 315 | 345 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3rd STAGE SUCTION | | | 90 | 115 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3rd STAGE DISCHARGE | 430^d | | 330 | 365 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4th STAGE SUCTION | | | 85 | 115 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4th STAGE DISCHARGE | 430^d | | 370 | 410 | | | | | | | | | | | | | | | | | | | | | | | | |
| FINAL DISCHARGE | | | 85 | 125 | | | | | | | | | | | | | | | | | | | | | | | | |
| FRAME OIL PRESS | BELOW 12^a ABOVE 40^f | | 18 | 38 | | | | | | | | | | | | | | | | | | | | | | | | |
| LEVEL LO SUMP | | AT FULLMARK | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP LO SUMP | | | 85-120 | | | | | | | | | | | | | | | | | | | | | | | | | |
| LO LUBRICATORS LOWER SIGHT GLASS LEVEL | | MAINTAIN ABOVE ½ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIRC WATER PUMP DISCH PRESS | BELOW 10^i | 20 | 40 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP CIRC WATER IN | | | 75 | 85 | | | | | | | | | | | | | | | | | | | | | | | | |
| LUBRICATOR FLOW RATE EACH GLASS | ABOVE 3^g BELOW 1^h | 1 | DROPS/ | | | | | | | | | | | | | | | | | | | | | | | | | |

- * CIRCLE LOG VALUES WHICH ARE OUTSIDE NORMAL RANGE
- ** SHIPS WITH ENGINE ROOM AFR COOLING SYSTEM MEASURE TEMPERATURE ON DOWN STEAM SIDE OF THERMO CONTROL VALVE IF EXISTS
- a WILL SHUT DOWN AUTOMATICALLY.
- b RELIEF VALVE LIFTS
- c WILL CAUSE WET AIR TO BE SUPPLIED TO BANKS RESET BACKPRESSURE CONTROL VALVE
- d WILL SHUT DOWN AUTOMATICALLY EXPLOSION MAY OCCUR AT HIGHER TEMPERATURE
- e INADEQUATE LUBRICATION, WILL SHUT DOWN AUTOMATICALLY.
- f LUBE OIL BLOCKAGE, MANUAL SHUTDOWN REQUIRED
- g WILL CAUSE EXCESS CARBON
- h INADEQUATE LUBRICATION
- i MANUAL SHUTDOWN REQUIRED (FOR PROBLEMS SEE TECH MANUAL TABLE 4-2-1, SHEET 3)

TIME METER READINGS*

AT 24 00 ________

AT 00 00 ________

HOURS TODAY [ ]

*WHEN METER INSTALLED ________

FOR INGERSOLL-RAND MODEL NA 13.5 CFH, 4500 PSI AIR COMPRESSOR

CSS-14 HPAC LOG
REV 1

AS 34 0181 LF L34 5100

FIGURE 8. Air compressor log form.

3-1. FORK ASSEMBLY. (Figure 3-1). The 48-inch long side reach forks are connected to the fork carriage. The fork carriage moves up and down by roller chains driven by a hydraulic cylinder and piston. The fork carriage is roller-mounted to the inner mast assembly. Rollers mounted on inner mast move in channels which make up the outer mast assembly. As the fork carriage moves up, the top of the hydraulic piston assembly comes in contact with the inner mast. If the hydraulic piston moves up more, it lifts the inner mast along with the fork carriage. Forks can be raised from deck level to 60 inches above the deck by moving the fork carriage.




Figure 3-1. 4-D Fork Truck Fork Assembly



FIGURE 9. Major Parts of Component or Equipment.

3-5. INTERACTION OF PARTS. (Figure 3-5). The steering mechanisms for the 4-D fork truck is used for direction changes and normal turns when the truck is in motion. The mechanisms provide steering control, an electronic system, and four steering motors connected to the wheel assemblies by chain drives. Moving the steering control causes the electronic system to guide each steering motor to move. As all four wheels are used to steer the truck, the wheels do not all turn in the same direction. The electronic steering system guides each wheel to move in the right amount and direction for the turn. The steering motors are also used to swing the wheels for 90-degree changes in direction when the 4-D fork truck is lifted on the jacks for a 90-degree turn.




Figure 3-5. 4-D Fork Truck Steering Motor



FIGURE 10. Interaction of Major Parts.

3-12. SERVO VALVE (See figure 3-12). The servo valve gets mechanical signals from the winch control lever in the FAST control station. If the control lever is moved to the PAY OUT position, the servo valve gets the signal and positions the pump yoke to send pressure to the hydraulic motor to turn the winch drum in the PAY OUT direction. If the servo valve gets a signal to HAUL IN, the pump yoke is positioned so that the winch drum is turned to HAUL IN.




Figure 3-12. The Inhaul/Outhaul Winch Servo Valve.



FIGURE 11. Functional Description Diagram.

3-10. HOW THE RAM TENSIONER WORKS (See figure 3-10). When the ram tensioner piston has traveled to the top, the accumulator piston is at the bottom of the accumulator cylinder. When this occurs, the highline is slack.




As the highline is tightened by the highline winch, the piston is forced down, forcing fluid out of the ram cylinder into the accumulator. The return of the hydraulic fluid causes the piston in the accumulator to rise, forcing the air back into the air supply source.




Figure 3-10. How the Ram Tensioner Works.



FIGURE 12. Equipment Inner Operation.




FIGURE 13. Overall functional block diagram.




FIGURE 14. Functional Block Diagram.




Note: Sample arrangement only. Size and legibility do no necessarily conform to minimum specification requirements.

FIGURE 15. Mechanical Schematic Diagram.

