Edward R. Hugo [Bar No. 124839]
Gregory S. Rosse [Bar No. 157965]
Thomas J. Moses [Bar No. 197245]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual;

Plaintiff(s),

vs.

UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,

Defendants.

(ASBESTOS)

USDC Case No. 07-CV-2392-W-POR

San Diego Superior Court Case No. 37-2007-00081444-CU-PO-CTL

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**FOURTEEN OF FIFTEEN**)

Date: February 19, 2008
Time: 10:30 a.m.
Dept. D-7
Judge: Hon. Thomas J. Whelan




FIGURE 36. Photograph.

RADIO RECEIVER R-XXX/URR

NAVSEA

INSTALLATION STANDARDS SUMMARY

Input Voltage________________Vac
Input Frequency______________Hz
(When reference standard tests are made)

Date________________
Serial Number________________
of Model________________
Installed in (ship or station)
________________
Length of transmission line
________________

Record on this summary sheet the test indications which have been obtained during the installation verification test.

| Paragraph No. | Ref. Std. | | Paragraph No. | Ref. Std. | |
|---|---|---|---|---|---|
| 8-10 | a.________ | Check | 8-46 | a.________ | µV |
| | | | | b.________ | µV |
| 8-21 | a.________ | Vdc | | c.________ | Check |
| | b.________ | Vdc | | d.________ | µV |
| | c.________ | Vdc | | e.________ | µV |
| | d.________ | Vdc | | f.________ | µV |
| | | | 8-51 | a.________ | Sec |
| 8-33 | a.________ | Check | | b.________ | Check |
| | b.________ | Check | | c.________ | Check |
| | c.________ | Check | | d.________ | Hz |
| | d.________ | Check | | e.________ | Hz |
| | | | | f.________ | Check |
| | | | | g.________ | Check |

NOTE: This sheet may be reproduced locally to size of manual page.

FIGURE 37. Installation Standards Summary Sheet.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data appears on an apron.

FIGURE 16. System Block Diagram Interface Documentation.



Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements. Supplementary data normally appears on an apron.

FIGURE 39. System Compartments.




FIGURE 40. Compartment Area.




FIGURE 41. Conditions of Readiness, General Quarters Conditions.




FIGURE 42. Operational Sequence.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements.

FIGURE 43. System Illustration Showing Interfaces.




Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements.

FIGURE 44. System Functional Block Diagram.



Note: Sample arrangement only. Size and legibility do not necessarily conform to minimum specification requirements.

FIGURE 45. First Level Fu cti . Description Electronic System.




FIGURE 46. Electrical/Mechanical First Level Functional Description Diagram.




FIGURE 47. Second Level Functional Description Diagram f
Electrical/Mechanical System.

TABLE ZZ. Operation-based symptom fault directory.

| Operating Procedure Step | Functional Description | FIP | Alinement Procedure | Fault Isolation Diagrams | Equipment Document |
|---|---|---|---|---|---|
| Normal Operating Mode - Paragraph 4- 5 | | | | | |
| List the step numbers associated with the fault indications | Noun or Symbolic name of function being monitored | Fault isolation procedure contained in chapter 7 | Applicable alinement procedure and paragraph number required to restore normal operation | List associated fault isolation diagram | Reference to applicable equipment technical manual number and other TM reference if available |
| (Example) 4-3. R dial | dCR | Figure 7-1 Para 7-68 | Para - 8-4 | Figure 7-38 Sheet 2 | NAVSEA 0000 Chapter 4 |
| Next Operating Mode - Paragraph 4- 6 | | | | | |
| (CONTINUE INFORMATION AS ABOVE) | | | | | |

FIGURE 48. Operation-based symptom fault directory.

