UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RODNEY C. BALL, individually and as Special Administrator of the Estate of Alfred C. Ball; REGINALD K. BALL, an individual,

Plaintiffs,

v.

UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation formerly known as Foster Wheeler Corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; DOES 1 THROUGH 150, inclusive,

Defendants.

Civil No. 07-cv-2392-W (POR)

**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE**

On February 7, 2008, the Court held a telephonic Early Neutral Evaluation Conference in this matter, with attorneys only. Frederick Schenk appeared on behalf of Plaintiff; Thomas Moses appeared on behalf of Defendant Foster Wheeler Energy Corporation; Brian O'Malley appeared on behalf of Defendant Garlock, Inc.; Elmahdi Young appeared on behalf of Defendant Union Carbide Corporation. Currently pending before the Honorable Thomas J. Whelan is Plaintiff's Motion to Remand this matter to state court. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **March 3, 2008**.

///

2. A Settlement Conference shall be held on **March 4, 2008** at **2:30 p.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

3. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before **March 14, 2008**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

4. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **March 21, 2008**.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: February 8, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Thomas J. Whelan
all parties