FREDERICK SCHENK, Bar No. 086392
JESSICA E. KLARER, Bar No. 249212
**CASEY, GERRY, SCHENK,**
**FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual,<br><br>Plaintiffs,<br>v.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | (ASBESTOS)<br><br>U.S.D.C. 07CV2392WPOR<br><br>San Diego Superior court Case No. 37-2007-00081444-CU-PO-CTL<br><br>DECLARATION OF FREDERICK SCHENK TO REPLY TO DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S UNTIMELY SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND<br><br>Motion Date: February 19, 2008<br>Dept.: D-7<br>Time: 10:30 am<br>Judge: Honorable Thomas J. Whelan<br>[No oral argument per local rules] |

I, FREDERICK SCHENK, declare:

1. I am an attorney licensed to practice law before all the courts of the State of California and am a partner of the law firm, Casey, Gerry, Reed & Schenk, the attorneys of record for plaintiffs herein.

2. The facts stated within this declaration are personally known to me and if

called as a witness in the above-entitled action, I could competently testify thereto.

3. I represent Rodney C. Ball and Reginald K. Ball in the above-entitled case.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from THE SHIPS AND AIRCRAFT OF THE U.S. FLEET 4th EDITION by Norman Polmar. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of February, 2008, at San Diego, California.

Respectfully submitted,

By: /S/

FREDERICK SCHENK, CA Bar No. 086392
Attorneys for Plaintiff
CASEY, GERRY, SCHENK,
FRANCAVILLA, BLATT & PENFIELD LLP
110 Laurel St
San Diego, CA 92101
619-238-1811
619-544-9232 (Fax)

# EXHIBIT A

FOURTEENTH
EDITION

# The Ships and Aircraft of the U.S. Fleet

BY
NORMAN
POLMAR

Copyright © 1987, 1984, 1981, 1975, 1972, 1965 by the United States Naval Institute, Annapolis, Maryland

Previous editions copyrighted by James C. Fahey, 1939, 1941, 1942, 1944, 1945, 1950, 1958

All rights reserved. No part of this book may be reproduced without written permission from the publisher.

Library of Congress Catalog Card Number: 76-15840.

ISBN: 0-7021-649x

This edition is authorized for sale only in the United States, its territories and possessions, and Canada.

Printed in the United States of America

Frontispiece: Steaming in different directions, the aircraft carrier JOHN F. KENNEDY (CV 67) and a STURGEON (SSN 637)-class attack submarine pass close aboard. These ships have key roles at different conflict levels—the carrier for limited and sub-limited wars, the submarine for large-scale conventional and nuclear conflicts. But there are questions about how many of their successors the nation can pay for at this time. (1987, Giorgio Arra)

## 9 GUIDED MISSILE CRUISERS: "LEAHY" CLASS

| Number | Name | FY | Builder | Laid down | Launcher | Commissioned | Status |
|---|---|---|---|---|---|---|---|
| CG 16 | Leahy | 58 | Bath Iron Works, Maine | 3 Dec 1959 | 1 July 1961 | 4 Aug 1962 | PA |
| CG 17 | Harry E. Yarnell | 58 | Bath Iron Works, Maine | 31 May 1960 | 9 Dec 1961 | 2 Feb 1963 | AA |
| CG 18 | Worden | 58 | Bath Iron Works, Maine | 19 Sep 1960 | 2 June 1962 | 3 Aug 1963 | PA |
| CG 19 | Dale | 59 | New York Shipbuilding, Camden, N.J. | 6 Sep 1960 | 28 July 1962 | 23 Nov 1962 | AA |
| CG 20 | Richmond K. Turner | 59 | New York Shipbuilding, Camden, N.J. | 9 Jan 1961 | 6 Apr 1963 | 13 June 1964 | AA |
| CG 21 | Gridley | 59 | Puget Sound Bridge & Dry Dock, Wash. | 15 July 1960 | 31 July 1961 | 25 May 1963 | PA |
| CG 22 | England | 59 | Todd Shipyards, San Pedro, Calif. | 4 Oct 1960 | 6 Mar 1962 | 7 Dec 1962 | PA |
| CG 23 | Halsey | 59 | San Francisco Naval Shipyard | 26 Aug 1960 | 15 Jan 1962 | 20 July 1963 | PA |
| CG 24 | Reeves | 59 | Puget Sound Naval Shipyard | 1 July 1960 | 12 May 1962 | 15 May 1964 | PA |

Displacement: 8,200 tons full load
Length: 533 feet (162.5 m) oa
Beam: 55 feet (16.8 m)
Draft: 25 feet (7.6 m)
Propulsion: 2 steam turbines (General Electric in CG 16–18, De Laval in CG 19–22, Allis-Chalmers in CG 23–24); 85,000 shp; 2 shafts
Boilers: 4 1,200 psi (Babcock & Wilcox in CG 16–18, Foster Wheeler in CG 19–24)
Speed: 32 knots
Range: 8,000 n.miles at 20 knots
Manning: 423 (26 officers + 397 enlisted)
Helicopters: VERTREP area only
Missiles: 2 twin Mk 10 Mod 5/6 launchers for Terrier/Standard-ER SAM (80)
8 Harpoon SSM (2 quad canisters Mk 141)

Guns: 2 20-mm Phalanx CIWS Mk 15 (2 multibarrel)
ASW weapons: 1 8-cell ASROC launcher Mk 16
6 12.75-inch (324-mm) torpedo tubes Mk 32 (2 triple)
Radars: SPS-10F or SPS-67 surface search
SPS-48A 3-D search
SPS-49(V)3 air search
Sonars: SQS-23 bow-mounted, except SQQ-23B PAIR in CG 17
Fire control: 1 Mk 14 weapon-direction system
4 Mk 76 missile FCS
1 Mk 114 ASW FCS
4 SPG-55B radars
EW: SLQ-32(V)3