TABLE ZZ. TROUBLESHOOTING INDEX RADIO SETS AN/SRC-XX AND AN/SRC-XX

| FUNCTIONAL AREA | TROUBLE SHOOTING PARAGRAPH | TROUBLE SHOOTING DIAGRAM | FUNCTIONAL DESCRIPTION PARAGRAPH | ALIGNMENT/ ADJUST PARAGRAPH |
|---|---|---|---|---|
| AC Power | 5-3 | 5-8 | 3-9a | 6-105, 6-106 |
| DC Power | 5-4 | 5-19 | 3-9b | 6-107 through 6-110, 6-127 |
| Keying | 5-5 | 5-24 | 3-13 | 6-22 |
| Receive RF | 5-8 | 5-1 | 3-4 | 6-112 through 6-115 |
| System Channel and Frequency Selection | 5-9 | 5-16 | 3-10, 3-12 | 6-121 |

FIGURE 16. Troubleshooting Index.

TABLE ZZ. RELAY INDEX

| REFERENCE DESIGNATION | FUNCTIONAL NAME | ENERGIZING VOLTAGE | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|
| 6A4K9 | HV Door Interlock | 115 Vac | 5-21 |
| 6A4K10 | Cabinet Interlock | 28 Vdc | 5-22 |
| 6A4K11 | Buzzer Relay | 28 Vdc | 5-22 |

TABLE ZZ. INDICATOR LAMP INDEX

| REFERENCE DESIGNATION | FUNCTIONAL NAME | ENERGIZING VOLTAGE | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|
| 9A8DS15 | HV INTERLOCK CONFIDENCE-VSWR TRIP-OUT | 28 Vdc | 5-22 |
| 9A8DS16 | HV INTERLOCK CONFIDENCE-HVPS | 28 Vdc | 5-22 |

TABLE ZZ. CIRCUIT BREAKER AND FUSE INDEX

| REFERENCE DESIGNATION | FRONT PANEL MARKING | RATING | | CIRCUIT PROTECTED | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|---|---|
| | | VOLTS | AMPS | | |
| 9A8F1 | KLYSTRON FILAMENT FUSE ALARM 5 AMP | 250 | 5 | Klystron filament control circuit and filament transformer 9A1T106. | 5-32 |
| 14A2F1 | CONTROL | 125 | 3 | Voltage sensor bridge power supply consisting diodes 13A2CR1 through CR4. | 5-2 |

FIGURE 17. Relay, Lamp and Protective Device Indexes.

TROUBLE ANALYSIS CHART

This chart is a partial chart for a propulsion steam turbine and is considered typical. When incorrect operation is observed, it is often possible to reduce the overall servicing time by studying all the symptoms and applying the following TROUBLE ANALYSIS CHARTS:

| CHART 5-1 | LUBE OIL SYSTEM TROUBLES | | |
|---|---|---|---|
| SYMPTOMS | IMMEDIATE ACTION | PROBABLE CAUSE | REMEDY |
| 1. Low-lube alarm sounds. | 1. Stop the shaft and engage shaft lock. | 1. Lube-oil pump shut down. (pump or cut-in switch failure). | 1. Check the system to determine the cause, and then correct. |
| 2. Loss of lube-oil pressure. | 2. Start standby lube-oil pump. | 2. Broken pipe. | 2. Locate and repair any leaks. |
| | | 3. Clogged strainer. | 3. Shift duplex oil strainers. |
| | | 4. Insufficient oil in system. | 4. Check oil level: replenish as necessary. |
| | | 5. Alarm setting incorrect. | 5. Reset alarm to correct value. |
| CHART 5-2 | BEARING TROUBLES | | |
| 1. High bearing temperature/hot bearing. | 1. Slow down and keep turning to avoid freezing babbitt to shaft while bearing & journal cool. Then stop and replace bearing. | 1. Foreign matter present, or local loss of oil. | 1. Inspect turbine bearings and accessible reduction gear bearings. Take bearing-wear measurements. |
| 2. Wiped bearing. | | | 2. Inspect oil strainers for babbitt particles. |
| | | | 3. Replace bearings as required. |
| | | | 4. If several bearings are wiped, do not resume operation until complete inspection and repair have been made. |

FIGURE 18. Sample Trouble Analysis Chart (Type I Manuals).

TABLE 22. MAINTENANCE TURN-ON PROCEDURE

| STEP | OBSERVE | REFERENCE |
|---|---|---|
| 1. Preliminary Procedure. | | |
| a. Position the following switches on rear deck assembly 1A210A1 as indicated.<br><br>Switch — Position<br>POWER — OFF<br>BATTLE SHORT — OFF<br>STOW — BRAKES APPLY | | |
| b. Position POWER switch on console, 1A220A20 (see figure 5-2) to OFF. | | |
| c. Check to ensure that all chassis or subassemblies in the four compartments of electronic rack assembly, 1A70 are in the retracted position and all covers are secured. | Covers Secured | |
| d. Remove all obstructions from the rotational paths of the director main antenna assembly. | Director Clear | |
| 2. Power Off. | | |
| a. At power control panel perform the following. | | |
| (1) Check convenience lamp indicators. | Lighted | Schematic, figure 5-233 |
| e. At track meter panel, 1A340-02, check COOLANT FAILURES lamp. | Extinguished (Depress RESET button if lamp is lighted) | Relay diagram, figure 5-77, SH 4(4B) |

FIGURE 19. Maintenance Turn-on Procedure.

*Ball, Rodney (WD Alfred)*
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**THIRTEEN OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.
- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.
- X by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio
Wanda D. Claudio