TABLE ZZ. List of effective pages (showing changes).

| PAGE NUMBERS | CHANGE IN EFFECT | PAGE NUMBERS | CHANGE IN EFFECT |
|---|---|---|---|
| Title Page | 2 | 3-6B | 1 |
| A | 2 | 3-7 & 3-8 | Orig |
| B & C | Orig | 4-1 thru 4-4 | Orig |
| i | 2 | 4-4A | 2 |
| ii thru vii | Orig | 5-1 thru 5-18 | Orig |
| 1-0 thru 1-5 | Orig | 5-18A | 1 |
| 2-0 thru 2-17 | Orig | 6-0 thru 6-20 | Orig |
| 3-0 thru 3-6 | Orig | 7-1 thru 7-4 | 1 |
| 3-6A | 2 | i-1 thru i-3 | 2 |

FIGURE 49. List of effective pages.

UNCLASSIFIED

Interim Change T-1 NAVELEX 0967-LP-173-6011

INSTRUCTION SHEET

Interim Change T-1 to Technical Manual for Teletypewriter Set AN/UGC-16 NAVELEX 0967-LP-173-6011 (formerly NAVSHIPS 94104)

General Instructions:

This interim change revises the manual to reflect the equipment changes made by Field Change 5-AN/UGC-16. When this change is included in the manual, the manual shall cover the equipment as though Field Change 5, NAVELEX 0967-LP-173-6050, has been accomplished on the equipment. This change does not supersede any other changes or corrections.

Maintenance support activities shall make this change in the technical manual immediately but shall keep the superseded data intact for support of equipments that have not been modified.

Holders of equipment accompanied by technical manuals shall not make this change in the manual until accomplishment of the field change referenced above.

Insert this interim change in the manual immediately after the front cover preceding the title page, prior changes, or interim corrections in effect.

Specific Instructions:

1. Remove the following pages and insert the corrected T-1 pages:

| REMOVE | INSERT |
|---|---|
| 8-16 | 8-16 T-1 |
| 8-18 | 8-18 T-1 |

2. Add the following page:

Insert 6-2A between pages 6-2 and 6-3.

DATED: 1 July 1978

UNCLASSIFIED

FIGURE 50. Sample of an Instruction Sheet to be Used with Interim (Temporary) and Permanent Changes.

CONTRACTOR'S CHECK LIST FOR MANUSCRIPTS OF TECHNICAL MANUALS
TYPE II, TYPE IIS, AND TYPE IIX MANUALS

EQUIPMENT ____________ SUBMITTAL DATE ____________

NOMENCLATURE ____________ SECURITY CLASSIFICATION ____________

CONTRACT NO ____________ NAVSEA NO ____________

CONTRACTOR ____________ TYPE MANUAL ____________

PRELIMINARY ☐ BASIC ☐

PERMANENT CHANGE ☐ COMPLETE REVISION ☐
TEMPORARY CHANGE ☐ UPDATED REVISION ☐

PUBLICATION SPECIFICATIONS ____________

| | YES ( ) | NO ( ) | NOT APPL ( ) |
|---|---|---|---|
| 1. The manuscript consists of the following subdivisions in the order indicated: | | | |
| Cover | ( ) | ( ) | ( ) |
| Front Matter | ( ) | ( ) | ( ) |
| Chapter 1 General Information | ( ) | ( ) | ( ) |
| Chapter 2 Operation | ( ) | ( ) | ( ) |
| Chapter 3 Functional Description | ( ) | ( ) | ( ) |
| Chapter 4 Scheduled Maintenance | ( ) | ( ) | ( ) |
| Chapter 5 Troubleshooting | ( ) | ( ) | ( ) |
| Chapter 6 Corrective Maintenance | ( ) | ( ) | ( ) |
| Chapter 7 Parts List | ( ) | ( ) | ( ) |
| Chapter 8 Installation | ( ) | ( ) | ( ) |
| Index | ( ) | ( ) | ( ) |
| Appendixes, as applicable | ( ) | ( ) | ( ) |
| User activity comment sheets | ( ) | ( ) | ( ) |
| 2. Front Matter | | | |
| Content and format conform | ( ) | ( ) | ( ) |
| Cover and Title Page | ( ) | ( ) | ( ) |
| List of Effective Pages | ( ) | ( ) | ( ) |

1 (of 5 pages)

FIGURE 51. Certification Check-off List (Types II, IIS and IIX Manuals).

TYPE II, TYPE IIS, AND TYPE IIX (Cont)

| | | YES | NO | NOT APPL |
|---|---|---|---|---|
| | Change Record | ( ) | ( ) | ( ) |
| | Content and Assurance Pages | ( ) | ( ) | ( ) |
| | Table of Contents | ( ) | ( ) | ( ) |
| | List of Illustrations | ( ) | ( ) | ( ) |
| | List of Tables | ( ) | ( ) | ( ) |
| 3. | Chapter I - General Information | | | |
| | Purpose and scope of manual | ( ) | ( ) | ( ) |
| | Meanings of abbreviations and symbols | ( ) | ( ) | ( ) |
| | Warranty/guarantee information | ( ) | ( ) | ( ) |
| | Supersedure data | ( ) | ( ) | ( ) |
| | Interface relationships of technical manual to other publications | ( ) | ( ) | ( ) |
| | Interface relationships of equipments to other equipments | ( ) | ( ) | ( ) |
| | Equipment description | ( ) | ( ) | ( ) |
| | Table defining differences in equipment configuration | ( ) | ( ) | ( ) |
| | Equipment illustration showing relationship of units | ( ) | ( ) | ( ) |
| | Reference data | ( ) | ( ) | ( ) |
| | Tables: | ( ) | ( ) | ( ) |
| | Equipment | ( ) | ( ) | ( ) |
| | Equipment and publications required but not supplied | ( ) | ( ) | ( ) |
| | Field changes and factory changes | ( ) | ( ) | ( ) |
| | Equipment similarities | ( ) | ( ) | ( ) |
| 4. | Chapter 2 - Operation | | | |
| | Introduction description of operator's relationship to equipment | ( ) | ( ) | ( ) |
| | Description of controls, indicators, protective devices, and jacks | ( ) | ( ) | ( ) |
| | Operating procedures: | ( ) | ( ) | ( ) |
| | Operator's turn-on | ( ) | ( ) | ( ) |
| | Modes of operation | ( ) | ( ) | ( ) |
| | Operation under interfering conditions | ( ) | ( ) | ( ) |

2 (of 5 pages)

FIGURE 51. Certification Check-off List (Types II, IIS, and IIX Manuals) (Sheet 2 of 5).

TYPE II, TYPE IIS, AND TYPE IIX (Cont)

| | YES | NO | NOT APPL |
|---|---|---|---|
| Emergency operation and turn-off | ( ) | ( ) | ( ) |
| Safety requirements | ( ) | ( ) | ( ) |
| Operating checks and adjustments | ( ) | ( ) | ( ) |
| 5. Chapter 3 - Functional Description | | | |
| Detailed analysis of details of operation | ( ) | ( ) | ( ) |
| Development of equipment outputs in each mode of operation | ( ) | ( ) | ( ) |
| Level 1 (over-all) description including over-all block diagram | ( ) | ( ) | ( ) |
| Level 2 (major functional level) including functional block diagram for each equipment output | ( ) | ( ) | ( ) |
| Level 3 (circuit level) including simplified schematic diagrams and detailed descriptions not covered in Handbook of Electronic Circuits | ( ) | ( ) | ( ) |
| 6. Chapter 4 - Scheduled Maintenance | | | |
| Introduction | ( ) | ( ) | ( ) |
| Scheduled maintenance statement | ( ) | ( ) | ( ) |
| Scheduled maintenance action index | ( ) | ( ) | ( ) |
| Preventive maintenance procedures | ( ) | ( ) | ( ) |
| Performance tests | ( ) | ( ) | ( ) |
| 7. Chapter 5 - Troubleshooting | | | |
| Introduction | ( ) | ( ) | ( ) |
| Relay, lamp, and protective device indexes | ( ) | ( ) | ( ) |
| Maintenance turn-on procedure | ( ) | ( ) | ( ) |
| Reference to troubleshooting procedures | ( ) | ( ) | ( ) |
| Troubleshooting procedures | ( ) | ( ) | ( ) |
| Signal flow diagrams | ( ) | ( ) | ( ) |
| Control diagrams | ( ) | ( ) | ( ) |
| Distribution diagrams | ( ) | ( ) | ( ) |
| Maintenance schematic diagrams: | ( ) | ( ) | ( ) |
| Zones | ( ) | ( ) | ( ) |
| Zoning | ( ) | ( ) | ( ) |

3 (of 5 pages)

FIGURE 51. Certification Check-off List (Types II, IIS, and IIX Manuals) (Sheet 3 of 5).

TYPE II, TYPE IIS, AND TYPE IIX (Cont)

| | YES | NO | NOT APPL |
|---|---|---|---|
| Major and minor signal paths | ( ) | ( ) | ( ) |
| Significant voltages | ( ) | ( ) | ( ) |
| Functional names of controls | ( ) | ( ) | ( ) |
| Source and destination of all circuits identified | ( ) | ( ) | ( ) |
| Current and voltage values of power transformers | ( ) | ( ) | ( ) |
| Resistance and voltage charts on aprons | ( ) | ( ) | ( ) |
| Logic, timing circuit, and control cycle diagrams for digital devices | ( ) | ( ) | ( ) |
| Module logic diagrams, flow charts, coding instruction sheets, and test programs | ( ) | ( ) | ( ) |
| Troubleshooting dependency diagrams | ( ) | ( ) | ( ) |
| 8. <u>Chapter 6 - Corrective Maintenance</u> | | | |
| Introduction | ( ) | ( ) | ( ) |
| Adjustments and alinement section | ( ) | ( ) | ( ) |
| Repair section | ( ) | ( ) | ( ) |
| 9. <u>Chapter 7 - Parts List</u> | | | |
| Introduction | ( ) | ( ) | ( ) |
| List of major units | ( ) | ( ) | ( ) |
| Parts list: | ( ) | ( ) | ( ) |
| Parts, descriptions (Type II only) with reference to parts location diagrams | ( ) | ( ) | ( ) |
| Parts divided by units in alpha-numerical order | ( ) | ( ) | ( ) |
| List of attaching hardware | ( ) | ( ) | ( ) |
| List of manufacturers | ( ) | ( ) | ( ) |
| Parts location illustrations for all parts | ( ) | ( ) | ( ) |
| 10. <u>Chapter 8 - Installation</u> | | | |
| Mounting dimension diagrams | ( ) | ( ) | ( ) |
| Interconnecting wiring and cable | ( ) | ( ) | ( ) |
| Site selection data | ( ) | ( ) | ( ) |
| List of referenced publications | ( ) | ( ) | ( ) |
| Tools and material | ( ) | ( ) | ( ) |
| Unpacking and repacking | ( ) | ( ) | ( ) |

4 (of 5 pages)

FIGURE 51. <u>Certification Check-off List (Types II, IIS, and IIX Manuals) (Sheet 4 of 5)</u>.

<u>*Ball, Rodney (WD Alfred)*</u>
Southern District of California Case No. 07-CV-2392-W-POR
**LexisNexis Transaction No.**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is <u>service@bhplaw.com</u> and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (**FOURTEEN OF FIFTEEN**)

on the following:

Casey, Gerry Schenk, Francavilla, Blatt
& Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Fax: (619) 544-9232

- o By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.
- o By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- o By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.
- **X** by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above. (**Plaintiff Only**)

I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2008, at San Francisco, California.

Wanda D. Claudio

Wanda D. Claudio